

# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Nov 3, 2022 3:44PM

DJC INDUSTRIES LLC
286 UPPER POWDERLY ST
CARBONDALE, PA 18407

Rcpt. No: 333101762                Trans. Date: Nov 3, 2022 3:44PM                Cashier ID: #EP

| CD  | Purpose                       | Case/Party/Defendant                                          | Qty | Price  | Amt    |
|-----|-------------------------------|---------------------------------------------------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner | DPAM322CV001754 DPAM322CV001754 **FBO**: DAVID J CATANZARO | 1   | 402.00 | 402.00 |

| CD | Tender |       |           | Amt      |
|----|--------|-------|-----------|----------|
| CH | Check  | #588  | 11/3/2022 | $402.00  |

|                     |         |
|---------------------|---------|
| Total Due:          | $402.00 |
| Total Tendered:     | $402.00 |
| Total Cash Received:| $0.00   |
| Cash Change Amount: | $0.00   |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.