THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:22-cv-1754 |
| Plaintiff, | JUDGE MALACHY E. MANNION |
| VS. | |
| WALMART STORES, INC., MAYA GROUP INC.; and DOES 1 THROUGH 50 | JURY TRIAL DEMANDED |
| Defendants. | |

**FILED SCRANTON JAN 0 5 2023 PER_____ DEPUTY CLERK**

## MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE

Plaintiff David J. Catanzaro respectfully requests an additional 90 days to complete service on the Defendants in this action. Plaintiff has recently suffered intense health issues which has led Plaintiff to taking new medications which continue to affect him physically and mentally. Plaintiff further requests the additional 90 days not only to complete service, but also to continue to seek counsel for possible representation. Also, Plaintiff is hopeful that he will be successful resolving his grievances with the Defendants, which in turn would lead to dismissing the case with prejudice in the immediate future. It is also worthy for the court to note, that Plaintiff has actively and successfully resolved and dismissed two other infringement actions, along with dismissing other Defendants in one other infringement lawsuit all filed in this district

during the same time as this action. Based on all of the above, Plaintiff hereby asks this honorable court to allow him up to and including May 3rd 2023 to complete service on Defendants.

Respectfully submitted,

*s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *Pro Se*
286 Upper Powderly Street
Carbondale, PA  18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

**IT IS SO ORDERED**:

_____
HON. MALACHY E. MANNION
United States District Court Judge