THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:22-cv-1754 |
| Plaintiff, | |
| VS. | JURY TRIAL DEMANDED |
| WALMART STORES, INC., SPIN MASTER, LTD and DOES 1 THROUGH 50 | |
| Defendants. | JUDGE MALACHY E MANNION |

FILED SCRANTON MAR 31 2023 PER ____ DEPUTY CLERK

## MOTION FOR LEAVE OF COURT

Plaintiff asks this Honorable Court to allow him Leave of Court, to file a Second amended complaint in the above-captioned action to include current Defendant Walmart.com, to remove Defendant Spin Master LTD, to amend Walmart Stores, Inc. name to Walmart, Inc. along with amending certain information contained within the amended complaint. Plaintiff has not completed service on any of the Defendants and no Defendant has entered an appearance in the above-captioned action. Plaintiff further asks this Honorable Court to enter the attached second amended complaint along with its attachments. This Honorable Court has allowed plaintiff an extension of time to serve the original complaint on or before May 3, 2023. Plaintiff intends to serve the second amended complaint on or before May 3, 2023.

Respectfully submitted,

*s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *Pro Se*
286 Upper Powderly Street
Carbondale, PA  18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com