THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : |
| Plaintiff | : CIVIL ACTION NO. 3:22-cv-1754 |
| V. | : |
| WALMART STORES, INC., *et al.*, | : (JUDGE MANNION) |
| Defendants | : |

## ORDER

Pending before the court is the plaintiff's motion to file an amended complaint (Doc. 12).

Upon review of the plaintiff's filing, **IT IS HEREBY ORDERED THAT:**

(1) The plaintiff's motion to file a second amended complaint **(Doc. 12)** is **GRANTED.**

(2) The Clerk of Court is directed to docket the plaintiff's proposed document **(Doc. 13)** as his second amended complaint.

**MALACHY E. MANNION**
United States District Judge

**DATE:**