UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, : | |
| Plaintiff : | CIVIL ACTION NO. 3:22-1754 |
| v. : | (JUDGE MANNION) |
| WALMART STORES, INC., *et al.*, : | |
| Defendants : | |

## O R D E R

Pending before the court is plaintiff's motion to file a Second Amended Complaint. (Doc. 12). The Motion is **GRANTED**. The Clerk of Court is directed to docket Plaintiff's Second Amended Complaint and Exhibits.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 4, 2023**
22-1754-02