IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO )
)
)
)
, )
)
**Plaintiff(s),** )
)
v. )
)
WALMART INC. ) Civil Action No. 3:32cv01754MEM
WALMART.COM )
DOES 1-50 ET AL. )
)
, )
)
**Defendant(s)/** )
**Third-Party Plaintiff(s),** )
)
v. )
)
)
)
)
)
)
, )
)
**Third-Party Defendant(s).** )
)

FILED
SCRANTON
APR 13 2023
PER _____
DEPUTY CLERK

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PLAINTIFF ,
(type of party)
who is DAVID J. CATANZARO , makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

N/A

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

N/A

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/S/ David J. Catanzaro
Signature of Counsel for Party

Date: April 13, 2023