AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    3:22-CV-01754-MEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   WALMART.COM
was recieved by me on  4/18/2023:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on CT Corporation System, who is designated by law to accept service of process on behalf of WALMART.COM at 330 N. Brand Blvd. Ste 700, Los Angeles, CA 91203 on 04/19/2023 at 9:43 AM; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 4/19/2023

**FILED
SCRANTON**

APR 27 2023

PER _____
**DEPUTY CLERK**

*Server's signature*

Joecelyn Ramos
*Printed name and title*

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to an individual who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs.




Tracking #: 0104976130

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID J. CATANZARO** | |
| *Plaintiff* | Civil Action No.: |
| v. | 3:22–CV–01754–MEM |
| **WALMART INC., WALMART.COM** | Hon. Malachy E Mannion |
| **DOES 1 THROUGH 50, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　　WALMART INC.
　　　　WALMART.COM
　　　　C/O CT Corporation - Registered Agent
　　　　818 West Seventh Street Suite 930
　　　　Los Angeles, CA 90017

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　David J. Catanzaro, Plaintff
　　286 Upper Powderly St.
　　Carbondale, PA 18407
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**PETER J. WELSH**

*CLERK OF COURT*

　s/ – **Dawn Wychock**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2023–04–05 13:26:39**, Clerk USDC MDPA