Civil Action No.    3:22-CV-01754-MEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   WALMART INC.
was recieved by me on  4/18/2023:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System**, who is designated by law to accept service of process on behalf of **WALMART INC.** at **330 N. Brand Blvd. Ste 700, Los Angeles, CA 91203** on **04/19/2023 at 9:43 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 4/19/2023

*Server's signature*

**Joecelyn Ramos**
*Printed name and title*

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Sarai Marin who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs.**





Tracking #: 0104975656