UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,
 Plaintiff

v.

WALMART, INC., WALMART.COM
DOES 1 THROUGH 50, ET AL.
 Defendant

Civil Action No.:
3:22-CV-01754-MEM
Hon. Malachy E. Mannion

**FILED**
**SCRANTON**

MAY 10 2023

PER _____ /Ⱥꙭⱺ _____

**DEPUTY CLERK**

### STIPULATED ORDER TO EXTEND
### TIME TO FILE ANSWER TO COMPLAINT

This matter having come before the Court upon the parties' stipulation and the

Court being otherwise fully advised in the premises, it is hereby ordered that Defendants Walmart,

Inc. and Walmart.com shall have until June 9, 2023 to answer, move, or otherwise respond to the

complaint.

Dated: ____5/15/23____

_____
**MILLER JOHNSON**
Todd A. Holleman *(pro hac vice impending)*
409 E. Jefferson Avenue, 5th Floor
Detroit, Michigan 48226
(313) 672-6939
hollemant@millerjohnson.com

_____
HON. MALACY E. MANNION

_____
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, Pennsylvania 18407
(570) 936-9262
davidjosephus@aol.com

MJ_DMS 36386958v2