THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>VS.<br><br>WALMART STORES, INC.,<br>WALMART.COM;<br>and DOES 1 THROUGH 50<br><br>Defendants. | Case No. 3:22-cv-01754<br><br>JUDGE MALACHY E.<br>MANNION<br><br>**FILED<br>SCRANTON**<br><br>JUL 05 2023<br><br>PER _A̸M̸D̸<br>**DEPUTY CLERK**<br><br>JURY TRIAL DEMANDED |

## NOTICE TO THE COURT

Plaintiff David J. Catanzaro and Defendants Walmart Stores, Inc. and Walmart.com ("Walmart" or "Defendant"), Entered into an extension of time to allow Walmart to answer, move or otherwise respond to the complaint. The Deadline for the Defendant to respond was by June 9th 2023. The order was granted on May 15th **(Doc.21).**  On June 9th by Phone, Defendant initiated an additional 5 day extension to come to terms with Plaintiff. Plaintiff agreed to allow Walmart an additional Five day extension with the further hope of reaching resolution (please refer to Exhibit "A"). Plaintiff has extended himself way past the June 9th deadline with the hope of trying to come to a resolution with Walmart, just to be delayed and further delayed. During a phone call on 7-5-23 Plaintiff agreed to further hold off filling a Default Judgment against Walmart until after business day 7-7-23

Respectfully Submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

# EXHIBIT A

**From:** davidjosephus@aol.com <davidjosephus@aol.com>
**Sent:** Friday, June 9, 2023 2:26 PM
**To:** Holleman, Todd A. <hollemant@millerjohnson.com>
**Subject:** Re: Report

** Ensure you trust and expect email from "davidjosephus@aol.com" before clicking links/attachments. **

Todd,

I'm looking forward to your reply per our conversation on Wednesday.

Thanks,
David


-----Original Message-----
**From:** Holleman, Todd A. <hollemant@millerjohnson.com>
**To:** davidjosephus@aol.com <davidjosephus@aol.com>
**Sent:** Fri, Jun 9, 2023 3:08 pm
**Subject:** RE: Report

Thank you David.  I am waiting for a response from my client, but I think the person I need to speak to
has already left for the weekend, and I did not hear yet.

I trust that we have a short extension our existing extension and I can get back to you Monday.

Todd


**From:** davidjosephus@aol.com <davidjosephus@aol.com>
**Sent:** Friday, June 9, 2023 3:17 PM
**To:** Holleman, Todd A. <hollemant@millerjohnson.com>
**Subject:** Re: Report

Yes. Thanks

## <u>CERTIFICATE OF SERVICE</u>

I, David J. Catanzaro Plantif *Pro Se,* here by Certify that I have served a true and correct copy of the forgoing Notice To The Court by way of the Clerk through the court's Electronic Filing System and as follows:

Attorney for Walmart, Inc. & Walmart.com

MILLER JOHNSON
Todd A. Hollerman (*pro hac vice impending*)
409 E. Jefferson Avenue, 5th Floor
Detroit, Michigan 48226

Respectfully Submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com