THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>VS.<br><br>WALMART, INC.,<br>WALMART.COM;<br>and DOES 1 THROUGH 50<br><br>Defendants. | Case No. 3:22-cv-01754<br><br>JUDGE MALACHY E. MANNION<br><br>JURY TRIAL DEMANDED |

**FILED SCRANTON AUG 02 2023 PER ___ DEPUTY CLERK**

## STIPULATION FOR DISMISSAL OF DEFENDANTS WALMART, INC. AND WALMART.COM ONLY PURSUANT TO FED. R. CIV. P. 41

Plaintiff David J. Catanzaro and Defendants, Walmart, Inc. and Walmart.com hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against Walmart, Inc. and Walmart.com. This Stipulation shall in no way affect Plaintiff's claims against Defendants Does 1 through 50.

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com