UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO, :

    Plaintiff : CIVIL ACTION NO. 3:22-1754

v. : (JUDGE MANNION)

WALMART STORES, INC., *et al.*, :

    Defendants :

## O R D E R

Within thirty (30) days of the date of this Order, Plaintiff, David J. Catanzaro, is to identify Does 1-50. Failure to do so will result in this matter being dismissed.

_____
MALACHY E. MANNION
United States District Judge

**DATE: August 10, 2023**
22-1754-03