

# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Feb 7, 2024 2:24PM

DJC INDUSTRIES LLC
286 UPPER POWDERLY ST
CARBONDALE, PA 18407

Rcpt. No: 333108379             Trans. Date: Feb 7, 2024 2:24PM                    Cashier ID: #EP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | DPAM322CV001754<br>DPAM322CV001754<br>**FBO**: DAVID CATANZARO | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #616 | 02/6/2024 | | $605.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.