UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1247
_____

DAVID J. CATANZARO,
                                        Appellant

v.

DOES 1 THROUGH 50; WALMART, INC.;
WALMART.COM
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(M.D. Pa. Civil Action No. 2:22-cv-01754)
District Judge:  Honorable Malachy E. Mannion
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 9, 2024

Before: KRAUSE, MATEY, and CHUNG, <u>Circuit Judges</u>
_____

JUDGMENT
_____

      This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on July 9, 2024.  On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the judgment of the District Court entered January 8, 2024, be and the same is hereby VACATED and REMANDED for further proceedings.  Costs will not be taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 12, 2024