UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : |
| Plaintiff | : CIVIL ACTION NO. 3:22-1754 |
| v. | : (JUDGE MANNION) |
| WALMART STORES, INC., *et al.*, | : |
| Defendants | : |

## O R D E R

In accordance with the opinion and judgment of the United States Court of Appeals for the Third Circuit dated July 12, 2024, **IT IS HEREBY ORDERED THAT:**

(1) The plaintiff's motion for reconsideration **(Doc. 25)**, construed as a motion for extension of time, is **GRANTED**.

(2) On or before **August 12, 2024**, the plaintiff **SHALL FILE** an amended complaint identifying the Doe defendants 1 through 50.

(3) Failure of the plaintiff to file a timely amended complaint will result in dismissal of the instant action.

MALACHY E. MANNION
United States District Judge

DATE: July 12, 2024
22-1754-05