THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | |
| Plaintiff, | Case No. 3:22-cv-1754 |
| VS. | |
| LYKART TECHNOLOGIES LLC, GROWKART, TRANSFORN SR BRANDS LLC, KMART, KMART.COM, SEARS, SEARS.COM, ALPHABET INC., GOOGLE LLC, YOUTUBE.COM, POSHMARK INC., STL PRO, INC., TARGET CORPORATION, TARGET.COM, TOTALHILL.COM, MICROSOFT CORPORATION, INC., APPLE INC. and MOZILLA CORPORATION | Judge Joseph F Saporito<br><br>Chief MJ Daryl F. Bloom<br><br>JURY TRIAL DEMANDED |
| Defendants. | |

FILED SCRANTON
NOV 04 2024
PER ____
DEPUTY CLERK

## MOTION FOR FIRST EXTENSION OF TIME TO COMPLETE SERVICE ON PLAINTIFF'S THIRD AMENDED COMPLAINT

Plaintiff David J. Catanzaro respectfully requests an additional 90 days to complete service on Defendants. All Defendants listed in this action are new to Plaintiffs Third amended complaint. Plaintiff has been dealing with an ongoing environmental issue involving his home in conjunction with having a history of other intense Health issues which continue to affect him physically and mentally. Based on the above two facts stated, Plaintiff hereby asks this honorable court to allow him up to and including February 9th 2025 to complete service on Defendants.

Respectfully submitted,

*s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *Pro Se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com