THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | |
| Plaintiff, | CIVIL ACTION No. 3:22-cv-1754 |
| V. | Judge Joseph F Saporito |
| LYKART TECHNOLOGIES LLC, et al., | Chief MJ Daryl F. Bloom |
| Defendants. | |

ORDER

Pending before the court is the plaintiff's motion for an extension of time to complete service. (Doc. 36). IT IS HEREBY ORDERED THAT:

(1) The plaintiff's motion for an extension of time **(Doc. 36) is GRANTED**

(2) The plaintiff shall complete service upon the defendants on or before February 9, 2025.

DARYL F. BLOOM
CHIEF MAGISTRATE JUDGE

DATE: November 5th 2024