THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | |
| Plaintiff, | Case No. 3:22-cv-1754 |
| VS. | |
| LYKART TECHNOLOGIES LLC, GROWKART, TRANSFORN SR BRANDS LLC, KMART, KMART.COM, SEARS, SEARS.COM, ALPHABET INC., GOOGLE LLC, YOUTUBE.COM, POSHMARK INC., STL PRO, INC., TARGET CORPORATION, TARGET.COM, TOTALHILL.COM, MICROSOFT CORPORATION, INC., APPLE INC. and MOZILLA CORPORATION | Judge Joseph F Saporito<br><br>Referred to: Phillip J Caraballo<br><br>JURY TRIAL DEMANDED |
| Defendants. | |

FILED SCRANTO
PER [signature]
JAN 31 2025
DEPUTY CLERK

## MOTION FOR SECOND EXTENSION OF TIME TO COMPLETE SERVICE ON PLAINTIFF'S THIRD AMENDED COMPLAINT

On 11/5/24 this honorable court granted Plaintiff David J. Catanzaro an additional 90 days to complete service on the Defendants **(Doc 37)**. Plaintiff was not aware that the summons issued on 8/9/24 (for the Third Amendment Complaint) were not issued correctly wherein the clerk reissued the summons again on 1/6/25 **(Doc.38)**. As of 1/6/25, after receiving the proper summons, Plaintiff has been actively engaged in serving the Defendants. Plaintiff has spent close to $2,000.00 thus far trying to serve the Defendants. Please refer to **Exhibit A**

which denotes an over view from ABC legal, a proses service company Plaintiff is using, denoting the Defendants that were served along with the Defendants that were unable to be served (not served) thus far.

Currently, there are several Defendants with address changes that need to be updated for proper service. Plaintiff was unable to start the service proses until after the summons were corrected on 1/6/25. Plaintiff is asking this honorable court for a second extension of time, for an additional 30 days to complete service on the defendants.

Based on the above stated facts, Plaintiff hereby asks this honorable court to allow him up to and including March 9th 2025 to complete service on Defendants.

Respectfully submitted,

*s/ David J. Catanzaro*
David J. Catanzaro
Plaintiff *Pro Se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com