3:22cv1754

# EXHIBIT A

Search for case by number, title, court...    🔍

Case Activity & Search 🖹 Case Details

🔍 Case Details

◀ Previous | 3 of 12 | Next ▶

## DAVID J. CATANZARO v LYKART TECHNOLOGIES LLC, ET AL.

(1) Contacts

Reference ID: DJC

Submitted: 01/17/25

---

Case #: 3:22-cv-01754-JFS-DFB

**Party to Serve: Alphabet Inc.**
2710 Gateway Oaks Drive #150 N, Sacramento, CA 95833
Status: Served

**Party to Serve: Poshmark Inc.**
203 Redwood Shores Pkwy, Redwood City, CA 94065
Status: Served

**Party to Serve: Kmart**
3333 Beverly Rd, Hoffman Estates, IL 60179
Status: Non-Served - Vacant

**Party to Serve: Kmart.com**
3333 Beverly Rd, Hoffman Estates, IL 60179
Status: Non-Served - Vacant

**Party to Serve: Sears**
 333 Beverly Rd, Hoffman Estates, IL 60179
Status: Non-Served - Vacant

**Party to Serve: Sears.com**
3333 Beverly Rd, Hoffman Estates, IL 60179
Status: Non-Served - Vacant

**Party to Serve: Lykart Technologies, LLC**
30 N. Gould St. Suite 5707, Sheridan, WY 82801
Status: Served

**Party to Serve: GrowKart**
30 N. Gould St. Suite 5707, Sheridan, WY 82801
Status: Served

**Party to Serve: Google LLC**
2710 Gateway Oaks Drive #150 N, Sacramento, CA 95833
Status: Served

**Party to Serve: Youtube.com**
2710 Gateway Oaks Drive #150 N, Sacramento, CA 95833
Status: Served

**Documents Category:** Summons and Complaint
**Type:** Serve Only
**Court:** US District Court, Pennsylvania, Middle District, Scranton

---

## Status Overview

View: | 🖺 Proofs | 🖺 Invoices |

🚩 We're waiting for your response.

Current address is not servable for Kmart.

Expires 03/18/25

→ Choose Address

🚩 We're waiting for your response.

Current address is not servable for Kmart.com.

→ Choose Address

Search for case by number, title, court...                                    🔍

Case Activity & Search  📖 Case Details

🔍 Case Details

◀ Previous   1 of 12   Next ▶

## DAVID J. CATANZARO v LYKART TECHNOLOGIES LLC, ET AL.

(1) Contacts

**Reference ID:** REF-18730228

**Submitted:** 01/22/25

---

**Case #:** 3:22-cv-01754-JFS-DFB

**Party to Serve:** Totalhill.com
300 Waverly Road, Williamstown, WV 26187
**Status:** Non-Served - Vacant

**Party to Serve:** Mozilla Corp.
149 New Montgomery St. 4th Floor, San Francisco, CA 94105
**Status:** Active

**Party to Serve:** Stl Pro, Inc.
1380 S. Kingshighway Blvd., Saint Louis, MO 63110
**Status:** Non-Served - Moved

**Documents Category:** Summons and Complaint

**Type:** Serve Only

**Court:** US District Court, Pennsylvania, Middle District, Scranton

---

## Status Overview                          View:  📄 Proofs    📑 Invoices

🚩 We're waiting for your response.

Current address is not servable for Totalhill.com.                →  Choose Address

Expires 03/25/25

🚩 We're waiting for your response.

Current address is not servable for Stl Pro, Inc..                →  Choose Address

Expires 03/30/25

⊖ Stop & Cancel

---

## Key Events

Key events such as deadlines, hearings, filings and proof of service display in this section.

---

## Status Updates & Activity                    📝 Expand All  |  📑 Collapse All

Support Requests

**01/30/25 2:34 PM**

✒ <  Signed Proof of Non-Service for Stl Pro, Inc. at 1380 S. Kingshighway Blvd., Saint Louis, MO 63110

**01/29/25 2:55 PM**

Search for case by number, title, court...                                        🔍

Case Activity & Search 🔖 Case Details

🔍 Case Details

◀ Previous | 2 of 12 | Next ▶

## David J. Catanzaro v Target Corporation, Target.com

( (1) Contacts )

Reference ID: DJC - 3

Submitted: 01/27/25

---

**Case #: 3:22-cv-01754-JFS-DFB**

**Party to Serve: Target Corporation**
2345 Rice St Ste 230, Saint Paul, MN 55113
Status: Non-Served - Moved

**Party to Serve: Target.com**
2345 Rice St Ste 230, Saint Paul, MN 55113
Status: Non-Served - Moved

**Documents Category:** Summons and Complaint

**Type:** Serve Only

**Court:** US District Court, Pennsylvania, Middle District, Scranton

---

## Status Overview                                    View:  [ 📄 Proofs ]  [ 📑 Invoices ]

🏳 We're waiting for your response.

Current address is not servable for Target Corporation.                [ → Choose Address ]

Expires 03/31/25

🏳 We're waiting for your response.

Current address is not servable for Target.com.                        [ → Choose Address ]

Expires 03/31/25

[ ⊘ Stop & Cancel ]

---

## Key Events

Key events such as deadlines, hearings, filings and proof of service display in this section.

---

## Status Updates & Activity                       [ 📄 Expand All ] | [ 📑 Collapse All ]

Support Requests

01/30/25 1:19 PM

✎  Signed Proof of Non-Service for Target.com at 2345 Rice St Ste 230, Saint Paul, MN 55113

01/30/25 1:19 PM

✎  Signed Proof of Non-Service for Target Corporation at 2345 Rice St Ste 230, Saint Paul, MN 55113

01/30/25 11:39 AM