THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>V.<br><br>LYKART TECHNOLOGIES LLC, *et al.*,<br><br>Defendants. | CIVIL Case No. 3:22-cv-1754<br><br>Judge Joseph F Saporito<br><br>Referred to: Phillip J Caraballo<br><br>JURY TRIAL DEMANDED |

## ORDER

Pending before the court is the plaintiff's motion for a second extension of time to complete service **(Doc. 39)**. **IT IS HEREBY ORDERED THAT:**

(1) The plaintiff's motion for a second extension of time **(Doc. 39) is GRANTED.**

(2) The plaintiff shall complete service upon the defendants on or before March 9, 2025

Phillip J Caraballo
Magistrate Judge

DATE: 2/4/25