IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| Plaintiffs | : : | (Judge Joseph F. Saporito Jr.) |
| v. | : : | (Referred to Judge Phillip J. Caraballo) |
| LYKART TECHNOLOGIES LLC, ET AL. | : : : | |
| Defendants. | : : | |

## DISCLOSURE OF DEFENDANTS ALPHABET INC., GOOGLE LLC, AND YOUTUBE LLC PURSUANT TO FRCP 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Alphabet Inc., Google LLC, and YouTube LLC[1] ("Defendants") disclose the following: YouTube LLC is a subsidiary of Google LLC. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Respectfully submitted,

---

[1] The complaint erroneously lists YouTube.com as a party.

|  |  |
|---|---|
|  | s/ John V. Gorman |
|  | John V. Gorman |
|  | MORGAN, LEWIS & BOCKIUS LLP |
|  | 2222 Market Street |
|  | Philadelphia, PA  19103 |
|  | john.gorman@morganlewis.com |
|  | T: 215.963.5157 |
|  | F: 215.963.5001 |
|  |  |
| Dated:  February 12, 2025 | *Counsel for Defendants Alphabet Inc., Google LLC, and YouTube LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the foregoing to be served upon the following via email and first class mail on this 12th day of February, 2025:

>David J. Catanzaro
>286 Upper Powderly Street
>Carbondale, PA 18407
>davidjosephus@aol.com

s/John V. Gorman
John V. Gorman
