IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Civil Case No. 3:22-CV-01754-JFS-DFB |
| Plaintiffs | (Judge Joseph F. Saporito Jr.) |
| v. | (Referred to Judge Phillip J. Caraballo) |
| LYKART TECHNOLOGIES LLC, ET AL. | |
| Defendants. | |

FILED
SCRANTON

FEB 13 2025

PER _____
DEPUTY CLERK

## ORDER

Pending before the Court is the motion of Defendants Alphabet Inc., Google LLC, and YouTube LLC ("Defendants") to extend the time for Defendants to respond to the Verified Third Amended Complaint for Patent Infringement. IT IS HEREBY ORDERED THAT:

(1) Defendants' motion is granted.

(2) Defendants shall have up to April 21, 2025 to respond to the Verified Third Amended Complaint for Patent Infringement.

_____ 2/13/25
Phillip J. Caraballo
U.S. Magistrate Judge