IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David J. Catanzaro, | : | Civil Action – Law |
| | : | |
| Plaintiff, | : | Case No.: 3:22-CV-01754 |
| | : | |
| v. | : | Judge Joseph F. Saporito |
| | : | Judge Phillip J. Caraballo |
| Lykart Technologies LLC, et al., | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

**CONCURRED-IN MOTION OF DEFENDANT POSHMARK, INC.
TO EXTEND TIME TO RESPOND TO PLAINTIFF'S
VERIFIED THIRD AMENDED COMPLAINT**

Defendant Poshmark, Inc. ("Poshmark") moves for an extension of time to respond to Plaintiff's Verified Third Amended Complaint for Patent Infringement (the "Complaint") (ECF No. 33), and in support thereof, shows as follows:

1.　Poshmark was served with the Complaint on February 10, 2025.

2.　Poshmark's response to the Complaint is currently due on or before March 3, 2025.

3.　Poshmark is diligently investigating Plaintiff's allegations and gathering information to properly respond to Plaintiff's Complaint. Poshmark needs additional time to complete its investigation and to finalize its response to the Complaint.

4. Plaintiff concurs in this request for an extension of time for Poshmark to answer or otherwise respond to the Complaint on or before April 21, 2025.

5. Because Plaintiff concurs in this request and the reasons for the request are set forth in the body of this motion, no supporting brief is required pursuant to Middle District Local Rule 7.5.

6. No party will be prejudiced by this Court granting an extension, and this motion is not being filed for purposes of harassment or delay.

7. This is Poshmark's first request to extend this deadline.

WHEREFORE, Defendant Poshmark, Inc., respectfully requests an extension of time up to and including April 21, 2025, to respond to the Complaint.

Respectfully submitted,

Date: February 27, 2025

*/s/ Bridget E. Montgomery*
Bridget E. Montgomery, Esquire (PA ID 56105)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, PA  17101
(T):  717.237.6054
(F):  717.237.6019
bmontgomery@eckertseamans.com

*Counsel for Defendant Poshmark, Inc.*

2

## **CERTIFICATE OF CONCURRENCE**

The undersigned certifies that counsel for Defendant Poshmark, Inc. contacted counsel for Plaintiff regarding Plaintiff's concurrence with the foregoing motion. Counsel for Plaintiff concurs in the requested relief.

                                                */s/ Bridget E. Montgomery*
                                                Bridget E. Montgomery, Esquire

                                                *Counsel for Defendant Poshmark, Inc.*

120161088.1

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of February, 2025, I served a copy of the foregoing Concurred-In Motion of Defendant Poshmark, Inc. to Extend Time to Respond to Plaintiff's Verified Third Amended Complaint upon all counsel and parties of record via this Court's electronic filing system, which service satisfies the requirements of the Federal Rules of Civil Procedure.

        */s/ Bridget E. Montgomery*
        Bridget E. Montgomery, Esquire

        *Counsel for Defendant Poshmark, Inc.*