## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David J. Catanzaro, | : | Civil Action – Law |
| | : | |
| Plaintiff, | : | Case No.: 3:22-CV-01754 |
| | : | |
| v. | : | Judge Joseph F. Saporito |
| | : | Judge Phillip J. Caraballo |
| Lykart Technologies LLC, et al., | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## AMENDED CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies that counsel for Defendant Poshmark, Inc. contacted Plaintiff regarding Plaintiff's concurrence with the foregoing motion. Plaintiff concurs in the requested relief

Respectfully submitted,

Date: February 27, 2025

/s/ *Bridget E. Montgomery*
Bridget E. Montgomery, Esquire (PA ID 56105)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101
(T): 717.237.6054
(F): 717.237.6019
bmontgomery@eckertseamans.com

*Counsel for Defendant Poshmark, Inc.*

120162844.1

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of February, 2025, I served a copy of the foregoing AMENDED CERTIFICATE OF CONCURRENCE upon all counsel and parties of record via this Court's electronic filing system and/or Electronic Mail, which service satisfies the requirements of the Federal Rules of Civil Procedure.

/s/ *Bridget E. Montgomery*
Bridget E. Montgomery, Esquire

*Counsel for Defendant Poshmark, Inc.*

120162844.1