# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David J. Catanzaro, | : | Civil Action – Law |
| Plaintiff, | : | Case No.: 3:22-CV-01754 |
| v. | : | Judge Joseph F. Saporito |
| | : | Judge Phillip J. Caraballo |
| Lykart Technologies LLC, et al., | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this 28th day of February, 2025, upon consideration of Defendant Poshmark, Inc.'s Concurred-In Motion to Extend Time to Respond to Plaintiff's Verified Third Amended Complaint, it is HEREBY ORDERED that said Motion is **GRANTED**. Defendant Poshmark, Inc. shall file its response to the Third Amended Complaint on or before April 21, 2025.

BY THE COURT:

Phillip J. Caraballo
Magistrate Judge