IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David J. Catanzaro, | : | Civil Action – Law |
| | : | |
| Plaintiff, | : | Case No.: 3:22-CV-01754 |
| | : | |
| v. | : | Judge Joseph F. Saporito |
| | : | Judge Phillip J. Caraballo |
| Lykart Technologies LLC, et al., | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

**DEFENDANT POSHMARK, INC.'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT**

Defendant Poshmark, Inc. ("Poshmark") is a Delaware corporation. It is wholly owned by Proton Parent, Inc., a Delaware corporation, which, in turn, is majority owned by Naver Corporation, a South Korean public company. Poshmark is unaware of any individual or entity owning more than 10% of Naver Corporation.

Respectfully submitted,

Date: February 28, 2025

*/s/ Bridget E. Montgomery*
Bridget E. Montgomery, Esquire (PA ID 56105)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101
(T): 717.237.6054 | (F): 717.237.6019
bmontgomery@eckertseamans.com

*Counsel for Defendant Poshmark, Inc.*

120172906.1

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of February, 2025, I served a copy of the foregoing DEFENDANT POSHMARK, INC.'S RULE 7.1 DISCLOSURE STATEMENT upon all counsel and parties of record via this Court's electronic filing system and/or Electronic Mail, which service satisfies the requirements of the Federal Rules of Civil Procedure.

/s/ *Bridget E. Montgomery*
Bridget E. Montgomery, Esquire

*Counsel for Defendant Poshmark, Inc.*

120172906.1