THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | CIVIL ACTION NO. 3:22-cv-1754 |
| Plaintiff | |
| V. | JUDGE JOSEPH SAPORITO |
| LYKART TECHNOLOGIES LLC., *et al,* | REFERRED TO: PHILLIP J. CARABALLO |
| Defendants | |

## O R D E R

Pending before the court is the plaintiff's motion to file a Fifth Amended Complaint.

Upon review of the plaintiff's filing, **IT IS HEREBY ORDERED THAT:**

(1) The plaintiff's motion to file a Fifth Amended Complaint is **GRANTED.**

(2) The Clerk of Court is directed to docket Plaintiff's Fifth Amended Complaint and Exhibits.

_____
Phillip J Caraballo
Magistrate Judge

**DATE:**