UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, _Steven Callahan_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 3333 Lee Parkway

Suite 460

Dallas, TX 75219

Office Telephone: 469-587-7240

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of Texas (5/4/2006); Commonwealth of Massachusetts (12/13/2004); First Cir. (4/29/2005);

D. Mass. (5/19/2005); Fed. Cir. (11/29/2007); Fifth Cir. (11/23/2010); E.D. Tex. (5/2/2006);

N.D. Tex. (7/18/2006); S.D. Tex. (7/11/2006); W.D. Tex. (5/26/2011);

U.S. Supreme Court (9/3/2010); W.D. Mich. (6/1/2017); D. Colo. (7/27/2020)

My attorney Identification number is: 24053122 (Texas ID)

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT: _[signature]_   Date: 3/12/25