UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

### PETITION

I, **Mitchell Sibley** _____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

| | |
|---|---|
| Office address: | 3333 Lee Parkway |
| | Suite 460 |
| | Dallas, TX 75219 |
| Office Telephone: | 469-587-7265 |

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of Texas (11/4/20112011); State of Colorado (05/14/2020); E.D. Tex (11/30/2011);

N.D. Tex (02/15/2012); W.D. Tex (10/12/2023); District of Colorado (11/8/2022)

Federal Circuit Court of Appeals (1/15/2021)

My attorney Identification number is: 24073097 (Texas)

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT _[signature]_   Date: 3/12/25