# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro, | Civil Action – Law |
| Plaintiff, | Case No.: 3:22-CV-01754-JFS-PJC |
| v. | Judge Joseph F. Saporito |
| Lykart Technologies LLC, et al., | Judge Phillip J. Caraballo |
| Defendants. | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant Target Corporation's Unopposed Motion to Extend Time to Respond to Plaintiff's Verified Third Amended Complaint, it is HEREBY ORDERED that said Motion is **GRANTED**. Defendant Target Corporation shall answer, move, or otherwise respond to the Third Amended Complaint no later than thirty (30) days from the date this Court issues an Order on Plaintiff's pending Motion for Leave to File a Fifth Amended Complaint (ECF No. 53).

BY THE COURT:

_____
Phillip J. Caraballo
Magistrate Judge