IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro, | Civil Action – Law |
| Plaintiff, | Case No.: 3:22-CV-01754-JFS-PJC |
| v. | Judge Joseph F. Saporito |
| Lykart Technologies LLC, et al., | Judge Phillip J. Caraballo |
| Defendants. | |

**DEFENDANT TARGET CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Target Corporation files its Corporate Disclosure Statement and advises the Court that it does not have a parent corporation, and no publicly held corporation or investment fund holds ten percent or more of its stock.

Dated: March 12, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ *Timothy D. Katsiff*
Timothy D. Katsiff (PA ID 75490)
tim.katsiff@faegredrinker.com
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Telephone: 215-988-2700
Facsimile: 215-988-2757

*Attorney for Defendant Target Corporation*