IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro,<br><br>    Plaintiff,<br><br>v.<br><br>Lykart Technologies LLC, et al.,<br><br>    Defendants. | Civil Action – Law<br><br>Case No.: 3:22-CV-01754-JFS-PJC<br><br>Judge Joseph F. Saporito<br>Judge Phillip J. Caraballo |

## ORDER

AND NOW, this <u>13th</u> day of <u>March</u>, 2025, upon consideration of Defendant Target Corporation's Unopposed Motion to Extend Time to Respond to Plaintiff's Verified Third Amended Complaint, it is HEREBY ORDERED that said Motion is **GRANTED**. Defendant Target Corporation shall answer, move, or otherwise respond to the Third Amended Complaint no later than thirty (30) days from the date this Court issues an Order on Plaintiff's pending Motion for Leave to File a Fifth Amended Complaint (ECF No. 53).

BY THE COURT:

_____
Phillip J. Caraballo
Magistrate Judge