UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>  Plaintiff,<br><br>  v.<br><br>LYKART TECHNOLOGIES LLC, et al.,<br><br>  Defendants. | Case No. 1:22-cv-1754 (JFS)(PJC)<br>Hon. Joseph F. Saporito, Jr., presiding<br>Hon. Philip J. Caraballo, referral |

### [PROPOSED] ORDER

Upon consideration of Defendant Mozilla Corporation's unopposed motion to extend its time to respond to Plaintiff's complaint by thirty (30) days, Defendant Mozilla Corporation's motion (ECF No. 62) is GRANTED. Defendant Mozilla Corporation shall have thirty (30) days after this Court determines the Operative Complaint to respond.

Dated: _____, 2025

_____
Hon. Joseph F. Saporito, Jr.
United States District Court Judge