# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David J. Catanzaro, | : | Civil Action – Law |
| | : | |
| Plaintiff, | : | Case No.: 3:22-CV-01754 |
| | : | |
| v. | : | Judge Joseph F. Saporito |
| | : | Judge Phillip J. Caraballo |
| Lykart Technologies LLC, et al., | : | |
| | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this ___ day of March, 2025, upon consideration of Defendant Poshmark's Concurred-In Motion to Extend Time to Respond to Plaintiff's Operative Complaint, it is HEREBY ORDERED that said Motion is **GRANTED**. Defendant Poshmark shall respond to the operative Complaint on or before the **later** of:

    (a)    April 21, 2025 (Poshmark's current deadline to respond to the Third Amended Complaint); or

    (b)    30 days after the filing of the Fourth Amended Complaint or the Fifth Amended Complaint (or when the Court deems them filed) (i.e., assuming the Court allows Plaintiff to file said Complaint(s), Poshmark will respond within 30 days of their filing or when they are deemed filed); or

    (c)    30 days after the Court denies leave to file the Fourth Amended Complaint or the Fifth Amended Complaint (i.e., if the Court denies Plaintiff's

motion(s) for leave, Poshmark will respond to the Third Amended Complaint the later of 30 days after the Court denies leave or April 21, 2025).

BY THE COURT:

_____
Phillip J. Caraballo
Magistrate Judge