# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David J. Catanzaro, | : | Civil Action – Law |
| Plaintiff, | : | Case No.: 3:22-CV-01754 |
| v. | : | Judge Joseph F. Saporito |
| | : | Judge Phillip J. Caraballo |
| Lykart Technologies LLC, et al., | : | |
| Defendants. | : | **JURY TRIAL DEMANDED** |

## DEFENDANT POSHMARK, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT AND FIFTH AMENDED COMPLAINT

Defendant Poshmark, Inc. ("Poshmark") notifies the Court that Poshmark does not oppose Plaintiff's request for leave to file a Fourth Amended Complaint (ECF No. 49) and request for leave to file a Fifth Amended Complaint (ECF No. 53) in view of Poshmark and Plaintiff agreeing on deadlines for Plaintiff to respond to such Complaints (assuming the Court grants leave for Plaintiff to file either of them). *See* ECF No. 64 (setting forth Poshmark and Plaintiff's agreement).

This notice is limited to Plaintiff's requests for leave. Poshmark reserves all rights to respond to and seek dismissal of the Fourth and the Fifth Amended Complaints if the Court grants Plaintiff leave to file either of them.

120301171.1

Respectfully submitted,

Date: March 17, 2025

/s/ *Bridget E. Montgomery*
Bridget E. Montgomery, Esquire (PA ID 56105)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, PA  17101
(T):  717.237.6054 | (F):  717.237.6019
bmontgomery@eckertseamans.com

and

Steven Callahan (TX ID 24053122)*
scallahan@ccrglaw.com
Mitchell Sibley (TX ID 24073097)*
msibley@ccrglaw.com
Christopher T. Bovenkamp (TX ID 24006877)**
cbovenkamp@ccrglaw.com
CHARHON CALLAHAN ROBSON & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, TX  75219
(T):  (214) 521-6400 | (F):  (214) 764-8392

*Admitted pro hac vice
**To move for pro hac vice admission

*Counsel for Defendant Poshmark, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of March, 2025, I served a copy of the foregoing DEFENDANT POSHMARK, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT AND FIFTH AMENDED COMPLAINT upon all counsel and parties of record via this Court's electronic filing system and/or Electronic Mail, which service satisfies the requirements of the Federal Rules of Civil Procedure.

*/s/ Bridget E. Montgomery*
Bridget E. Montgomery, Esquire

*Counsel for Defendant Poshmark, Inc.*

120301171.1