IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Civil Case No. 3:22-CV-01754-JFS-DFB |
| Plaintiffs | (Judge Joseph F. Saporito Jr.) |
| v. | (Referred to Judge Phillip J. Caraballo) |
| LYKART TECHNOLOGIES LLC, ET AL., | |
| Defendants. | |

## JOINT MOTION REGARDING
## MOTIONS FOR LEAVE TO AMEND AND TIME TO RESPOND

Plaintiff and Alphabet Inc. ("Alphabet"), Google LLC ("Google"), and YouTube LLC ("YouTube"), collectively referred to as the "Parties" jointly submit this Motion concerning Plaintiff's Verified Third Amended Complaint and Motions for Leave to File Fourth and Fifth Amendments thereto.

WHEREAS, on November 3, 2022, Plaintiff filed this action against Walmart Stores, Inc., Maya Group Inc., and Does 1 through 50 (Docket No. 1);

WHEREAS, on August 9, 2024, Plaintiff filed Plaintiff's Verified Third Amended Complaint for Patent Infringement, adding Alphabet, Google, and YouTube as parties (Docket No. 33);

WHEREAS, on February 12, 2025, the Parties filed an Unopposed Motion of Defendants Alphabet Inc., Google LLC, and YouTube LLC to Extend the Time to Respond to Plaintiff's Complaint (Docket No. 41);

WHEREAS, on February 13, 2025, the Court granted the motion to extend and established April 21, 2025, as the deadline for the Parties to respond to the Verified Third Amended Complaint for Patent Infringement (Docket No. 43);

WHEREAS, on March 4, 2025, Plaintiff filed Plaintiff's Motion for Leave to File Fourth Amended Complaint (Docket No. 49);

WHEREAS, on March 5, 2025, Plaintiff filed a Notice of Errata (Docket No. 51) and a revised Plaintiff's Verified Fourth Amended Complaint for Patent Infringement (Docket No. 52);

WHEREAS, on March 7, 2025, Plaintiff filed Plaintiff's Motion for Leave to File Fifth Amended Complaint (Docket No. 53);

WHEREAS, Alphabet represents that it is a holding company only and does not provide any of the Google or YouTube products or services identified in any complaint in this action. Google and YouTube represent that they will not object to discovery in this matter on the grounds that discoverable information is in Alphabet's possession rather than theirs.

The parties hereby stipulate and agree as follows:

1.	Under Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses all claims, without prejudice, against Defendant Alphabet.

2.	Plaintiff intends to proceed on his Fifth Amended Complaint, and accordingly withdraws the Motion for Leave to File Fourth Amended Complaint, Docket No. 49;

3.	Google and YouTube will take no position on Plaintiff's Motion for Leave to File Fifth Amended Complaint, Docket No. 53, without waiver of any responses to any pleading;

4.	Google and YouTube's time to respond to the operative complaint shall be the later of May 1, 2025, or 30 days after the Court's order granting or denying Plaintiff's Motion for Leave to File Fifth Amended Complaint, Docket No. 53.

_____
David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
Email: davidjosephus@aol.com

*Plaintiff pro se*

Date: March 17, 2025

**SO ORDERED.**

_____
John V. Gorman
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
john.gorman@morganlewis.com
T: 215.963.5157
F: 215.963.5001

*Counsel for Defendants Alphabet Inc., Google LLC, and YouTube LLC*

_____