UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, __Shaida Shahinfar__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address:   2261 Market Street

No. 606

San Francisco, California, 94114

Office Telephone:   + 1 (415) 895-2941

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State Bar of California (11/2024).

My attorney Identification number is:   356363

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT: _[signature]_   Date: 3/18/25