UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :

# PETITION

I, Erika H. Warren, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 2261 Market Street

No. 606

San Francisco, California, 94114

Office Telephone: + 1 (415) 895-2927

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State Bar of California (01/2014); E.D. Tex. (02/2014); N.D. Cal. (11/2014); S.D. Cal. (12/2017); W.D. Tex. (12/2020); Supreme Court of the United States (01/2023); C.D. Cal. (07/2023); Fed. Circ. (08/2024).

My attorney identification number is: 295570

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

X   SPECIAL ADMISSION:

GRANTED BY THE COURT: [signature]    Date: 3/18/25