UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, __Madeline A. Woodall_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 2261 Market Street

No. 606

San Francisco, California, 94114

Office Telephone: + 1 (415) 895-2992

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State Bar of California (11/2023); Northern District of California (03/2024)

Court of Appeals for the Federal Circuit (08/2024)

My attorney Identification number is: 351664

FOR COURT USE ONLY

____GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT: _[signature]_____   Date: 3/18/25