IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro, | Civil Action – Law |
| Plaintiff, | Case No.: 3:22-CV-01754-JFS-PJC |
| v. | Judge Joseph F. Saporito |
| Lykart Technologies LLC, et al., | Judge Phillip J. Caraballo |
| Defendants. | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant Microsoft Corporation's Unopposed Motion to Extend Time to Respond, it is HEREBY ORDERED that said Motion is **GRANTED**. Defendant Microsoft Corporation's deadline to answer, move, or otherwise respond shall be April 25, 2025.

BY THE COURT:

_____
Phillip J. Caraballo
Magistrate Judge