IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro, | Civil Action – Law |
| Plaintiff, | Case No.: 3:22-CV-01754-JFS-PJC |
| v. | Judge Joseph F. Saporito<br>Judge Phillip J. Caraballo |
| Lykart Technologies LLC, et al., | |
| Defendants. | **JURY TRIAL DEMANDED** |

**DEFENDANT MICROSOFT CORPORATION'S FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Microsoft Corporation states that it is a publicly held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

1

Dated: March 18, 2025　　　　　　　　　**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ J. Natali

Jessica Natali (PA ID 86507)
jessica.natali@faegredrinker.com
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Telephone: 215-988-2700
Facsimile: 215-988-2757

*Attorney for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March, 2025, I served a copy of the foregoing **Microsoft Corporation's Rule 7.1 Disclosure** upon all counsel and parties of record via this Court's electronic filing system, which service satisfies the requirements of the Federal Rules of Civil Procedure.

Dated: March 18, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: *J. Natali*

Jessica Natali

*Attorney for Defendant Microsoft Corporation*