# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro,<br><br>*Plaintiff,*<br><br>v.<br><br>Lykart Technologies LLC, et al.,<br><br>*Defendant.* | Case No.: 3:22-CV-01754-JFS-PJC<br><br>Judge Joseph F. Saporito<br>Judge Phillip J. Caraballo<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

To the Clerk of Courts:

Kindly enter the undersigned's appearance on behalf of Defendant Apple Inc. in the above-captioned matter.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: March 18, 2025 | By: */s/ Stephen H. Barrett*<br>Stephen H. Barrett<br>DLA PIPER LLP (US)<br>One Liberty Place<br>1650 Market St., Suite 5000<br>Philadelphia, PA 19103<br>Phone: 215.656.3300<br>stephen.barrett@us.dlapiper.com<br><br>*Attorney for Defendant Apple Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2025, a copy of the foregoing was filed with the Court electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy of this filing was served on David J. Catanzaro via electronic mail.

Dated: March 18, 2025

By: /s/ Stephen H. Barrett
Stephen H. Barrett
DLA PIPER LLP (US)
One Liberty Place
1650 Market St., Suite 5000
Philadelphia, PA 19103
Phone: 215.656.2455
stephen.barrett@us.dlapiper.com

*Attorney for Defendant Apple Inc.*