# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro,<br><br>*Plaintiff,*<br><br>v.<br><br>Lykart Technologies LLC, et al.,<br><br>*Defendant.* | Case No.: 3:22-CV-01754-JFS-PJC<br><br>Judge Joseph F. Saporito<br>Judge Phillip J. Caraballo<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this 19th day of March, 2025, upon consideration of Defendant Apple Inc.'s Unopposed Motion to Extend Time to Respond to Plaintiff's Verified Fifth Amended Complaint, it is HEREBY ORDERED that said Motion is GRANTED. Defendant Apple Inc. shall answer, move, or otherwise respond to the operative complaint on or before May 1, 2025.

BY THE COURT:

_____
Phillip J. Caraballo
Magistrate Judge