UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, Rachael Lamkin, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: Baker Botts LLP
101 California Street, Ste. 3200
San Francisco, CA 94111

Office Telephone: 415-291-6264

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

U.S.D.C for the Eastern District of MI (5/31/2024), Central District of CA (1/12/2009), ~~Northern District of CA, (8/11/2023),~~
Southern District of CA (11/27/2007)  California (12/5/2006)

My attorney identification number is: 246066

FOR COURT USE ONLY

____GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

X___SPECIAL ADMISSION:

GRANTED BY THE COURT: _[signature]_____   Date: March 26, 2025