AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **3:22-cv-01754-JFS-DFB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Lykart Technologies, LLC**
was recieved by me on  **1/21/2025**:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Registered Agents Inc. c/o kelsey flemming (registered agent clerk)**, who is designated by law to accept service of process on behalf of **Lykart Technologies, LLC** at **30 N. Gould St. Suite 5707, Sheridan, WY 82801** on **01/21/2025** at **1:07 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 135.00 for services, for a total of $ 135.00.

I declare under penalty of perjury that this information is true.

Date:  01/24/2025

FILED
SCRANTON
MAR 2 7 2025
PER____DJ____
DEPUTY CLERK

_____
Server's signature

**Dustin Looper**
Printed name and title

101 E Loucks St
Unit 6384
Sheridan, WY 82801

Server's address

Additional information regarding attempted service, etc:

I delivered the documents, Exhibits; Complaint; Summons, to Registered Agents Inc. c/o kelsey flemming (registered agent clerk) who identified themselves as the person authorized to accept with identity confirmed by registered agent clerk confirmed subject after reviewing the agent's records. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 18-25 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.




Tracking #: 0155893116