AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **3:22-cv-01754-JFS-DFB**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **GrowKart**
was recieved by me on  **1/21/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Registered Agents Inc. c/o kelsey flemming (registered agent clerk),** who is designated by law to accept service of process on behalf of **GrowKart** at 30 N. Gould St. Suite 5707, Sheridan, WY 82801 on **01/21/2025 at 1:07 PM;** or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and $ 135.00 for services, for a total of $ 135.00.

I declare under penalty of perjury that this information is true.

Date:  01/24/2025

FILED
SCRANTON

MAR 2 7 2025

PER_____DJ_____
DEPUTY CLERK

_____
*Server's signature*

**Dustin Looper**
*Printed name and title*

**101 E Loucks St**
**Unit 6384**
**Sheridan, WY 82801**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibits; Complaint; Summons, to an individual who identified themselves as the person authorized to accept with identity confirmed by tegistered agent clerk stated there was no official dba bit there was a link to one if the name defendants in case. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 18-25 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**





Tracking #: 0155893322