UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, **Kelly J. Fermoyle**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **2200 Wells Fargo Center**
**90 S. 7th St.**
**Minneapolis, MN 55402**

Office Telephone: **612-766-7000**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

**State Bar of Minnesota (10/28/2016); D. Minn. (11/10/2016);**

**U.S. Court of Appeals for Federal Circuit (8/24/2017)**

My attorney Identification number is: **0398356**

---

FOR COURT USE ONLY

____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT: _[signature]_____    Date: March 27, 2025