THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>VS.<br><br>LYKART TECHNOLOGIES LLC, GROWKART, TRANSFORN SR BRANDS LLC, KMART, KMART.COM, SEARS, SEARS.COM, ALPHABET INC., GOOGLE LLC, YOUTUBE.COM, POSHMARK INC., STL PRO, INC., TARGET CORPORATION, TARGET.COM, TOTALHILL.COM, MICROSOFT CORPORATION, INC., APPLE INC. and MOZILLA CORPORATION<br><br>Defendants. | Case No. 3:22-cv-1754<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>SCRANTON<br>APR - 1 2025<br>PER_____<br>DEPUTY CLERK |

## PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING RULING IN RELATED CASE

Plaintiff respectfully moves this Court to stay proceedings in the above-captioned matter pending resolution of critical motions currently pending in the related matter Catanzaro v. Walmart Stores, Inc., et al., Case No. 3:22-cv-01768-JFS-PJC. In support of this Motion, Plaintiff states as follows:

1. On March 21, 2025, Plaintiff filed a motion requesting District Judge Joseph F. Saporito, Jr. to issue a direct ruling on long-pending motions for default judgment and motion for sanctions and default judgment in Case No. 3:22-cv-01768, bypassing the magistrate recommendation process, which remain pending and may soon be resolved.

2. The motion for default judgment has been pending for over three months, and the motion for sanctions and default judgment and has been pending for over one month, despite Plaintiff's Notice of Conflict and subsequent Motion to Compel a Ruling.

3. Case No. 3:22-cv-01768 involves overlapping factual and legal issues. The outcome of the pending motions may significantly affect the posture and scope of the present action, or, conversely, the present action may affect the outcome of Case No. 3:22-cv-01768.

4. A brief stay of proceedings in this matter would promote judicial efficiency, prevent duplicative litigation, and protect Plaintiff from further prejudice resulting from inconsistent treatment of overlapping issues.

5. This request is made in good faith and not for the purpose of delay.

Although the Notice of Conflict was filed recently, the underlying motions in the related case have been pending for an extended period, and the potential for overlapping issues warrants careful coordination between the two actions.

WHEREFORE, Plaintiff respectfully requests that the Court stay all proceedings in this action until the District Court rules on the pending motions in the related matter Case No. 3:22-cv-01768, and grant such further relief as the Court deems just and proper.

Date April 1, 2025                                Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

2

## CERTIFICATE OF SERVICE

I, David J. Catanzaro, hereby certify that on April 1, 2025, a true and correct copy of Plaintiff's Motion to Stay Proceedings Pending Ruling in Related Case was served as follows:

**For Represented Defendants:**

Pursuant to Fed. R. Civ. P. 5(b)(2)(C), service was made by **U.S. Mail** to **one counsel of record** for each represented defendant at their official firm mailing address. As a courtesy, copies were also sent via **email** to all additional known counsel of record for the respective parties.

**Served by First Class U.S. Mail:**

**Stephen H Barrett**
DLA Piper LLP
1650 Market St
Suite 4900
Philadelphia, PA 19103

**Timothy D. Katsiff**
Faegre Drinker Biddle & Reath LLP
One Logan Square
Suite 2000
Philadelphia, PA 19103

**Jennifer C. Berger**
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498

**Kelly J. Fermoyle**
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

**Steven Callahan**
Charhon Callahan Robson & Garza PLLC
3333 Lee Parkway
Ste. 460
Dallas, TX 75219

**Erika Warren**
Warren Kash Warren LLP
2261 Market Street No. 606
San Francisco, CA 94114

**For Unrepresented Defendants:**

The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served by First Class **U.S. Mail** to the last known business address shared by both entities:

**Lykart Technologies, LLC. and GrowKart**
30 N Gould St Suite 5707
Sheridan, WY 82801, US

These defendants are presently in **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date April 1, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com