THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>VS.<br><br>LYKART TECHNOLOGIES LLC, GROWKART, TRANSFORN SR BRANDS LLC, KMART, KMART.COM, SEARS, SEARS.COM, ALPHABET INC., GOOGLE LLC, YOUTUBE.COM, POSHMARK INC., STL PRO, INC., TARGET CORPORATION, TARGET.COM, TOTALHILL.COM, MICROSOFT CORPORATION, INC., APPLE INC. and MOZILLA CORPORATION<br><br>Defendants. | Case No. 3:22-cv-1754<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Motion to Stay Proceedings Pending Ruling in Related Case, and for good cause shown, it is hereby ORDERED that:

All proceedings in this matter are STAYED pending resolution of the pending motions in Catanzaro v. Walmart Stores, Inc., et al., Case No. 3:22-cv-01768-JFS-PJC.

**IT IS SO ORDERED.**

BY THE COURT:

_____    DATE _____
Hon. Phillip J. Caraballo
United States Magistrate Judge