IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754- |
| | : | JFS-DFB |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. |
| v. | : | Caraballo) |
| | : | |
| LYKART TECHNOLOGIES LLC, | : | |
| ET AL., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION
TO STAY PROCEEDINGS PENDING RULING IN RELATED CASE**

Defendants Apple Inc., Google LLC, YouTube LLC, Microsoft Corporation, Inc., Mozilla Corporation, Poshmark Inc., and Target Corporation ("Non-Opposing Defendants") respectfully submit this Notice of Non-Opposition to Plaintiff's Motion to Stay Proceedings Pending Ruling in Related Case.

1.      On April 1, 2025, Plaintiff filed a Motion to Stay Proceedings Pending Ruling in a Related Case, Docket No. 89.  In this motion, Plaintiff argues that a stay is warranted because another action asserting infringement of the same patent, also pending before the Court, *Catanzaro v. Walmart Stores, Inc.*, No. 3:22-cv-01768 (M.D.Pa.), concerns "overlapping factual and legal issues" such that "outcome of the pending motions may significantly affect the posture and scope of present action." *Id.*

– 1 –

2.      Non-Opposing Defendants disagree that any pending motion in the *Catanzaro v. Walmart* action overlaps or otherwise impacts any issue in this one. The only motions pending in *Catanzaro v. Walmart* are a "Motion for Default Judgement," No. 3:22-cv-01768, Docket No. 93, a "Motion Requesting the Court to Expedite Ruling on Default Judgment [ECF 93 & 94] against Remaining Default Defendants," *id*., Docket No. 114, and a "Motion for Sanctions and Default Judgement." *id*., Docket No. 116. Each of these pending motions seeks default judgment or sanctions relating to service of documents relating to parties not in this action. None of these pending motions concerns the merits of Mr. Catanzaro's allegations against any party to this action. It is thus incorrect that the outcome of any of these motions would have any impact on this action, or that any ruling on those motions would or could conflict with any determination here.

3.      Although they disagree with the basis upon which his motion is made, Non-Opposing Defendants nevertheless do not oppose the relief sought by the plaintiff in his Motion to Stay Proceedings Pending Ruling in a Related Case, No. 3:22-cv-01754, Docket No. 89, without waiver of responses to any pleading.


Date:  April 9, 2025                          Respectfully submitted,


/s/ Stephen H. Barrett_____          /s/ John V. Gorman_____
Stephen H. Barrett (PA ID 313709)     John V. Gorman (PA ID 80631)
DLA PIPER LLP (US)                    MORGAN, LEWIS & BOCKIUS LLP

One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania, 19103
+1 (215) 656-3300
stephen.barrett@us.dlapiper.com

*Counsel for Defendant Apple Inc.*

2222 Market Street
Philadelphia, Pennsylvania, 19103
+1 (215) 963-5157
+1 (215) 963-5001 facsimile
john.gorman@morganlewis.com

Erika H. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
Shaida Shahinfar (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-1754@cases.warrenlex.com

*Counsel for Defendants Google LLC
and YouTube LLC*

/s/ Kelly J. Fermoyle_____
Jessica Natali (PA ID 86507)
FAEGRE DRINKER BIDDLE &
REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania, 19103
+1 (215) 988-2700
+1 (215) 988-2757 facsimile
jessica.natali@faegredrinker.com

Kelly J. Fermoyle (*pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota, 55402
+1 (612) 766-7000
kelly.fermoyle@faegredrinker.com

*Counsel for Defendant Microsoft*

/s/ Rachael D. Lamkin_____
Jennifer Berger (PA ID 327364)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York, 10112
+1 (212) 408-2592
Jennifer.berger@bakerbotts.com

Rachael Lamkin (*pro hac vice*)
Baker Botts L.L.P.
101 California Street, Suite 3200
San Francisco, California, 94111
+1 (415) 291-6264
+1 (415) 291-6300 facsimile
Rachael.lamkin@bakerbotts.com

*Counsel for Defendant Mozilla
Corporation*

*Corporation Inc.*

/s/ Bridget E. Montgomery
Bridget E. Montgomery (PA ID 56105)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, Pennsylvania, 17101
+1 (717) 237-6054
+1 (717) 237-6019
bmontgomery@eckertseamans.com

Steven Callahan (*pro hac vice*)
Mitchell Sibley (*pro hac vice*)
Christopher T. Bovenkamp (*pro hac
vice to be filed*)
CHARHON CALLAHAN ROBSON &
GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas, 75219
+1 (214) 521-6400
+1 (214) 764-8392 facsimile
scallahan@ccrglaw.com
msibley@ccrglaw.com
cbovenkamp@ccrglaw.com

*Counsel for Defendant Poshmark Inc.*

/s/ Timothy D. Katsiff
Timothy D. Katsiff (PA ID 75490)
FAEGRE DRINKER BIDDLE &
REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania, 19103
215-988-2700
215-988-2757
tim.katsiff@faegredrinker.com

*Counsel for Defendant Target
Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2025, a copy of the foregoing

Notice of Non-Opposition To Plaintiff's Motion To Stay Proceedings Pending

Ruling In Related Case was served on all counsel of record via ECF and served on

plaintiff via email.


*/s/ John V. Gorman*
John V. Gorman