IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>          Plaintiff,<br><br>     v.<br><br>LYKART TECHNOLOGIES LLC,<br>ET AL.,<br><br>          Defendants. | Civil Case No. 3:22-CV-01754<br>               JFS-DFB<br>(Judge Joseph F. Saporito Jr.)<br>(Referred to Judge Phillip J. Caraballo) |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint, it is HEREBY ORDERED that said Motion is **GRANTED.**

BY THE COURT:

_____
Phillip J. Caraballo
Magistrate Judge