THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
APR 18 2025
PER ___DJ___
DEPUTY CLERK

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>v.<br><br>LYKART TECHNOLOGIES LLC, et al.,<br><br>Defendants. | Case No. 3:22-cv-1754<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHAMBERS COMMUNICATIONS

Plaintiff David J. Catanzaro respectfully submits this notice pursuant to the Court's directive in its April 14, 2025 Order (Doc. 94), requesting that any communications with chambers related to pending motions be docketed.

Plaintiff hereby informs the Court of the following communications:

1. During the week prior to the Court's April 14, 2025 Order, Plaintiff placed a phone call to the chambers of the assigned District Judge. The purpose of the call was to respectfully inquire about the status of pending motions, including the Motion to Stay (Doc. 89). Plaintiff also inquired about the status of several motions in Case No. 3:22-cv-07168. No substantive matters were discussed beyond confirming the docket status.

2. Plaintiff also placed two calls to the chambers of the assigned Magistrate Judge. On or about Friday, April 11, 2025, or possibly Monday, April 14, 2025, Plaintiff made a final call in which he inquired whether the Court intended to rule on the pending Motion to Stay and Defendants' Motion for Extension of Time. Plaintiff explained that several Defendants' deadlines to respond to the Fifth Amended

Complaint were approaching, and he sought only to understand whether the Court would issue a ruling before those deadlines.

These communications were limited to procedural inquiries. Plaintiff did not present legal argument or attempt to engage in improper ex parte advocacy. This submission is made in good faith and in compliance with the Court's directive.

Date April 18, 2025                                    Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, I caused a true and correct copy of the foregoing **NOTICE OF CHAMBERS COMMUNICATIONS** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record as listed on the docket:

**For Unrepresented Defendants:**

The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities:

**Lykart Technologies, LLC. and GrowKart**
30 N Gould St Suite 5707
Sheridan, WY 82801, US

These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date April 18, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com