IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| | : | |
| Plaintiffs | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. Caraballo) |
| v. | : | |
| | : | |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**OPPOSED MOTION FOR COORDINATED RULE 12 BRIEFING**

Defendants Apple Inc., Google LLC, YouTube LLC, Microsoft Corporation, Inc., Mozilla Corporation, and Poshmark, Inc. (collectively "Moving Defendants") respectfully request the Court grant this motion to permit a joint Rule 12 response from all Moving Defendants, and accordingly modify page limits for briefing a joint Rule 12 response on behalf of the Moving Defendants. This motion is based on this Notice, the attached Brief in Support of the Motion, all matters of record filed with the Court in this case, any argument at hearing of this matter, and such other materials the Court may consider.

WHEREAS, the Moving Defendants desire to reduce the total pages allotted for briefing by five defendant groups to a single set of coordinated page limits for briefing on a joint Rule 12 response.

NOW, THEREFORE, in support of this Motion, Moving Defendants state as follows:

1. Moving Defendants respectfully request that the Court permit the Moving Defendants to file a joint Rule 12 response.

2. If permitted to file a joint Rule 12 response, Moving Defendants respectfully request that the Court set the following limits for coordinated briefing on the joint Rule 12 response as follows:

- Up to 40 pages for Defendants' joint opening brief;
- Up to 40 pages for Plaintiff's joint responsive brief;
- Up to 20 pages for Defendants' joint reply brief, in addition to five additional pages per defendant to address any defendant-specific issues raised in Plaintiff's response brief.

3. Plaintiff opposes Moving Defendants' request to file a joint Rule 12 Response, but Plaintiff does not oppose the requested modifications to the page limits as set forth above, if the Moving Defendants are permitted to file a joint Rule 12 response.

Date:  May 6, 2025                                   Respectfully submitted,

 /s/ Stephen H. Barrett_____        /s/ John V. Gorman_____
Stephen H. Barrett (PA ID 313709)              John V. Gorman (PA ID 80631)
DLA PIPER LLP (US)                             MORGAN, LEWIS & BOCKIUS LLP

One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania, 19103
+1 (215) 656-3300
stephen.barrett@us.dlapiper.com

*Counsel for Defendant Apple Inc.*

  /s/ Kelly J. Fermoyle_____
Jessica Natali (PA ID 86507)
FAEGRE DRINKER BIDDLE &
REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania, 19103
+1 (215) 988-2700
+1 (215) 988-2757 facsimile
jessica.natali@faegredrinker.com

Kelly J. Fermoyle (*pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota, 55402
+1 (612) 766-7000
kelly.fermoyle@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*

2222 Market Street
Philadelphia, Pennsylvania, 19103
+1 (215) 963-5157
+1 (215) 963-5001 facsimile
john.gorman@morganlewis.com

Erika H. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-1754@cases.warrenlex.com

*Counsel for Defendants Google LLC and YouTube LLC*

  /s/ Jennifer Berger_____
Jennifer Berger (PA ID 327364)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York, 10112
+1 (212) 408-2592
Jennifer.berger@bakerbotts.com

Rachael Lamkin (*pro hac vice*)
Baker Botts L.L.P.
101 California Street, Suite 3200
San Francisco, California, 94111
+1 (415) 291-6264
+1 (415) 291-6300 facsimile
Rachael.lamkin@bakerbotts.com

*Counsel for Defendant Mozilla Corporation*

  /s/ Bridget E. Montgomery
Bridget E. Montgomery (PA ID 56105)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, Pennsylvania, 17101
+1 (717) 237-6054
+1 (717) 237-6019
bmontgomery@eckertseamans.com

Steven Callahan (*pro hac vice*)
Mitchell Sibley (*pro hac vice*)
Christopher T. Bovenkamp (*pro hac vice to be filed*)
CHARHON CALLAHAN ROBSON &
GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas, 75219
+1 (214) 521-6400
+1 (214) 764-8392 facsimile
scallahan@ccrglaw.com
msibley@ccrglaw.com
cbovenkamp@ccrglaw.com

*Counsel for Defendant Poshmark, Inc.*