IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro, | Civil Action – Law |
| Plaintiff, | Case No.: 3:22-CV-01754-JFS-PJC |
| v. | Judge Joseph F. Saporito |
| Lykart Technologies LLC, et al., | Judge Phillip J. Caraballo |
| Defendants. | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Defendants Apple Inc., Google LLC, YouTube LLC, Microsoft Corporation, Mozilla Corporation, and Poshmark Inc.'s (collectively, "Moving Defendants") Motion for Coordinated Rule 12 Briefing, it is HEREBY ORDERED that said Motion is **GRANTED**. Moving Defendants shall be permitted to file a joint Rule 12 Response, and the briefing on Moving Defendants' Rule 12 Motion shall be as follows:

- Up to 40 pages for Defendants' joint opening brief;
- Up to 40 pages for Plaintiff's joint responsive brief;
- Up to 20 pages for Defendants' joint reply brief, in addition to five additional pages per defendant to address any defendant-specific issues raised in Plaintiff's response brief.

BY THE COURT:

_____
Phillip J. Caraballo
Magistrate Judge