IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| | : | |
| Plaintiffs | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. Caraballo) |
| v. | : | |
| | : | |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOVING DEFENDANTS' BRIEF IN SUPPORT OF**
**MOTION FOR COORDINATED RULE 12 BRIEFING**

On March 17, 2025, the Court permitted the plaintiff to file a Fifth Amended Complaint in this action. Docket No. 67. Defendants Apple Inc., Google LLC, YouTube LLC, Microsoft Corporation, Inc., Mozilla Corporation, and Poshmark, Inc. (collectively "Moving Defendants") each intend to file a Rule 12 response to the Fifth Amended Complaint. Moving Defendants believe that their grounds for seeking dismissal will substantially overlap. Moving Defendants accordingly endeavor to coordinate regarding their Rule 12 responses, in order to submit a single coordinated set of papers to the Court.

A joint Rule 12 response on behalf of the Moving Defendants will conserve substantial judicial and party resources. Without a coordinated briefing schedule, the Moving Defendants must file, and the Court must consider, five overlapping

– 1 –

briefs of up to 15 pages each, for a total of 75 pages across the five Moving Defendant groups.  The Moving Defendants submit that all parties and the Court will benefit instead from consolidated briefing as the Moving Defendants propose here.

Moving Defendants accordingly respectfully request the Court grant this motion to permit a joint Rule 12 response from all Moving Defendants, and accordingly modify page limits for briefing a joint Rule 12 response as follows:

- Up to 40 pages for Defendants' joint opening brief;

- Up to 40 pages for Plaintiff's joint responsive brief;

- Up to 20 pages for Defendants' joint reply brief, in addition to five additional pages per defendant to address any defendant-specific issues raised in Plaintiff's response brief.

| | |
|---|---|
| Date:  May 6, 2025 | Respectfully submitted, |
| _/s/ Stephen H. Barrett_____ <br> Stephen H. Barrett (PA ID 313709) <br> DLA PIPER LLP (US) <br> One Liberty Place <br> 1650 Market Street, Suite 5000 <br> Philadelphia, Pennsylvania, 19103 <br> +1 (215) 656-3300 <br> stephen.barrett@us.dlapiper.com <br><br> *Counsel for Defendant Apple Inc.* | _/s/ John V. Gorman_____ <br> John V. Gorman (PA ID 80631) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 2222 Market Street <br> Philadelphia, Pennsylvania, 19103 <br> +1 (215) 963-5157 <br> +1 (215) 963-5001 facsimile <br> john.gorman@morganlewis.com <br><br> Erika H. Warren (*pro hac vice*) <br> Madeline A. Woodall (*pro hac vice*) <br> WARREN KASH WARREN LLP |

<div style="column: right">

2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-1754@cases.warrenlex.com

*Counsel for Defendants Google LLC and YouTube LLC*

</div>

  /s/ Kelly J. Fermoyle_____
Jessica Natali (PA ID 86507)
FAEGRE DRINKER BIDDLE &
REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania, 19103
+1 (215) 988-2700
+1 (215) 988-2757 facsimile
jessica.natali@faegredrinker.com

Kelly J. Fermoyle (*pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota, 55402
+1 (612) 766-7000
kelly.fermoyle@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*

  /s/ Bridget E. Montgomery_____
Bridget E. Montgomery (PA ID 56105)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, Pennsylvania, 17101
+1 (717) 237-6054
+1 (717) 237-6019

  /s/ Jennifer Berger_____
Jennifer Berger (PA ID 327364)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York, 10112
+1 (212) 408-2592
Jennifer.berger@bakerbotts.com

Rachael Lamkin (*pro hac vice*)
Baker Botts L.L.P.
101 California Street, Suite 3200
San Francisco, California, 94111
+1 (415) 291-6264
+1 (415) 291-6300 facsimile
Rachael.lamkin@bakerbotts.com

*Counsel for Defendant Mozilla Corporation*

bmontgomery@eckertseamans.com

Steven Callahan (*pro hac vice*)
Mitchell Sibley (*pro hac vice*)
Christopher T. Bovenkamp (*pro hac vice to be filed*)
CHARHON CALLAHAN ROBSON & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas, 75219
+1 (214) 521-6400
+1 (214) 764-8392 facsimile
scallahan@ccrglaw.com
msibley@ccrglaw.com
cbovenkamp@ccrglaw.com

*Counsel for Defendant Poshmark, Inc.*