IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| Plaintiffs | : | (Judge Joseph F. Saporito Jr.) |
| v. | : | (Referred to Judge Phillip J. Caraballo) |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| Defendants. | : | |

### UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Apple Inc., Google LLC, YouTube LLC, Microsoft Corporation, Inc., Mozilla Corporation, and Poshmark, Inc. (collectively "Moving Defendants") respectfully request the Court grant this motion to extend their time to respond to Plaintiff's Fifth Amended Complaint in order for the Moving Defendants to file a joint Rule 12 response as set forth in the concurrently filed Motion for Coordinated Rule 12 Briefing, Dkt. 98.

WHEREAS, on April 14, 2025, the Court set a deadline for each of the Moving Defendants to answer or otherwise respond to the Fifth Amended Complaint on or before May 14, 2025 (Dkt. 94 at 4);

WHEREAS, the Moving Defendants believe that the Court and all parties would benefit if they submit one joint Rule 12 response to the complaint, rather than filing five separate Rule 12 responses for each of the Moving Defendants;

WHEREAS, the Moving Defendants desire additional time to jointly draft and agree upon a joint Rule 12 response and believe that they will need an additional 30 days beyond the current deadline to do so;

NOW, THEREFORE, in support of this Motion, Moving Defendants state as follows:

1. Moving Defendants are diligently investigating Plaintiff's allegations.

2. Moving Defendants respectfully request that the Court order that the time for them to file a Rule 12 response to the Fifth Amended Complaint be set for June 13, 2025.

3. Plaintiff does not oppose this request for extension.

4. No party will be prejudiced by this Court granting an extension, and this motion is not being filed for purposes of harassment or delay.

5. Because Plaintiff concurs in this request and the reasons for the request are set forth in the body of this motion, no supporting brief is required pursuant to Middle District Local Rule 7.5.

Date:  May 6, 2025                                      Respectfully submitted,


 /s/ Stephen H. Barrett                                  /s/ John V. Gorman
Stephen H. Barrett (PA ID 313709)                       John V. Gorman (PA ID 80631)
DLA PIPER LLP (US)                                      MORGAN, LEWIS & BOCKIUS LLP
One Liberty Place                                       2222 Market Street
1650 Market Street, Suite 5000                          Philadelphia, Pennsylvania, 19103
Philadelphia, Pennsylvania, 19103                       +1 (215) 963-5157
+1 (215) 656-3300                                       +1 (215) 963-5001 facsimile
stephen.barrett@us.dlapiper.com                         john.gorman@morganlewis.com

*Counsel for Defendant Apple Inc.*                      Erika H. Warren (*pro hac vice*)
                                                        Madeline A. Woodall (*pro hac vice*)
                                                        WARREN KASH WARREN LLP
                                                        2261 Market Street, No. 606
                                                        San Francisco, California, 94114
                                                        +1 (415) 895-2940
                                                        +1 (415) 895-2964 facsimile
                                                        22-1754@cases.warrenlex.com

                                                        *Counsel for Defendants Google LLC
                                                        and YouTube LLC*


 /s/ Kelly J. Fermoyle                                   /s/ Jennifer Berger
Jessica Natali (PA ID 86507)                            Jennifer Berger (PA ID 327364)
FAEGRE DRINKER BIDDLE &                                 Baker Botts L.L.P.
REATH LLP                                               30 Rockefeller Plaza
One Logan Square, Suite 2000                            New York, New York, 10112
Philadelphia, Pennsylvania, 19103                       +1 (212) 408-2592
+1 (215) 988-2700                                       Jennifer.berger@bakerbotts.com
+1 (215) 988-2757 facsimile
jessica.natali@faegredrinker.com                        Rachael Lamkin (*pro hac vice*)
                                                        Baker Botts L.L.P.
Kelly J. Fermoyle (*pro hac vice*)                      101 California Street, Suite 3200
FAEGRE DRINKER BIDDLE &                                 San Francisco, California, 94111
REATH LLP                                               +1 (415) 291-6264
2200 Wells Fargo Center                                 +1 (415) 291-6300 facsimile
90 S. 7th Street                                        Rachael.lamkin@bakerbotts.com

Minneapolis, Minnesota, 55402
+1 (612) 766-7000
kelly.fermoyle@faegredrinker.com

*Counsel for Defendant Microsoft Corporation*

*Counsel for Defendant Mozilla Corporation*

\_/s/ Bridget E. Montgomery_____
Bridget E. Montgomery (PA ID 56105)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, Pennsylvania, 17101
+1 (717) 237-6054
+1 (717) 237-6019
bmontgomery@eckertseamans.com

Steven Callahan (*pro hac vice*)
Mitchell Sibley (*pro hac vice*)
Christopher T. Bovenkamp (*pro hac vice to be filed*)
CHARHON CALLAHAN ROBSON & GARZA, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas, 75219
+1 (214) 521-6400
+1 (214) 764-8392 facsimile
scallahan@ccrglaw.com
msibley@ccrglaw.com
cbovenkamp@ccrglaw.com

*Counsel for Defendant Poshmark, Inc.*