IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro, | Civil Action – Law |
| Plaintiff, | Case No.: 3:22-CV-01754-JFS-PJC |
| v. | Judge Joseph F. Saporito |
| Lykart Technologies LLC, et al., | Judge Phillip J. Caraballo |
| Defendants. | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Defendants Apple Inc., Google LLC, YouTube LLC, Microsoft Corporation, Mozilla Corporation, and Poshmark Inc.'s (collectively, "Moving Defendants") Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint, it is HEREBY ORDERED that said Motion is **GRANTED**. The deadline for Moving Defendants to respond to Plaintiff's Fifth Amended Complaint is hereby extended to June 13, 2025.

BY THE COURT:

_____
Phillip J. Caraballo
Magistrate Judge