# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David J. Catanzaro, | Civil Action – Law |
| Plaintiff, | Case No.: 3:22-CV-01754-JFS-PJC |
| v. | Judge Joseph F. Saporito |
| Lykart Technologies LLC, et al., | Judge Phillip J. Caraballo |
| Defendants. | |

## ORDER

AND NOW, this 12th day of May, 2025, upon consideration of Defendants Apple Inc., Google LLC, YouTube LLC, Microsoft Corporation, Mozilla Corporation, and Poshmark Inc.'s (collectively, "Moving Defendants") Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint, it is HEREBY ORDERED that said Motion is **GRANTED**. The deadline for Moving Defendants to respond to Plaintiff's Fifth Amended Complaint is hereby extended to June 13, 2025.

BY THE COURT:

Phillip J. Caraballo
Magistrate Judge