THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>VS.<br><br>LYKART TECHNOLOGIES LLC, GROWKART, ALPHABET INC., GOOGLE LLC, YOUTUBE.COM, POSHMARK INC., TARGET CORPORATION, TARGET.COM, MICROSOFT CORPORATION, INC., APPLE INC. and MOZILLA CORPORATION<br><br>Defendants. | Case No. 3:22-cv-1754<br><br>Judge Joseph F. Saporito, Jr.<br>Referred to: Phillip J. Caraballo<br><br>JURY TRIAL DEMANDED |

FILED
SCRANTON
MAY 16 2025
PER_____
DEPUTY CLERK

## STIPULATION FOR DISMISSAL OF DEFENDANTS TARGET CORPORATION AND TARGET.COM ONLY PURSUANT TO FED. R. CIV. P. 41

Plaintiff David J. Catanzaro and Defendants, Target Corporation and Target.com hereby agree pursuant to Federal Rule of Civil Procedure 41 to dismiss with prejudice all claims asserted in this action by Plaintiff as against Target Corporation and Target.com, named defendants not having answered or moved for summary judgment. This Stipulation shall in no way affect Plaintiff's claims against any other Defendant other than Target Corporation and Target.com.

Date 5/16/25

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I caused a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL OF DEFENDANTS TARGET CORPORATION AND TARGET.COM** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record as listed on the docket:

**For Unrepresented Defendants:**

The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities:

**Lykart Technologies, LLC. and GrowKart**
30 N Gould St Suite 5707
Sheridan, WY 82801, US

These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date May 16, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com