IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| | : | |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. Caraballo) |
| v. | : | |
| | : | |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**<u>UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>**

Counsel for defendants Google LLC and YouTube LLC respectfully requests that the Court grant leave for Shaida Shahinfar to withdraw from this action under Middle District of Pennsylvania Local Rule 83.15 and enter the concurrently filed proposed order as she has ended her employment with Warren Kash Warren LLP. Counsel for defendants has sought concurrence in the motion from plaintiff, and plaintiff's concurrence has been given. Attorneys John V. Gorman, Erika H. Warren, and Madeline A. Woodall continue to represent Google LLC and YouTube LLC.

Date:  June 3, 2025          Respectfully submitted,

/s/ John V. Gorman
John V. Gorman (PA Bar No. 80631)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, Pennsylvania 19103

john.gorman@morganlewis.com
+1 (215) 963-5157
+1 (215) 963-5001 facsimile

Erika H. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-1754@cases.warrenlex.com

*Counsel for Defendants Google LLC and YouTube LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of June 2025, a copy of the foregoing Unopposed Motion for Leave to Withdraw as Counsel was served on all counsel of record by ECF and served on plaintiff by email.

      /s/ John V. Gorman
      John V. Gorman