IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| | : | |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. Caraballo) |
| v. | : | |
| | : | |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of the Unopposed Motion for Leave to Withdraw as Counsel filed by Google LLC and YouTube LLC, the Court finds good cause for the entry of this Order and GRANTS the Motion. Shaida Shahinfar is withdrawn as counsel for Google LLC and YouTube LLC.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Philip J. Caraballo
Magistrate Judge