IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-1754 |
| Plaintiffs | : | Judge Joseph F. Saporito Jr. |
| v. | : | Referred to Judge Phillip J. Caraballo |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| Defendants. | : | |

FILED
SCRANTON
JUN 0 6 2025
PER _____
DEPUTY CLERK

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST MICROSOFT CORPORATION

Plaintiff David J. Catanzaro hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant Microsoft Corporation in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This Dismissal shall in no way affect Plaintiff's claims against any other Defendant other than Microsoft Corporation. Plaintiff hereby dismisses its claims against Defendant Microsoft Corporation with prejudice, with each side to bare its own costs.

Defendant Microsoft Corporation has not served either an answer or a motion for summary judgment.

－1－

– 2 –

Date: June 6, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST MICROSOFT CORPORATION** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record as listed on the docket:

**For Unrepresented Defendants:**

The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities:

**Lykart Technologies, LLC. and GrowKart**
30 N Gould St Suite 5707
Sheridan, WY 82801, US

These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date June 6, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com