IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-cv-1754-JFS-PJC |
| | : | |
| Plaintiff, | : | Judge Joseph F. Saporito, Jr. |
| | : | Referred to: Judge Phillip J. Caraballo |
| v. | : | |
| | : | |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT APPLE INC.'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Apple Inc. discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: June 12, 2025                              Respectfully submitted,

                                                  _____
                                                  Stephen H. Barrett (PA ID 313709)
                                                  DLA Piper LLP (US)
                                                  One Liberty Place
                                                  1650 Market Street, Suite 5000
                                                  Philadelphia, Pennsylvania, 19103
                                                  Telephone: (215) 656-3300
                                                  stephen.barrett@us.dlapiper.com

                                                  *Counsel for Defendant Apple Inc.*

1