IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| | : | |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. Caraballo) |
| v. | : | |
| | : | |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## MOTION TO DISMISS

Defendants Apple Inc., Google LLC, YouTube, LLC, and Mozilla Corporation, (collectively "Moving Defendants") hereby move to dismiss the Fifth Amended Complaint filed by plaintiff David J. Catanzaro (Dkt. 71) under Federal Rules of Civil Procedure 12(b)(1), 12(b)(3) and 12(b)(6).

This motion is based on this Notice, the concurrently filed Brief in Support of the Motion, all matters of record filed with the Court in this case, any argument at hearing of this matter, and such other materials the Court may consider.

Under Local Rule 7.1, the undersigned sought concurrence from Plaintiff, and Plaintiff did not provide concurrence to the relief sought herein.

Date: June 13, 2025                    Respectfully submitted,

s/ Stephen H. Barrett                  s/ John V. Gorman
Stephen H. Barrett                     John V. Gorman (PA ID 80631)
DLA PIPER LLP (US)                     MORGAN, LEWIS & BOCKIUS LLP

– 1 –

– 2 –

One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania, 19103
+1 (215) 656-3300
stephen.barrett@us.dlapiper.com

*Counsel for Defendant Apple Inc.*

s/ Rachael Lamkin
Jennifer Berger (PA ID 327364)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York, 10112
+1 (212) 408-2592
Jennifer.berger@bakerbotts.com

Rachael Lamkin (*pro hac vice*)
Baker Botts L.L.P.
101 California Street, Suite 3200
San Francisco, California, 94111
+1 (415) 291-6264
+1 (415) 291-6300 facsimile
Rachael.lamkin@bakerbotts.com

*Counsel for Defendant Mozilla Corporation*

2222 Market Street
Philadelphia, Pennsylvania, 19103
+1 (215) 963-5157
+1 (215) 963-5001 facsimile
john.gorman@morganlewis.com

Erika H. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-1754@cases.warrenlex.com

*Counsel for Defendants Google LLC and YouTube, LLC*

– 3 –

## CERTIFICATE OF SERVICE

I hereby certify that this 13th day of June 2025, a copy of the foregoing Motion to Dismiss was served on all counsel of record by ECF and served on plaintiff by email.

s/ John V. Gorman
John V. Gorman
