IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| | : | |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. Caraballo) |
| v. | : | |
| | : | |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Defendants' Motion to Dismiss, it is hereby ordered that:

1. Defendants' Motion to Dismiss is GRANTED;

2. The Fifth Amended Complaint filed by plaintiff David J. Catanzaro (Dkt. 71) is hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Philip J. Caraballo
Magistrate Judge