# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20160602215030/http://www.target.com/p/orbeez-crush-crushkins-pets/-/A-21434516

| sign in / account | my store Mountain View | weekly ad | gift cards | lists / registries | REDcard | explore our most loved stuff |

| shop all categories | all  search | your cart |

free shipping on orders of $25+ & free returns on every order. view details ›

Target   toys   action figures & playsets   mini-figures & playsets



overview overview
q&a q&a
reviews reviews
shipping & returns shipping & returns
**details**
Grow! Crush! Create! A whole new way to craft and play with Orbeez! Customize these adorable Doggy and Kitty Crushkins a different way every time you play! Use the crushing tube to crush over 30 Orbeez at once. Once you have crushed your Orbeez, the injector makes it easy to fill your Crushkins. With 20 plug-in accessory pieces and 6 sets of eyes, you can mix and match giving your Crushkins a different look every day. Each set includes 2 Crushkin pets, 20 mix & match plug-in accessories, 6 sets of eyes, an injector and 1,200 Orbeez in 4 colors.
**Manufacturer Suggested Age** 5 Years and Up,
**Material** rubber,
**Educational Focus** Creative Thinking, Motor Skills,
**Height:** 9.000,
**Width:** 10.500,
**Length:** 12.000,
**Battery:** no battery used:
**other Info.**
**Online Item #:** 21434516
**Store Item Number (DPCI):** 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
Imported

mouse over image to zoom in.

14.99
spend $50 save $10, spend $100 save $25 with code PLAY

quantity:
1 [+]

delivery service options available in cart
Orbeez-Crush-Crushkins Pets Additional View 5
learn more
  pping
  nd $25 get free shipping

  er pickup
  not available
loading...
notes
WARNING: choking hazard - small parts. Not for children under 3 yrs.
Prices, promotions, styles and availability may vary by store and online.
[ add to list / registry ] share

**related searches**
orbeez crush crushkins safari | littlest pet shop pieces | kidkraft girls wooden toy | littlest pet shop accessories | kidkraft children thinking toy | molded plastic composite toy

**related pages**
funko pop marvel

as you view items on Target.com, we'll keep track of them here.

| **Target stores** | **about Target** | **ways to save** | **help** | **the REDcard** |
|---|---|---|---|---|
| find a store | news, information & blog | weekly ads | see all help | card benefits |
| clinic | careers | coupons | accessibility | how to apply |
| optical | corporate responsibility | clearance | track an order | manage my REDcard |
| pharmacy | investor relations | | return an item | |
| photo | pressroom | | order pickup | 5% off |
| portrait studio | affiliates | | shipping information | plus everyday free shipping |
| | team member services | | product recalls | apply now |
| | Bullseye Shop | | size charts | |
| | advertise with us | | contact us | |
| | suppliers | | | |

privacy policy Updated May 2016 | Interest Based Ads | terms & conditions | CA privacy rights | CA transparency in supply chains act | about this site

© 2016 Target Brands, Inc. Target, the Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc. All rights reserved.

view all products by: accessories  clothing  jewelry & watches  shoes  baby  home  bath  bedding  appliances  décor
kitchen  patio and garden  furniture  electronics  toys  health and beauty  sports

shop all departments
view mobile version