# EXHIBIT B



All   Videos   Short videos   Images   Forums   Shopping   Web   More ▾          Tools ▾

Before Dec 31, 2016 ▾   All results ▾   Advanced Search          About 167 results (0.26 seconds)



YouTube · Genieland
1.1M+ views · 9 years ago

## Orbeez Crush Crushkins Pets Puppy and Kitty



15:23

These Orbeez Crush crushkins are **super fun to play with and design** and each one of these activity sets comes with so many Orbeez.

10 key moments in this video   ⌄

YouTube · TheEngineeringFamily
882.6K+ views · 9 years ago

## ORBEEZ CRUSH Orbeez Crushkins Pets + Planet Orbeez ...



10:50

Our Orbeez crushkins came with **eight different packs of Orbeez beads** four different colors we've got red blue green and purple.

YouTube · Genieland
1.6M+ views · 9 years ago

## Orbeez Crush Crushkins Safari Elephant and Rhino Pets ...



11:36

**Orbeez Crush Crushkins Safari Elephant and Rhino Pets** review by Toy Genie Surprises. Crush some Orbeez and squeeze them out to design your favorite pet.

8 key moments in this video   ⌄

YouTube · The Fizzy Show
16.5K+ views · 9 years ago

## ORBEEZ CRUSH CRUSHKINS PETS! Kitty! Doggy!

 9:04

Fizzy #fizzyandphoebe We have a super fun **Orbeez Crush Crushkins Pets** play set today!! We grow orbeez and then crush them to create super cute animals: A ...

YouTube · TTPM Toy Reviews
1.4K+ views · 9 years ago

## Orbeez Crush Crushkins Pets from The Maya Group

 1:38

**Orbeez Crush Crushkins Pets** from The Maya Group. Grow colorful and squishy Orbeez balls, and then crush them to create and decorate a dog and a cat.

YouTube · AllToyCollector
219.8K+ views · 9 years ago

## ORBEEZ CRUSH New Pets Cat & Dog Animals Toy Review

 10:02

**NEW Orbeez Crush fun pets and animals Crushkins maker** part of the new Orbeez Playset series. Crush up Orbeez with this brand new toy fun called Crushkins.

YouTube · Genieland
6.2M+ followers

## Orbeez

**Orbeez Crush Crushkins Safari Elephant and Rhino Pets Crafting Playset** ... Orbeez Crush Crushkins Pets Puppy and Kitty. Genieland · 9:33. ORBEEZ. Genieland.

YouTube · CookieSwirlC
9.7M+ views · 9 years ago

## Orbeez Crush Set Safari Crushkins Animals Maker - Water ...

 9:03

Let's create our own safari animals with the Orbeez Crush playset! **Make 2 Crushkins, a rhino and elephant with Orbeez!** Fill the balls with crushed water ...

10 key moments in this video   ⌄

YouTube · DIY Mommy and Kids
5.1K+ views · 9 years ago

## ORBEEZ CRUSHKINS / PET / SAFARI BLINDFOLDED ...



10:44

**ORBEEZ CRUSHKINS Pets / Safari set**. Watch as Kaden & Kiana assemble these cute CRUSHKINS pets. See how they do blindfolded while assembling the Safari set.

 YouTube · TTPM Toy Reviews
2.2K+ views · 9 years ago

## Orbeez Crush Crushkins Safari from The Maya Group



2:01

... crushing the grown Orbeez. Product Info: The Orbeez Crush Crushkins Safari kit lets kids **grow and crush Orbeez** to create and decorate two safari animals.

4 key moments in this video  ⌄

1  2  3  4  5  6  7  8  9  10        Next

Results are not personalized

**Carbondale, Pennsylvania** - From your IP address - Update location

Help      Send feedback      Privacy      Terms