# EXHIBIT C

The Wayback Machine - http://web.archive.org/web/20161105014231/http://orbeezone.com/products

PRODUCTS (HTTP://WEB.ARCHIVE.ORG/WEB/20161105014231/HTTP://ORBEEZONE.COM/PRODUCTS/VIEW-ALL)

SHOP (HTTP://WEB.ARCHIVE.ORG/WEB/20161105014231/HTTP://ORBEEZONE.COM/SHOP)

GROWING ORBEEZ (HTTP://WEB.ARCHIVE.ORG/WEB/20161105014231/HTTP://ORBEEZONE.COM/GROWING-ORBEEZ)

VIDEOS (HTTP://WEB.ARCHIVE.ORG/WEB/20161105014231/HTTP://ORBEEZONE.COM/VIDEOS)

GAMES (HTTP://WEB.ARCHIVE.ORG/WEB/20161105014231/HTTP://ORBEEZONE.COM/GAMES)



© 2016 Orbeez, All Rights Reserved //   Home (http://web.archive.org/web/20161105014231/http://orbeezone.com/)
Products (http://web.archive.org/web/20161105014231/http://orbeezone.com/products)   Shop (http://web.archive.org/web/20161105014231/http://orbeezone.com/shop)
Videos (http://web.archive.org/web/20161105014231/http://orbeezone.com/videos)   Games (http://web.archive.org/web/20161105014231/http://orbeezone.com/games)
News & Awards (http://web.archive.org/web/20161105014231/http://orbeezone.com/news)   FAQ (http://web.archive.org/web/20161105014231/http://orbeezone.com/faq)
Company Info (http://web.archive.org/web/20161105014231/http://orbeezone.com/company-info)   Contact (http://web.archive.org/web/20161105014231/http://orbeezone.com/contact)

NEWS  FAQ (HTTP://WEB.ARCHIVE.ORG/WEB/20161105014231/HTTP://ORBEEZONE.COM/FAQ)
COMPANY INFO (HTTP://WEB.ARCHIVE.ORG/WEB/20161105014231/HTTP://ORBEEZONE.COM/COMPANY-INFO)

CONTACT (HTTP://WEB.ARCHIVE.ORG/WEB/20161105014231/HTTP://ORBEEZONE.COM/CONTACT)

SAFETY (HTTP://WEB.ARCHIVE.ORG/WEB/20161105014231/HTTP://ORBEEZONE.COM/SAFETY)

From: Maya Group www.orbeezone.com

Archived by: Wayback Machine    http://web.archive.org/

Archived date: 11/6/2016

Snap shot from: http://web.archive.org/web/20161104195657/http://orbeezone.com/shop



The Wayback Machine - http://web.archive.org/web/20161104195657/http://orbeezone.com/shop



PRODUCTS
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/PRODUCTS/VIEW-ALL)

NEWS
(http://web.archive.org/web/20161104195657/http://orbeezone.com/)

FAQ
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZC

SHOP
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/SHOP)

COMPANY INFO
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZC INFO)

GROWING ORBEEZ
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/GROWING-ORBEEZ)

CONTACT
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZC

VIDEOS
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/VIDEOS)

SAFETY
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZC

GAMES
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/GAMES)

## PURCHASE ORBEEZ



(http://web.archive.org/web/2016 search_query=orbeez&ic=16_08 ng.do?
WALMART - BUY IN STORES AND ONLINE





(http://web.archive.org/web/2016 searchTerm=orbeez&category=0
TARGET - BUY IN STORES AND ONLINE



(http://web.archive.org/web/2016 and-games?ie=UTF8&field-brandtextbin=Orbeez&node=16-
AMAZON - BUY ONLINE

SHOP NOW

PRODUCTS (http://web.archive.org/web/20161104195657/HTTP://ORBEEZONE.COM/PRODUCTS/VIEW-ALL/)

NEWS (http://web.archive.org/web/20161104195657/http://www.walmart.com/search/search_query=orbeez&ic=16_0&Find=Find&search_constraint=0&facet=brand_textbin=Orbeez&node=165_matchallany%7Call+categories)

FAQ (http://web.archive.org/web/20161104195657/http://orbeezone.com/)

COMPANY INFO (HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/COMPANY-INFO)

CONTACT (HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/CONTACT)

SAFETY (HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/SAFETY)

SHOP (HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/SHOP)

GROWING ORBEEZ (HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/GROWING-ORBEEZ)

VIDEOS (HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/VIDEOS)

GAMES (HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/GAMES)

TOYSRUS - BUY IN STORES AND ONLINE (http://web.archive.org/web/20161104195657/http://www.toysrus.com/family/index.jsp?categoryId=11360038)

SHOP NOW (http://web.archive.org/web/20161104195657/http://www.toysrus.com/family/index.jsp?categoryId=11360038)

KMART - BUY IN STORES AND ONLINE (http://web.archive.org/web/20161104195657/http://www.kmart.com/search=orbeez)

SHOP NOW (http://web.archive.org/web/20161104195657/http://www.kmart.com/search=orbeez)



(http://web.archive.org/web/20161104195657/https://orbeezone.com/index.php/products/profile/1338)



PRODUCTS
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/PRODUCTS/VIEW-ALL)

SHOP
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/SHOP)

GROWING ORBEEZ
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/GROWING-ORBEEZ)

VIDEOS
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/VIDEOS)

GAMES
(HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/GAMES)

NEWS (http://web.archive.org/web/20161104195657/http://orbeezone.com/)

FAQ (http://web.archive.org/web/20161104195657/https://www.facebook.com/orbeez?v=wall)

(http://web.archive.org/web/20161104195657/https://twitter.com/themayagroup?lang=all)

(http://web.archive.org/web/20161104195657/https://instagram.com/orbeezone/)

COMPANY INFO (HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/COMPANY-INFO)

CONTACT (http://web.archive.org/web/20161104195657/https://www.pinterest.com/orbeezone/)

SAFETY (HTTP://WEB.ARCHIVE.ORG/WEB/20161104195657/HTTP://ORBEEZONE.COM/SAFETY)

© 2016 Orbeez, All Rights Reserved // Home (http://web.archive.org/web/20161104195657/http://orbeezone.com/)
Products (http://web.archive.org/web/20161104195657/http://orbeezone.com/products)
Shop (http://web.archive.org/web/20161104195657/http://orbeezone.com/shop)
Videos (http://web.archive.org/web/20161104195657/http://orbeezone.com/videos)
Games (http://web.archive.org/web/20161104195657/http://orbeezone.com/games)
News & Awards (http://web.archive.org/web/20161104195657/http://orbeezone.com/news)
FAQ (http://web.archive.org/web/20161104195657/http://orbeezone.com/faq)
Company Info (http://web.archive.org/web/20161104195657/http://orbeezone.com/company-info)
Contact (http://web.archive.org/web/20161104195657/http://orbeezone.com/contact)

 (http://web.archive.org/web/20161104195657/http://www.mayagroup.com/)