# EXHIBIT D

 orbeez crush cruskins pets        

All   Shopping   Images   Videos   Short videos   Forums   News   More ▾                                                              Tools ▾

 Amazon.com
https://www.amazon.com › Orbeez-47356-Crush-Crush...

**Orbeez Crush Kins Pets Playset : Toys & Games**

Each set includes **2 Crushkin pets**, 20 mix and match plug-in accessories, 6 sets of eyes, an injector and 1,200 Orbeez in 4 colors. Don't Forget to Get Crushkins ...

$19.99 · In stock · 3.4 ★★★★★ (42) · 30-day returns

 YouTube · Genieland
1.1M+ views · 9 years ago

**Orbeez Crush Crushkins Pets Puppy and Kitty**



These Orbeez Crush crushkins are **super fun to play with and design** and each one of these activity sets comes with so many Orbeez.

15:23

10 key moments in this video ⌄

Missing: ~~cruskins~~ | Show results with: cruskins

 kmart.com
https://www.kmart.com › ... › Drawing & Coloring

**Orbeez Crush - Crushkins - Pets - Kmart**

Grow! Crush! Create! · **Customize these adorable Crushkins animals** a different way every time you play! · Use the crushing tube to crush over 30 Orbeez at once.

$990.00 · In stock · 1-day delivery · 30-day returns

 YouTube · The Fizzy Show
16.6K+ views · 9 years ago

**ORBEEZ CRUSH CRUSHKINS PETS! Kitty! Doggy!**



#fizzyandphoebe We have a super fun **Orbeez Crush Crushkins Pets** play set today!! We grow orbeez and then crush them to create super cute animals ...

9:04

Missing: ~~cruskins~~ | Show results with: cruskins

🔍 orbeez crush cruskins pets          ✕  🎤  📷  🔍         🧪  :::  ⓘ

**All**  Shopping  Images  Videos  Short videos  Forums  News  More ▾                    Tools ▾

---


YouTube · TheEngineeringFamily
882.6K+ views · 9 years ago

### ORBEEZ CRUSH Orbeez Crushkins Pets + Planet Orbeez ...



Our Orbeez crushkins came with **eight different packs of Orbeez beads** four different colors we've got red blue green and purple.

10:50

Missing: ~~cruskins~~ | Show results with: cruskins

---


Dailymotion · ronaldpatricia8619
https://www.dailymotion.com · Mar 12, 2018

### Orbeez Crush Set Safari Crushkins Animals Maker - Water ...



Lets create our own safari animals with the Orbeez Crush playset! **Make 2 Crushkins, a rhino and elephant** with Orbeez!

9:02

---


Pinterest
https://www.pinterest.com › Explore

### Orbeez Crush Crushkins Pets Puppy and Kitty

Oct 25, 2015 — **Orbeez Crush Crushkins Pets Puppy and Kitty** review by Toy Genie Surprises. Grow your Orbeez, Crush your Orbeez, and then Design a Crushkin.

Missing: ~~cruskins~~ | Show results with: cruskins

---


Solaris Paper
https://solarispaper.com › name=orbeez+crush+crushkin...

### Orbeez Crush Crushkins Pets (Orbeez Crushkins Pets Kit)

**Orbeez Crush Crushkins Pets** (Orbeez Crushkins Pets Kit) ... Orbeez Crush Crushkins Pets (Orbeez Crushkins Pets Kit). No reviews. $29.

**$29.00** · 4.3      (1,918)

Missing: ~~cruskins~~ | Show results with: cruskins


Pinterest · Zizi_mak3z
4 years ago

### Orbeez Crush Set Safari Crushkins Animals Maker - Water ...



Let's create our own safari animals with the Orbeez Crush playset! **Make 2 Crushkins, a rhino and elephant with Orbeez!** Fill the balls with ...

9:03

Missing: ~~cruskins~~ | Show results with: cruskins


YouTube · AllToyCollector
219.8K+ views · 9 years ago

### ORBEEZ CRUSH New Pets Cat & Dog Animals Toy Review



It's a new way to play with Orbeez you **crush your Orbeez and make these cute little animals**.

10:02

Missing: ~~cruskins~~ | Show results with: cruskins


Pinterest · pargie
9 years ago

### Orbeez Crush Kins Pets Playset

**Customize your adorable Crush kin a different way every time you play** There are three adorable groups to create: Farmyard, Pets and Safari ...


