# EXHIBIT E

orbeez crush cruskins pets

All    Videos    Images    News    More                                Anytime

Ad related to: orbeez crush crushkins pets

Amazon
www.amazon.com

**orbeez crush crushkins pets - Free 2-day Shipping w/ Prime**
Find Deals on **orbeez crush crushkins pets** in Arts & Crafts on Amazon.
Fast Shipping · Explore Amazon Devices · Shop Our Huge Selection · Deals of the Day
Building Sets & LEGO · STEM Toys · Games · Dolls & Accessories · Action Figures

a   Amazon
    www.amazon.com › Orbeez-47356-Crush-Crushkins-Pets

**Amazon.com: Orbeez Crush Kins Pets Playset : Toys & Games**
Use the **crushing** tube to crush over 30 Orbeez at once. Once you have crushed your Orbeez,
the injector makes it easy to fill your Crushkins. With 20 plug-in accessory pieces and 6 sets...

3.4/5           (42)           ASIN: B00X9ZPYYK
Item model number: 47.4K     Item Weight: 14.4 ounces

**People also search for**

orbeez crush cruskins pets for sale        orbeez crush cruskins pets facebook
orbeez crush cruskins pets pictures        orbeez crush cruskins pets store
orbeez crush cruskins pets youtube         orbeez crush cruskins pets toys
orbeez crush cruskins pets videos          orbeez crush cruskins pets 2

## Videos



| YouTube | YouTube | YouTube |
|---|---|---|
| Orbeez Crush Crushkins Safari Elephant and Rhino Pets Crafting Playset | Orbeez Crush Crushkins Pets Puppy and Kitty | Orbeez Crush Set Safari Crushkins Animals Maker - Water Play Toy Cookie... |
| Aug 7, 2015    1.6M Views | Aug 13, 2015    1.1M Views | Feb 27, 2016    9.7M Views |

View all

## Searches related to orbeez crush cruskins pets

orbeez crush cruskins pets for sale        orbeez crush cruskins pets toys

orbeez crush cruskins pets facebook        orbeez crush cruskins pets store

orbeez crush cruskins pets youtube         orbeez crush cruskins pets videos

orbeez crush cruskins pets pictures        orbeez crush cruskins pets 2

 YouTube
www.youtube.com › watch

Orbeez Crush Crushkins Pets Puppy and Kitty - YouTube

Orbeez **Crush Crushkins Pets** Puppy and Kitty review by Toy Genie Surprises. Grow your Orbeez, Crush your Orbeez, and then Design a Crushkin. Super fun activ...

Video Duration: 15 min    Author: Genieland
Views: 1.1M

Walmart
www.walmart.com › ip › Orbeez-Crush-Crushkins-Safari

### Orbeez Crush Crushkins Safari - Walmart.com

The Orbeez **Crush Crushkins** Safari will keep kids busy by creating all sorts of fun looks. It comes with two adorable groups to create both **pets** and **safaris**. The kids' safari toys come...

Brand: Orbeez

UPCitemdb
www.upcitemdb.com › upc › 792189473569

### UPC 792189473569 - Orbeez Crush Crushkins Pets - UPCitemdb

UPC 792189473569 is associated with product Orbeez **Crush Crushkins Pets**, find 792189473569 barcode image, product images, UPC 792189473569 related product info an...

Flipkart
www.flipkart.com › maya-toys-orbeez-crush-crushk

### Maya Toys Orbeez Crush - Crushkins - Pets & Safari Playsets

Includes BOTH Orbeez **Crush Crushkins Pets** and Safari Sets. Customize these adorable **Crushkins** animals a different way every time you play. Use the **crushing** tube to **crush** over 3...

Brand Color: Multicolor    Minimum Age: 3 years

Poshmark
poshmark.com › listing › Orbeez-Crushkins-Pets-Kit

### Orbeez | Toys | Orbeez Crushkins Pets Kit - Poshmark

A whole new way to craft and play with Orbeez! Customize these adorable **Crushkins** animals a different way every time you play! Use the crushing tube to crush over 30 Orbeez **at** once.

Amazon
www.amazon.com › orbeez-47358-0-crush-crushkins

### Amazon.com: Orbeez Crush Kins Safari Playset : Toys & Games

Customize these adorable Elephant and Rhino **Crushkins** a different way every time you play! Use the **crushing** tube to **crush** over 30 Orbeez at once. Once you have **crushed** your Orbee...

## Searches related to orbeez crush cruskins pets

| | |
|---|---|
| orbeez crush cruskins pets for sale | orbeez crush cruskins pets youtube |
| orbeez crush cruskins pets facebook | orbeez crush cruskins pets toys |
| orbeez crush cruskins pets pictures | orbeez crush cruskins pets videos |
| orbeez crush cruskins pets store | orbeez crush cruskins pets 2 |

1  2  3  4  5  ...  Next