# EXHIBIT F

| Deliver to David Carbondale 18407 | Toys & Games ▾ | Search Amazon | EN ▾ | Hello, David Account & Lists ▾ | Returns & Orders | 0 |

All   **Rufus**   Medical Care ▾   Saks   Amazon Basics   Livestreams   Customer Service   Prime Video   Buy Again      Prime Day is July 8-11

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

**Prime members save up to 80% on meds**  Learn more      amazon pharmacy

Toys & Games › Toy Figures & Playsets › Playsets



Click to see full view

🔍 **Ask Rufus**

What themes are included?

Can it be used for group play?

Is this playset easy to clean?    Ask something else

## Orbeez Crush Kins Pets Playset

Visit the Orbeez Store

3.4          (42)  |  Search this page

**$19⁹⁹**

Thank you for being a Prime Member. Pay ~~$19.99~~ **$0.00** for this order; get a **$125 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Terms apply. Learn more

- Customize your adorable Crush kin a different way every time you play
- There are three adorable groups to create: Farmyard, Pets and Safari
- Includes 500 Orbeez
- Recommended for ages 5+
- › See more product details

Report an issue with this product or seller

 **Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now >

**$19⁹⁹**

FREE delivery **June 25 - 27.**
Details

Deliver to David - Carbondale 18407

**In Stock**

Quantity: 1

( Add to Cart )

( Buy Now )

Ships from   DS Source
Sold by      DS Source
Returns      30-day refund/replacement
Payment      Secure transaction
∨ See more

( Add to List )

**Other sellers on Amazon**

New (2) from $19⁹⁹ **& FREE Shipping**

---

## Buy it with

  +    +  [image]

**This item:** Orbeez Crush Kins Pets Playset
**$19⁹⁹**

Kinetic Sand, Splash Starter Case with 6oz Color-Change Play Sand, 3 Tools & Molds, Reusable...
**$11⁹⁹**

Kinetic Sand, 3.25lbs Beach Play Sand, Moldable Sensory Toys for Kids, Resealable Bag (Packagin...
**$15³³**

Total price: **$47.31**

( Add all 3 to Cart )

These items are shipped from and sold by different sellers.
Show details

---

**Customers also viewed these products**                                            Page 1 of 7



Orbeez, Tube with 400, for Kids Aged 5 and up, Assorted Colours (Styles May Vary)
126
1 offer from $33⁰⁰



Orbeez Mixin' Slime Set with 2500 (Micro, Shimmer, Marble & Glow in The Dark), 5 Tools, Storage, One & Only,...
98
$23⁸⁹
Get it Thursday, Jun 26





Orbeez Activity Orb 6062875, Assorted Colours, 1 Unit
16
-60% $12⁰⁰
List: $29.89
Get it Jul 14 - Aug 4
$24.00 shipping



ORIKASO 140,000 Clear Water Beads for Vases, Vase Filler Water Gel...
1,078
Amazon's Choice
-22% $6⁹⁹
Limited time deal
List: $8.99
FREE Delivery Sunday, Jun 22



TedKat Gel Blaster Balls - 120000Pcs 3Pack 7-8mm Ammo Compatible With Water Blasters Splatter Gall Orbez, for Ages 14+
725
$15⁹⁹
Get it as soon as Friday, Jun 27

## Customers who viewed this item also viewed



Orbeez Mixin' Slime Set with 2500 (Micro, Shimmer, Marble & Glow in The Dark), 5 Tools, Storage, One & Only,...
98
$23⁸⁹
Get it Thursday, Jun 26

## Product information

### Item details

| | |
|---|---|
| Brand Name | Orbeez |
| Global Trade Identification Number | 00792189473569 |
| Manufacturer | Spin Master Import |
| UPC | 792189473569 |
| Customer Reviews | 3.4     (42) |
| | 3.4 out of 5 stars |
| ASIN | B00X9ZPYYK |
| Item Height | 12 inches |
| Unit Count | 1.0 Count |
| Manufacturer Warranty Description | No Warranty |

### Features & Specs

| | |
|---|---|
| Number of Players | 1 |
| Educational Objective | Creative Skills |

### Style

| | |
|---|---|
| Theme | Animal |

### Measurements

| | |
|---|---|
| Item Weight | 0.9 Pounds |
| Item Dimensions | 2 x 8 x 12 inches |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

## Product Description

Orbeez are wet and wacky, soft and squishy, fun and funky, bouncy and beautiful. They start off hard and tiny. Add water and watch them grow to more than 100 times their volume.

## From the manufacturer



### Crushkins Pets



Orbeez are wet and wacky, soft and squishy, fun and funky, bouncy and beautiful. These superabsorbent polymers start off hard and tiny. Add water and watch them magically grow to 100 times their volume. Some Orbeez products are just beautiful, some bounce and some grow. Enjoy them all!

### By Orbeez Crush

Grow! Crush! Create! A whole new way to craft and play with Orbeez! Customize these adorable Crushkins a different way every time you play! Use the crushing tube to crush over 30 Orbeez at once. Once you have crushed your Orbeez, the injector makes it easy to fill your Crushkins. With 20 plug-in accessory pieces and 6 sets of eyes, you can mix and match giving your Crushkins a different look every day. Each set includes 2 Crushkin pets, 20 mix and match plug-in accessories, 6 sets of eyes, an injector and 1,200 Orbeez in 4 colors.



