# EXHIBIT G

The Wayback Machine - http://web.archive.org/web/20161229083711/http://www.kmart.com:80/orbeeze-orbeez-crush-8482-crushkins-safari/p-004...



## ORBEEZE Crush™ Crushkins Safari

◻ ⓟ 8+ ✉                                                        add to list ▾    add to registry ▾

## Description    Item # 004W008259153003P Model # 47355

Grow! Crush! Create!  A whole new way to craft and play with Orbeez!  Customize these adorable Crushkins animals a different way every time you play! Two themes to choose from: Pets and Safari. Use the crushing tube to crush over 30 Orbeez at once.  Once you have crushed your Orbeez, the injector makes it easy to fill your Crushkins.  With 20 plug-in accessory pieces and 6 sets of eyes, you can mix and match giving your Crushkins a different look every day. Each set includes 2 Crushkin pets, 20 mix & match plug-in accessories, 6 sets of eyes, an injector and 1,200 Orbeez in 4 colors.

- Two themes to choose from: Pets & Safari
- Includes: 20 plug-in accessories, 2 Crushkin pets, 6 sets of eyes, an injector and 1,200 Orbeez in 4 colors
- Recommended ages: 4 years and up

Added on July 15, 2015