# EXHIBIT H

From: upcitemdb

URL: https://www.upcitemdb.com/upc/792189473569

 UPC 792189473569

## UPC 792189473569 is associated with Orbeez Crush Crushkins Pets

| Stores | Product Info | Price | Last Updated |
| --- | --- | --- | --- |
| Target | Orbeez Crush Crushkins Pets | $7.49 | 2020-08-25 20:00:43 |
| Kmart | ORBEEZE Crush Crushkins Pets | $11.99 | 2017-09-16 10:48:20 |
| Rakuten (Buy.com) | Orbeez Crushkins - Pets | $11.99 | 2017-09-13 17:00:08 |
| Jet.com | Orbeez Crush Crushkins Pets | $11.99 | 2019-05-14 09:27:43 |
| Sears | Crush™ Crushkins Pets | $13.47 | 2016-12-02 05:06:38 |
| Newegg.com | Orbeez Crushkins Pets | $15.99 | 2016-11-14 04:32:48 |
| Wal-Mart.com | Orbeez Crush Crushkins Pets | $15.99 | 2023-03-12 13:51:41 |
| OnBuy.com | Orbeez Crush - Crushkins - Pets | £41.02 | 2019-10-18 22:50:12 |