# EXHIBIT I



 Catanzaro v Walmart Stores, Inc. et al 3:2     

All    Shopping    Maps    Images    Short videos    News    Videos    More ▾                    Tools ▾


RPX | Patent Risk Management
https://insight.rpxcorp.com › litigation › pamdce-135695...

### 3:22-cv-01754 | Catanzaro v. Walmart Stores, Inc. et al | RPX Insight
Parties, patents and docket of David J **Catanzaro v. Walmart Inc.** and 23 other defendants (**3:22-cv-01754**) from Middle District of Pennsylvania filed on ...


midpage AI
https://app.midpage.ai › document › catanzaro-v-walma...

### Catanzaro v. Walmart Stores, Inc., 3:22-cv-01754
Jun 10, 2025 — Read the full text of **Catanzaro v. Walmart Stores, Inc.** (Catanzaro v. Walmart Stores, Inc., No. 3:22-cv-01754 (M.D. Penn. Jun 10, 2025)).


Justia Law
https://law.justia.com › cases › federal › appellate-courts

### David Catanzaro v. Walmart.com, No. 24-1247 (3d Cir. 2024)
Jul 12, 2024 — David Catanzaro v. Walmart.com, No. 24-1247 (3d Cir. 2024) **case opinion** from the US Court of Appeals for the Third Circuit.


Law360
https://www.law360.com › cases

### Catanzaro v. Walmart Stores, Inc. et al
Parties, docket activity and news coverage of **federal case Catanzaro v. Walmart Stores, Inc. et al**, case number 3:22-cv-01754, from Pennsylvania Middle ...


Law360
https://www.law360.com › cases › dockets

### Catanzaro v. Walmart Stores, Inc. et al
Parties, docket activity and news coverage of **federal case Catanzaro v. Walmart Stores, Inc. et al**, case number 3:22-cv-01754, from Pennsylvania Middle Court.


Justia Dockets & Filings
https://dockets.justia.com › docket › circuit-courts

### David Catanzaro v. Walmart.com, et al 24-1247 | U.S. Court ...

Feb 13, 2024 — **Patent case filed on February 13, 2024** in the U.S. Court of Appeals, Third Circuit.

 UniCourt
https://unicourt.com › ... › U.S. District Courts

# Lawsuits filed on 11/03/2022 in US District Courts

Public access to federal court records in the United States District Courts. Lookup PACER cases for free, search case summary, find docket information, ...

UniCourt
https://unicourt.com › pennsylvania-middle-district-28

# Lawsuits filed on 11/03/2022 in Pennsylvania Middle ...

Nov 3, 2022 — Lawsuits filed on 11/03/2022 in Pennsylvania Middle District Court - U.S. District Courts · **Catanzaro v. Walmart Stores, Inc.** · Catanzaro v.

## People also ask :

Is Walmart the same as Walmart?

How to Walmart 2 Walmart?

Feedback

Results are not personalized

**Carbondale, Pennsylvania** - From your IP address - Update location

Help    Send feedback    Privacy    Terms