# EXHIBIT J

Patents | Article assembly 7,653,959

## Article assembly

> JP7653959B2—Lithium-ion battery separator
> US7653959B1—Article assembly

### Abstract

An assembly comprising a toothbrush having a first and second end. A stand in the shape of a pair of feet retains the brush in a vertical position when the stand is placed on a horizontal surface. For additional support, a base may be incorporated with the stand.

### Images (3)



### Classifications

- A46B5/02 Brush bodies; Handles integral with brushware specially shaped for holding by the hand

*View 5 more classifications*

### Landscapes

Supports Or Holders For Household Use

Brushes

Show more

US7653959B1
United States

Download PDF    Find Prior Art    Similar

**Inventor:** David Catanzaro

**Current Assignee :** Individual

**Worldwide applications**
1996 ~~US~~   2000 US

**Application US09/505,791 events** ⓘ

|  | US case filed in Pennsylvania Middle District Court ⓘ |
|---|---|
| 2000-02-17 | Application filed by Individual |
| 2000-02-17 | Priority to US09/505,791 |
| 2010-02-02 | Application granted |
| 2010-02-02 | Publication of US7653959B1 |
| 2016-12-30 | Anticipated expiration |
| Status | Expired - Fee Related |

Show all events ⌄

**Info:** Patent citations (20), Non-patent citations (2) , Cited by (41), Legal events, Similar documents, Priority and Related Applications

**External links:** USPTO, USPTO PatentCenter, USPTO Assignment, Espacenet, Global Dossier, Discuss

### Claims (8)                                                                Hide Dependent ⌃

1. An article assembly comprising:

   a) an article having a receivable end, and

   b) a stand in the shape of first and second feet, each of said first and second feet being elongated to define a toe end and together a common heel end, said first and second feet being joined together and positioned together to form a continuous bottom supporting surface, said heel end of each of said first and second feet being positioned together to form a single heel portion, said single heel portion including a recess extending through a topside thereof and towards a sole thereof for selectively receiving said receivable end of said article therein, thereby retaining said article when said stand is placed on a horizontal surface, said first and second feet each including a side surface, said side surfaces intersecting one another in a common plane.

   2. The article assembly as claimed in claim 1, further comprising a base connected to a bottom side of said stand.

   3. The article assembly as claimed in claim 2, wherein said base includes a recess extending therethrough and in alignment with said recess in said stand for additionally receiving said receivable end of said article therein.

   4. The article assembly as claimed in claim 1, wherein said toe end of said first and second feet are at an acute angle to one another.

5. An article assembly comprising:

   A stand in the shape of first and second feet, each of said first and second feet being elongated to define a toe end and together a common heel end, said first and second feet being joined together and positioned together to form a continuous bottom supporting surface, said heel end of each of said first and second feet being positioned together to form a single heel portion, said single heel portion including a recess extending through a topside thereof and towards a sole thereof, said first and second feet including a side surface, said side surfaces intersecting one another in a common plane.

   6. The article assembly as claimed in claim 5, further comprising a base connected to a bottom side of said stand.

   7. The article assembly as claimed in claim 6, wherein said base includes a recess extending therethrough and in alignment with said recess in said stand.

   8. The article assembly as claimed in claim 5, wherein said toe end of said first and second feet are at an acute angle to one another.

Description

This application is a continuation of U.S. Utility Application 08/777,032, filed on Dec. 30, 1996, now U.S. Pat. No. 6,026,532. The earlier filing date of this application is hereby claimed under 35 U.S.C 120.

BACKGROUND OF THE INVENTION

1. Field of the Invention

This application claim benefit to provisional Application 60/009,323 Dec. 28, 1995.

The instant invention relates generally to toothbrushes, but may also find a useful application in other types of methods differing from the type described herein. More specifically it relates to an assembly which may contain a combination of appealing qualities.

2. Description of the Prior Art

There are various advantages in storing a toothbrush in an upright position, and numerous patents have disclosed holders or stands for retaining a toothbrush in a vertical position when placed on a horizontal surface. For instance, U.S. Pat. No. 5,444,889 (Barre) discloses a toothbrush assembly including a toothbrush and a stand for holding the brush. The stand includes a cup portion having a cavity within, wherein the brush handle can be inserted. A pair of legs separate and unattached to one another support and are connected to the cup portion. Further included is a foot for each leg, each foot being connected to the lower end of the leg opposite the cup portion. The feet are also separate and unattached from one another. U.S. Pat. Des. 369,932 and U.S. Pat. Des. 370,147 (Petronio) discloses a toothbrush holder in the shape of a torso having a front and rear portion. The front portion includes a recess extending therethrough, wherein a brush handle can be inserted. Further included, extending from the front portion, is a pair of feet which are separate and unattached from one another. A tail section extends from the rear portion. While these units may be suitable for the particular purpose to which they address, they would not be suitable for the purposes of the present invention as heretofore described.

SUMMARY OF THE INVENTION

A first object of the present invention is to provide an assembly that will overcome the shortcomings of the prior art devices.

A second object is to provide an assembly, comprising a toothbrush having a first and second end, and a stand for receiving the second end of the brush handle therein, thereby retaining the handle in a vertical position when the stand is placed on a horizontal surface.

A third object is to provide an assembly, in which the stand is releasably connected to the toothbrush handle.

A forth object is to provide an assembly, in which the stand is a pair of feet which are positioned together to form a continuous bottom supporting surface and a single heel portion, wherein the single heel portion includes a recess for selectively receiving the second end of the toothbrush handle therein.

A fifth object is to provide an article assembly, in which a base is connected to the bottom side of the foot stand for providing additional stability to the foot stand.

A sixth object is to provide an article assembly, in which the base includes a recess extending therethrough and in alignment with the recess in the foot stand for additionally receiving the receivable end of the article therein, for providing additional stability to the foot stand and article.

A seventh object is to provide an article assembly, that is simple and easy to use.

An eight object is to provide an article assembly, that is economical in cost to manufacture.

Further objects of the invention will appear as the description proceeds.

To the accomplishment of the above and related objects, this invention may be embodied in the form illustrated in the accompanying drawings, attention being called to the fact, however, that the drawings are illustrative only, and that changes may be made in the specific construction illustrated and described within the scope of the appended claims.

BRIEF DESCRIPTION OF THE DRAWING FIGURES

FIG. 1 is a front exploded perspective view of the assembly according to the present invention.

FIG. 2 is a front exploded perspective view of the assembly according to the present invention showing a base for the stand.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

With regard to FIGS. 1 and 2, the embodiment of the invention drawn shows an elongated handle 1 having a first end 2 a second end 3 and a first and second side. A stand 5 is in the shape of first and second feet 6 a and 6 b. Each first and second feet 6 a and 6 b, are elongated to define a toe end and together a common heel end. First and second feet 6 a and 6 b are joined together and positioned together to form a continuous bottom supporting surface. The heel end of each first and second feet 6 a and 6 b, is positioned together to form a single heel portion 7. Single heel portion 7 includes a recess 8 extending through a top side thereof and towards a sole thereof for selectively receiving second end 3 of handle 1 therein, thereby retaining handle 1 in a vertical position when stand 5 is placed on a horizontal surface. First and second feet 6 a and 6 b each include a side surface, the side surfaces intersect one another in a common plane. The toe end of first and second feet 6 a and 6 b are at an acute angle to one another.

If desired, a base 9 could be connected to a bottom side of stand 5 as shown in FIG. 2. Base 9 may include a recess 10 extending therethrough and in alignment with recess 8 in stand 5 for additionally receiving second end 3 of handle 1 therein, to provide additional stability to handle 1 and stand 5.

It will be understood that each of the elements described above, or two together, may also find a useful application in other types of methods differing from the type described above.

While certain novel features of this invention have been shown and described are pointed out in the annexed claims, it is not intended to be limited to the details above, since it will be understood that various omissions, modifications, substitutions and changes in the forms and details of the device illustrated and in its operation can be made by those skilled in the art without departing in any way from the sprit of the present invention.

Without further analysis, the foregoing will so fully reveal the gist of the present invention that others can, by applying current knowledge, readily adapt it for various applications without omitting features that, from the standpoint of prior art, fairly constitute essential characteristics of the generic aspects of this invention.

## Patent Citations (20)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| US2539035A * | 1947-08-08 | 1951-01-23 | Scanlon Dalton | Toothbrush holder for children |
| US3138813A * | 1962-06-04 | 1964-06-30 | Kaplan Ruth | Spring actuated vibrator |
| US3140782A * | 1960-05-04 | 1964-07-14 | Max M Schulte | Pipe, cigar and cigarette holder |
| USD279248S * | 1983-12-27 | 1985-06-18 | Oliver Gloria D | Toothbrush holder |
| US5269420A * | 1993-01-12 | 1993-12-14 | Zooth, Inc. | Toothbrush and holder assembly |
| US5353464A * | 1990-05-04 | 1994-10-11 | Atkins Marie B | Toothbrush construction |
| US5444889A * | 1993-04-29 | 1995-08-29 | Chesebrough-Pond's Usa Co., Division Of Conopco, Inc. | Toothbrush assembly |
| USD363166S * | 1994-02-08 | 1995-10-17 | Hasbro, Inc. | Toothbrush |
| USD369932S * | 1995-02-01 | 1996-05-21 | Colgate-Palmolive Company | Toothbrush holder |
| USD370147S * | 1995-02-01 | 1996-05-28 | Colgate-Palmolive Company | Toothbrush holder |
| USD370146S * | 1995-02-01 | 1996-05-28 | Colgate-Palmolive Company | Toothbrush holder |
| US5590436A * | 1995-04-07 | 1997-01-07 | Prelude Uk Limited | Toothbrush |
| US5675859A * | 1995-06-07 | 1997-10-14 | Chesebrough-Pond's Usa Co., Division Of Conopco, Inc. | Toothbrush assembly |
| USD388254S * | 1996-07-03 | 1997-12-30 | M+ C Schiffer GmbH | Child's toothbrush |
| USD392464S * | 1996-04-10 | 1998-03-24 | Smithkline Beecham Corporation | Toothbrush |
| USD395757S * | 1995-11-04 | 1998-07-07 | M & C Schiffer Gmbh | Children's toothbrush |
| US6015328A * | 1995-09-25 | 2000-01-18 | Glaser, Robert | Toothbrush toy having interchangeable bendable and posable character handles |
| US6026532A * | 1995-12-28 | 2000-02-22 | Catanzaro; David | Toothbrush assembly |
| US6141815A * | 1991-11-25 | 2000-11-07 | Zooth, Inc. | Child's utensil |
| Family To Family Citations | | | | |
| US1342521A * | 1918-06-17 | 1920-06-08 | Sakai Kako Celluloid Kwaisha L | Protected toothbrush |

* Cited by examiner, † Cited by third party

## Non-Patent Citations (2)

| Title |
|---|
| Pictures of SALTON Inc. foot stand, stand includes a copyright mark of 1990. * |
| Pictures of SALTON Inc. foot stand, stand was on sale in Mar. 1999. * |

* Cited by examiner, † Cited by third party

## Cited By (41)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| US20080145826A1 * | 2006-12-14 | 2008-06-19 | Cohen Jason C | Interactive hygiene training system |
| US11170674B1 | 2021-01-12 | 2021-11-09 | Fourstar Group Inc. | Display arrangement having magnet that interacts with a coil to induce movement of the display arrangement |
| Family To Family Citations | | | | |
| US6026532A * | 1995-12-28 | 2000-02-22 | Catanzaro; David | Toothbrush assembly |
| US6129090A * | 1999-12-13 | 2000-10-10 | Pillar; Charles Jay | Toothbrush storage cap with integral storage of dental floss |

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| US6283627B1 | 2000-09-12 | 2001-09-04 | Wayne G. Fromm | Drink mixer |
| USD453054S1 | 2001-05-08 | 2002-01-22 | Hawthorn Enterprise Co., Ltd. | Cosmetic container |
| USD467432S1 | 2002-02-19 | 2002-12-24 | Ranir/Dcp Corporation | Pump toothbrush |
| USD517324S1 * | 2002-03-04 | 2006-03-21 | Church & Dwight Co., Inc. | Toothbrush |
| US7389781B2 | 2002-04-01 | 2008-06-24 | Colgate-Palmolive Company | Toothbrush assembly |
| PL371627A1 | 2002-04-01 | 2005-06-27 | Colgate-Palmolive Company | Toothbrush assembly |
| US20040187889A1 | 2002-04-01 | 2004-09-30 | Colgate-Palmolive Company | Toothbrush assembly |
| US20030213075A1 * | 2002-05-14 | 2003-11-20 | Fung Kut Hui | Powered toothbrush having a decorative facade |
| AU2003278900A1 | 2002-09-24 | 2004-04-19 | Colgate-Palmolive Company | Toothbrush assembly |
| EP1575397A2 * | 2002-10-29 | 2005-09-21 | Colgate-Palmolive Company | Powered toothbrush having a decorative sleeve |
| US20050058501A1 * | 2003-09-12 | 2005-03-17 | Evans Brent L. | Disposable toothpaste dispensing toothbrush |
| US7213709B2 * | 2004-07-20 | 2007-05-08 | Colgate-Palmolive Company | Easy open package |
| US20060195999A1 * | 2005-03-04 | 2006-09-07 | Gaboury Cynthia L | Vibrating toothbrush attachment |
| USD592403S1 | 2005-04-13 | 2009-05-19 | Dr. Fresh, Inc. | Toothbrush |
| TWI373329B * | 2005-07-26 | 2012-10-01 | Colgate Palmolive Co | Toothbrush |
| US20070101946A1 * | 2005-11-08 | 2007-05-10 | Barbara Penny | Dog Toy Toothbrush |
| USD556453S1 * | 2006-06-01 | 2007-12-04 | Colgate-Palmolive Company | Toothbrush |
| USD588364S1 * | 2007-02-19 | 2009-03-17 | Dr. Fresh, Inc. | Toothbrush with base |
| USD589261S1 * | 2007-04-12 | 2009-03-31 | Dr. Fresh, Inc. | Toothbrush with base |
| USD607648S1 | 2007-04-12 | 2010-01-12 | Dr. Fresh, Inc. | Toothbrush base |
| US8707504B2 | 2007-12-23 | 2014-04-29 | Patrick Clarkson Ryan | Hygienic toothbrush and method of using same |
| USD697721S1 | 2012-09-28 | 2014-01-21 | Colgate-Palmolive Company | Oral care implement |
| USD689699S1 | 2012-09-28 | 2013-09-17 | Colgate-Palmolive Company | Oral care implement |
| USD693127S1 | 2012-09-28 | 2013-11-12 | Colgate-Palmolive Company | Oral care implement |
| USD697719S1 | 2012-09-28 | 2014-01-21 | Colgate-Palmolive Company | Oral care implement |
| USD748398S1 * | 2013-05-31 | 2016-02-02 | Glaxo Group Limited | Travel cap |
| USD747882S1 * | 2013-05-31 | 2016-01-26 | Glaxo Group Limited | Toothbrush |
| WO2015061651A1 | 2013-10-25 | 2015-04-30 | Quip NYC Inc. | Toothbrush |
| US20150305483A1 * | 2014-04-24 | 2015-10-29 | Megan Miller | Toothbrush with Palmar Grip Handle |
| USD776937S1 | 2015-07-23 | 2017-01-24 | Colgate-Palmolive Company | Oral care implement |
| USD776436S1 | 2015-07-23 | 2017-01-17 | Colgate-Palmolive Company | Oral care implement |
| USD809116S1 | 2015-11-02 | 2018-01-30 | Pura Scents | Dispenser |
| USD816506S1 | 2015-11-02 | 2018-05-01 | Pura Scents, Inc. | Vial for a scent dispenser |
| US9827343B2 | 2015-11-02 | 2017-11-28 | Pura Scents, Inc. | Scent dispensation and fluid level sensing |

| | | | | |
|---|---|---|---|---|
| CN111902101B | 2018-01-31 | 2023-04-18 | 奎珀纽约有限公司 | Toothbrush system |
| US11297933B2 * | 2018-08-03 | 2022-04-12 | Colgate-Palmolive Company | Powered oral care implement including a tracking module and tracking module thereof |
| US20230112026A1 * | 2021-10-07 | 2023-04-13 | Douglas Scott Polack | Animal massager |

* Cited by examiner, † Cited by third party, ‡ Family to family citation

## Similar Documents

| Publication | Publication Date | Title |
|---|---|---|
| US7653959B1 | 2010-02-02 | Article assembly |
| USD443836S1 | 2001-06-19 | Measuring spoon set |
| USD464793S1 | 2002-10-29 | Article holder with side clip |
| USD495383S1 | 2004-08-31 | Adjustable dumbbell holder stand |
| USD426061S | 2000-06-06 | Wrench socket tray |
| USD425950S | 2000-05-30 | Adjustable dumbbell holder stand |
| USD429295S | 2000-08-08 | Fixed dumbbell holder stand |
| USD421898S | 2000-03-28 | Bag and beverage cup holder |
| USD366282S | 1996-01-16 | Pencil holding clip |
| US2972417A | 1961-02-21 | Bar accessory |
| USD461858S1 | 2002-08-20 | Amusement device |
| USD443660S1 | 2001-06-12 | Rear entry adjustable dumbbell holder stand |
| USD504483S1 | 2005-04-26 | Holder for golf ball and accessory |
| USD406984S | 1999-03-23 | Combined set of unitary wire handles/legs for a chafing stand |
| USD427500S | 2000-07-04 | Support base for holding sharpening stones |
| USD459026S1 | 2002-06-18 | Shoe cream applicator cover |
| USD455252S1 | 2002-04-09 | Shoe and boot support stand for use during polishing |
| USD420408S | 2000-02-08 | Weight bench neck support |
| USD387807S | 1997-12-16 | Adjustable magazine holder |
| USD447387S1 | 2001-09-04 | Tabletop condiment holder |
| US3627394A | 1971-12-14 | Cup holder |
| US6237880B1 | 2001-05-29 | Mop Stand |
| US2655338A | 1953-10-13 | Tissue package holder |
| USD446948S1 | 2001-08-28 | Multiple purpose pole stand |
| USD413456S | 1999-09-07 | Shoes support stand |

## Priority And Related Applications

### Parent Applications (1)

| Application | Priority date | Filing date | Relation | Title |
|---|---|---|---|---|
| US08/777,032 | 1995-12-28 | 1996-12-30 | Continuation | Toothbrush assembly |

### Priority Applications (1)

| Application | Priority date | Filing date | Title |
|---|---|---|---|

| | | | |
|---|---|---|---|
| US09/505,791 | 1996-12-30 | 2000-02-17 | Article assembly |

## Applications Claiming Priority (2)

| Application | Filing date | Title |
|---|---|---|
| US08/777,032 | 1996-12-30 | Toothbrush assembly |
| US09/505,791 | 2000-02-17 | Article assembly |

## Legal Events

| Date | Code | Title | Description |
|---|---|---|---|
| 2010-05-18 | CC | Certificate of correction | |
| 2012-12-08 | FEPP | Fee payment procedure | Free format text: PATENT HOLDER CLAIMS MICRO ENTITY STATUS, ENTITY STATUS SET TO MICRO (ORIGINAL EVENT CODE: STOM); ENTITY STATUS OF PATENT OWNER: MICROENTITY |
| 2013-08-02 | FPAY | Fee payment | Year of fee payment: 4 |
| 2017-09-18 | FEPP | Fee payment procedure | Free format text: MAINTENANCE FEE REMINDER MAILED (ORIGINAL EVENT CODE: REM.) |
| 2018-03-05 | LAPS | Lapse for failure to pay maintenance fees | Free format text: PATENT EXPIRED FOR FAILURE TO PAY MAINTENANCE FEES (ORIGINAL EVENT CODE: EXP.) |
| 2018-03-05 | STCH | Information on status: patent discontinuation | Free format text: PATENT EXPIRED DUE TO NONPAYMENT OF MAINTENANCE FEES UNDER 37 CFR 1.362 |
| 2018-03-27 | FP | Lapsed due to failure to pay maintenance fee | Effective date: 20180202 |

## Concepts

machine-extracted

⬇ Download   Filter table ⌄

| Name | | | | Image | Sections | Count | Query match |
|---|---|---|---|---|---|---|---|
| 🔗 acute effect | claims,description | 3 | 0.000 | | | | |

Show all concepts from the description section

Data provided by IFI CLAIMS Patent Services