# EXHIBIT K

Catanzaro v Walmart Stores, Inc. et al 3:22-cv-01754

All    Images    Videos    News    More                                    Anytime

Ad related to: Catanzaro v Walmart Stores, Inc. et al 3:22-cv-01754

 Walmart
www.walmart.com

## Walmart® Official Site - Shop Walmart® - Save on Rollbacks

walmart.com has been visited by 1M+ users in the past month

Shop Seasonal, Rollbacks, & More! Shop Online, Free Pickup in Store. More Ways to Save. Free Next-Day or Two-Day Delivery on Eligible Orders. Shop Now!

**Shop Online, Pickup Today**
Shop Products Online & Pickup
Today at Your Local Store

**Shop Walmart Flash Deals**
Save up to 65% off
Weekly finds for limited time!

**Try Walmart+ for Free**
Exclusive benefits, offers & more.
Start 30-day free trial.

**Try Express Delivery**
Delivered in as fast an hour.
Groceries, essentials & more.

 RPX Insight
insight.rpxcorp.com › litigation › pamdce-135695

## 3:22-cv-01754 | Catanzaro v. Walmart Stores, Inc. et al | RPX ...

Parties, patents and docket of David J Catanzaro v. Poshmark Inc. and 23 other defendants (3:22-cv-01754) from Middle District of Pennsylvania filed on 11/03/2022.

 app.midpage.ai
app.midpage.ai › document › catanzaro-v-walmart

## Catanzaro v. Walmart Stores, Inc., 3:22-cv-01754

Apr 18, 2025 · Read the full text of Catanzaro v. Walmart Stores, Inc. (Catanzaro v. Walmart Stores, Inc., No. 3:22-cv-01754 (M.D. Penn. Apr 18, 2025)). This legal opinion, filed in Apr 18, 2025...

 UniCourt
unicourt.com › case › pc-db5-catanzaro-v-walmart

## Catanzaro v. Walmart Stores, Inc. et al - UniCourt

Nov 4, 2022 · On 11/04/2022 Catanzaro filed an Intellectual Property - Patent lawsuit against Walmart Stores, Inc. This case was filed in U.S. District Courts, Pennsylvania Middle District...

 Justia Dockets & Filings
dockets.justia.com › pamdce › 3:2022cv01756

## Catanzaro v. Walmart Stores, Inc. et al 3:2022cv01756 | U.S ...

Nov 3, 2022 · Filing 1 COMPLAINT against Does 1 Through 50, KiDdesigns, Inc., Staples, Inc., Walmart Stores, Inc., eKids, LLC ( Filing fee $402, Receipt Number 333101764), filed by David J....

Case Number: 3:2022cv01756       Filed: November 3, 2022
Plaintiff: David J. Catanzaro

 Law360
www.law360.com › cases › 636433347373f60b26f583bb

## Catanzaro v. Walmart Stores, Inc. et al - Law360

Parties, docket activity and news coverage of federal case Catanzaro v. Walmart Stores, Inc. et al, case number 3:22-cv-01754, from Pennsylvania Middle Court.

PacerMonitor
www.pacermonitor.com › public › filings

## Catanzaro_v_Walmart_Stores_Inc_et_al__pamdce-22-01754__00...

#1.0 - Filed 11/03/2022: COMPLAINT against Does 1 Through 50, Maya Group Inc., Walmart Stores, Inc. ( Filing fee $402, Receipt Number 333), filed by David J. Catanzaro.(ao) -...

**See results about**

 Catanzaro
Italian city and capital of the Calabria p

PacerMonitor
www.pacermonitor.com › public › case

## Catanzaro v. Walmart Stores, Inc. et al (3:22-cv-01754 ...

3:22-cv-01754 Nature of Suit: 830 Property Rights - Patent: Cause: 35:145 Patent Infringement

Ad related to: Catanzaro v Walmart Stores, Inc. et al 3:22-cv-01754

Walmart
www.walmart.com

## Walmart® Official Site - Shop Walmart® - Save on Rollbacks

walmart.com has been visited by 1M+ users in the past month

Shop Seasonal, Rollbacks, & More! Shop Online, Free Pickup in Store. More Ways to Save. Free Next-Day or Two-Day Delivery on Eligible Orders. Shop Now!

Free Store Pickup · Curbside Pickup · Reorder Items · Holiday shopping layaway

Types: Electronics, Baby & Toddler, Furniture and Appliances, Toys, Beauty, Food, Clothing

| | |
|---|---|
| Shop Online, Pickup Today | Shop Walmart Flash Deals |
| Try Walmart+ for Free | Try Express Delivery |
| Shop Walmart Custom Tees | Pay over time with Affirm |

## Searches related to Catanzaro v Walmart Stores, Inc. et al 3:22-cv-01754

catanzaro v walmart stores inc. et al 3:22-cv-01754 1

catanzaro v walmart stores inc. et al 3:22-cv-01754 4

catanzaro v walmart stores inc. et al 3:22-cv-01754 2

catanzaro v walmart stores inc. et al 3:22-cv-01754 10

catanzaro v walmart stores inc. et al 3:22-cv-01754 13

1    2    3    4    5    ···    Next