# EXHIBIT L

Article assembly patent Catanzaro 7,653,959

All   Images   Videos   News   More                                Anytime

---

patentimages.storage.googleapis.com
patentimages.storage.googleapis.com › 7c › 73

### (12) United States Patent (10) Patent No.: US 7,653,959 B1

A fifth object is to provide an **article assembly**, in which a base is connected to the bottom side of the foot stand for providing additional stability to the foot stand.

Google Patents
patents.google.com › patent › US7653959B1

### US7653959B1 - Article assembly - Google Patents

A sixth object is to provide an **article assembly**, in which the base includes a recess extending therethrough and in alignment with the recess in the foot stand for additionally receiving...

Justia Patents Search
patents.justia.com › patent › 7653959

### US Patent for Article assembly Patent (Patent # 7,653,959 ...

An assembly comprising a toothbrush having a first and second end. A stand in the shape of a pair of feet retains the brush in a vertical position when the stand is placed on a horizont...


RPX Insight
insight.rpxcorp.com › litigation_documents › 11218113

### UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Defendant David J. Catanzaro ("Catanzaro") is the owner of United States Patent No. 7,653,959 B1 (the "'959 Patent"), entitled Article Assembly issued February 2, 2010 to...

npe.law.stanford.edu
npe.law.stanford.edu › patent › 7653959

### 7653959 | NPE Litigation Database - Stanford University

Mar 19, 2015 · 7653959. Cases involving this patent. Displaying 1 - 4 of 4 Case. DJ. Civil Action ... David J. Catanzaro. Benjamin Goldstein; Garrett Specialties Company;


Law360
www.law360.com › patents › 7653959

### U.S. Patent Number 7,653,959 : Cases - Law360

The latest litigation cases involving patent number 7,653,959. Sign In . Try our Advanced Search for more refined results Search Cases Toggle Dropdown. Searching cases in 7653959 x

Free Patents Online
www.freepatentsonline.com › 7653959

### Article assembly - Catanzaro, David - FreePatentsOnline.com

An assembly comprising a toothbrush having a first and second end. A stand in the shape of a pair of feet retains the brush in a vertical position when the stand is placed on a horizont...

### Searches related to Article assembly patent Catanzaro 7,653,959

| article assembly patent catanzaro 7 653 959 01 | article assembly patent catanzaro 7 653 959 1 |
| article assembly patent catanzaro 7 653 959 00 | article assembly patent catanzaro 7 653 959 2 |
| article assembly patent catanzaro 7 653 959 02 | article assembly patent catanzaro 7 653 959 25 |
| article assembly patent catanzaro 7 653 959 for sale | article assembly patent catanzaro 7 653 959 5 |

1   2   3   4   5   ···   Next

> Article assembly patent Catanzaro 7,653,959

| All | Images | Videos | News | More | Anytime |

Ad related to: Article assembly patent Catanzaro 7,653,959

 Thoughts to Paper
www.thoughtstopaper.com

### U S Patent Application Search $295 - Professional Patent Search

$295 Professional Patent Search. Full Service Attorneys & Agents. Fixed Fees. $295 Professional Patent Search. A+ BBB. 5 Star Rating. Quality Dedicated Service

Provisional Patent App - From $199.00 - View more items

| Patent Search | Patents |
| How Patentable Is Your Invention | Thinking To Paper Obtain patents? |
| Request a Search then Patent App | Read Them here. |

| Provisional Patent $199 | Design Patent Cost |
| "Patent Pending" Status $199 | Apply Provisional Design Patent |
| Filed by Patent Attorneys & Agents | Cost-Book Today & Save! |

 Justia Patents Search
patents.justia.com › inventor › david-catanzaro

### David Catanzaro Inventions, Patents and Patent Applications ...

Feb 17, 2000 · This listing includes patent applications that are pending as well as patents that have already been granted by the United States Patent and Trademark Office (USPTO)...

 patentimages.storage.googleapis.com
patentimages.storage.googleapis.com › pdfs › US

### (12) Ulllted States Patent (10) Patent NO.: US 7,653,959 B1

US 7,653,959 B1 1 ARTICLE ASSEMBLY This application is a continuation of US. Utility Applica tion 08/777,032, ?led on Dec. 30, 1996, now US. Pat. No. 6,026,532. The earlier ?ing date of thi...

 PacerMonitor
www.pacermonitor.com › public › filings

### Catanzaro_v_Walmart_Stores_Inc_et_al__pamdce-22-01768__00...

#1.0 - Filed 11/07/2022: COMPLAINT against All Defendants ( Filing fee $402, Receipt Number 333101792), filed by David J. Catanzaro.(ao)

 Law360
www.law360.com › patents › 7653959

### U.S. Patent Number 7,653,959 : Articles - Law360

The latest litigation news involving patent number 7,653,959. Sign In . Try our Advanced Search for more refined results Search News Toggle Dropdown. Searching articles in 7653959 x

 PacerMonitor
www.pacermonitor.com › public › filings

### Catanzaro_v_Innovation_First_Inc_et_al__pamdce-22-01755__0...

#1.0 - Filed 11/03/2022: COMPLAINT against Does 1 Through 50, Innovation First, Inc. ( Filing fee $402, Receipt Number 333101763), filed by David J. Catanzaro.(ep) - PacerMonitor Mobile...

 PacerMonitor
www.pacermonitor.com › public › filings

### Catanzaro_v_Walmart_Stores_Inc_et_al__pamdce-22-01756__00...

#1.0 - Filed 11/03/2022: COMPLAINT against Does 1 Through 50, KiDdesigns, Inc., Staples, Inc., Walmart Stores, Inc., eKids, LLC ( Filing fee $402, Receipt Number 333101764), filed by David J....

 PacerMonitor
www.pacermonitor.com › public › filings

### Catanzaro_v_4Imprint_Inc_et_al__pamdce-22-01753__0001.0.pdf

#1.0 - Filed 11/03/2022: COMPLAINT against 4Imprint Inc., Does 1 Through 50 ( Filing fee $402, Receipt Number 333), filed by David J. Catanzaro.(ao) - PacerMonitor Mobile Federal and...

Ad related to: Article assembly patent Catanzaro 7,653,959


Thoughts to Paper
www.thoughtstopaper.com

### U S Patent Application Search $295 - Professional Patent Search

$295 Professional Patent Search. Full Service Attorneys & Agents. Fixed Fees. $295 Professional Patent Search. A+ BBB. 5 Star Rating. Quality Dedicated Service

Live Team Monday-Friday · Increase Patentability · Patent Search Report

Service catalog: Patent Application, Patent Search, Design Patent Application

Provisional Patent App - From $199.00 - View more items

Patent Search  -  Patents  -  USPTO Provisional Patent  -  Utility Patent

### Searches related to Article assembly patent Catanzaro 7,653,959

| | |
|---|---|
| article assembly patent catanzaro 7 653 959 01 | article assembly patent catanzaro 7 653 959 1 |
| article assembly patent catanzaro 7 653 959 00 | article assembly patent catanzaro 7 653 959 2 |
| article assembly patent catanzaro 7 653 959 02 | article assembly patent catanzaro 7 653 959 25 |
| article assembly patent catanzaro 7 653 959 for sale | article assembly patent catanzaro 7 653 959 5 |

Prev   1   2   3   4   5   ...   Next