THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LYKART TECHNOLOGIES<br>LLC, ET AL.,<br><br>　　　　　Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Motion for Leave to File a Sur-Reply Brief and Supplemental Exhibit, it is hereby ORDERED that the Motion is GRANTED.

The Clerk is directed to docket the Sur-Reply Brief and Exhibit A attached to the Motion.

IT IS SO ORDERED.

BY THE COURT:

_____
Phillip J. Caraballo
Magistrate Judge