YouTube · TTPM Toy Reviews
2.2K+ views · 9 years ago

### Orbeez Crush Crushkins Safari from The Maya Group



Product Info: The **Orbeez Crush Crushkins** Safari kit lets kids grow and **crush Orbeez** to create and decorate two safari **animals**. ★SEE MORE ...

2:01

4 key moments in this video ⌄

Missing: ~~cruskins~~ | Show results with: cruskins


Hip2Save
https://hip2save.com › Sales › Toy Deals & Sales

### Orbeez Crushkin Pets Only $5.55 (Regularly $15) - Ships w

Apr 22, 2018 — This playset includes **over 1,200 Orbeez** which your kiddos can crush to create these adorable Crushkins animals. Mix & Match accessories and ...

Missing: ~~cruskins~~ | Show results with: cruskins



iSpot.tv
https://www.ispot.tv › ... › Toys & Games › Orbeez

## Orbeez Crush TV Spot, 'Sweet Treats'

Aug 12, 2015 — These girls have found a whole new way to play with their **Orbeez**! The **Orbeez Crush** allows you to **crush Orbeez** into a gel and use it to craft all kinds of sweet ...

Missing: ~~cruskins~~ | Show results with: cruskins

## People also search for

| | |
|---|---|
| Orbeez crush cruskins pets **review** 🔍 | Orbeez crush cruskins pets **amazon** 🔍 |
| Orbeez crush cruskins pets **for sale** 🔍 | |

Previous    1 2 3 4 5 6 7    Next

Results are not personalized

**Carbondale, Pennsylvania** - From your IP address - Update location

Help    Send feedback    Privacy    Terms


myshopify.com
https://maya-toys.myshopify.com › products › orbeez-cr...

### Orbeez® Crushkins Pets Playset for Kids - Maya Toys

Simply grow, crush, and create your new favorite silly friend! Contents. **Orbeez Crushkins Pets kit** includes: 2 Crushkin Orbeez Pets; 1,200 Orbeez in 4 colors ...

$14.99 · Out of stock

Missing: ~~cruskins~~ | Show results with: cruskins

---

YouTube · TTPM Toy Reviews
1.4K+ views · 9 years ago

### Orbeez Crush Crushkins Pets from The Maya Group



The Orbeez crush crush consp it's kit from the Maya group **lets kids ages 5 to 12 create and decorate a doggie and a kitty**.

1:38

Missing: ~~cruskins~~ | Show results with: cruskins

---


YouTube · Genieland
1.6M+ views · 9 years ago

### Orbeez Crush Crushkins Safari Elephant and Rhino Pets ...

These crushkins are so super awesome because you can actually **display these on your desk or on your window sill** or on your dresser or wherever you like.

11:36

▸ 8 key moments in this video ⌄

Missing: ~~cruskins~~ | Show results with: cruskins

---

YouTube · TheEngineeringFamily
882.6K+ views · 9 years ago

### ORBEEZ CRUSH Orbeez Crushkins Pets + Planet Orbeez ...



Our Orbeez crushkins came with **eight different packs of Orbeez beads** four different colors we've got red blue green and purple.

10:50

Missing: ~~cruskins~~ | Show results with: cruskins

---


Dailymotion · ronaldpatricia8619
https://www.dailymotion.com · Mar 12, 2018

### Orbeez Crush Set Safari Crushkins Animals Maker - Water ...

 Lets create our own safari animals with the Orbeez Crush playset! **Make 2 Crushkins, a rhino and elephant** with Orbeez!

9:02

 Hip2Save
https://hip2save.com › Sales › Toy Deals & Sales

## Orbeez Crushkin Pets Only $5.55 (Regularly $15) - Ships w

Apr 22, 2018 — This playset includes **over 1,200 Orbeez** which your kiddos can crush to create these adorable Crushkins animals. Mix & Match accessories and ...

Missing: cruskins | Show results with: cruskins

## People also search for

| Orbeez crush cruskins pets **review** | Orbeez crush cruskins pets **amazon** |
|---|---|
| Orbeez crush cruskins pets **for sale** | |

1  2  3  4  5  6  7  8        Next

Results are not personalized

**Carbondale, Pennsylvania** - From your IP address·Update location

Help    Send feedback    Privacy    Terms