### Don't Forget to Get Crushkins Safari!

Grow! Crush! Create! A whole new way to craft and play with Orbeez! Customize these adorable Elephant and Rhino Crushkins a different way every time you play! Use the crushing tube to crush over 30 Orbeez at once. Once you have crushed your Orbeez, the injector makes it easy to fill your Crushkins. With 20 plug-in accessory pieces and 6 sets of eyes, you can mix and match giving your Crushkins a different look every day. Each set includes 2 Crushkin pets, 20 mix and match plug-in accessories, 6 sets of eyes, an injector and 1,200 Orbeez in 4 colors.

## Brand in this category on Amazon



**Kid-Friendly and Safe Face Paint Makeup Kit**
Shop PINTADA ›



| Pintada 42 Color Face Painting Kit | Pintada 120g Large Capacity | 42 Color Face Painting Kit for |
|---|---|---|
| 238 | 85 | 37 |

Sponsored

## Related products with free delivery Sponsored

    

| Yoya Extra Squish DNA Balls - Fidget Stress Ball - Colorful Soft Squishy - Mental S... | Magic Water Gel Elf Toy Kit, 20 Colors Magic Gels 20 Molds Aqua Water Fairy Crafts ... | FTUREERA Glowing Magic Water Elf Toy Kit, Glowing in The Dark Aqua Fairy Water Elf,... | Aqua Fairy Water Gel Kit for Kids - Magic Elf Water Toy | DIY Squishy Maker & Craft... | Construction Sandbox Toy for Kids With 2 lbs Play Sand, Bulldozer, and Figures - Tr... | Bluey Toy House Mega Bundle F Home & BBQ P Toys, Bluey, Bir |
|---|---|---|---|---|---|
| 97 | 2 | 7 | 23 | 1,589 | 1 |
| $14$^{99}$ | $22$^{99}$ | -10% $26$^{99}$ Typical: $29.99 | $24$^{99}$ | -10% $17$^{99}$ Typical: $19.99 | $59$^{99}$ |
| | You pay $20.69 with coupon | | You pay $19.99 with coupon | | |

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Similar brands on Amazon
Sponsored

  

✦ **Looking for specific info?**

Ask Rufus or search reviews and Q&A

What themes are included?     Can it be used for group play?     Is this playset easy to clean?

Does it come with instructions?     Are the Orbeez reusable?

## Customer reviews

**3.4 out of 5**

42 global ratings

5 star  ▮▮▮▮▮  29%
4 star  ▮▮▮▮▮  29%
3 star  ▮▮▮▮   21%
2 star  ▮       4%
1 star  ▮▮▮    17%

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find the Orbeez Crush Kins Pets Playset cute and fun, with one mentioning they display their creations in a sunny window. However, the product receives mixed feedback regarding messiness, with several customers noting it can be very messy.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Display value  |  ✓ Fun toy  |  ⊖ Messiness

### Reviews with images                              See all photos ›



## Top reviews from the United States

**Avid Reader**

**Good fun!**
Reviewed in the United States on January 16, 2016
Verified Purchase

My granddaughters have so much fun playing with Orbeez. The youngest just turned 6 and is able to mix with water and make pets and window decorations. The older girls enjoy the bath and hand Orbeez sets.

One person found this helpful

[ Helpful ]    Report

**Amazon Customer**

**Four Stars**
Reviewed in the United States on January 17, 2017
Verified Purchase

Got this as a gift and the kids loved it!

[ Helpful ]    Report

**Abby**

**Orbeez are fun for the kids.**
Reviewed in the United States on December 10, 2015
Verified Purchase

The concept is fun but the kids didn't like it as much as I would of thought. A bit messy, I think they played more with the bowl of orbeez more than the toy itself.

[ Helpful ]    Report

J

**Disappointed**
Reviewed in the United States on (November 23, 2016)

Verified Purchase

Wasn't what it was advertised as. My niece was highly disappointed.

Helpful    Report

Nicole Foster

**not the best idea of a toy**

Reviewed in the United States on June 1, 2017

Verified Purchase

not the best idea of a toy. Lots of lost pieces means it's unrealistic that it will be an ideal gift

Helpful    Report

Sarah Costello

**Cute!**

Reviewed in the United States on December 30, 2016

Verified Purchase

The instructions were a little bit confusing to me, but once I figured out how to inject the ball, it was really fun for us to do!! And it seems like the eye stickers are re-usable! Plus, it left a lot of orbeeze for us to make a well hydrated terrarium for our pet Venus fly trap!!!

Helpful    Report

Amazon Customer

**Great fun**

Reviewed in the United States on January 14, 2017

Verified Purchase

My granddaughter just loves these.things.

Helpful    Report

Kathleen Hamilton

**Be Informed!**

Reviewed in the United States on April 22, 2016

Verified Purchase

I did not realize it took a minimum of 4 hours (to preferably overnight) to hydrate the orbeez. My 9-year old granddaughter was on fire to get going with the project when she got to my house, but since it was near dinner time, with school early the next morning, we had to put it off completely until the weekend, so very disappointing. On the other hand, when we finally had time to get the orbeez to a crushable consistency, she loved the whole process. Personally, I don't get it at all, but it seems harmless, and doesn't make a huge mess. The videos on the Orbeez website are flabbergasting - it seems they are a huge hit (maybe they originated there?) in Australia, where folks seem to be devoting huge amounts of money to fill bathtubs and swimming pools for their children's enjoyment. I told my grandkids not to get any ideas...

6 people found this helpful

Helpful    Report

See more reviews >

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Devices | Advertise Your Products | | Amazon Currency Converter | | Recalls and Product Safety Alerts | |
| Amazon Science | Self-Publish with Us | | | | Registry & Gift List | |
| | Become an Amazon Hub Partner | | | | Help | |
| | › See More Ways to Make Money | | | | | |

[ English ]   [ United States ]

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Live<br>Stream. Shop. Live | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates