3:22cv1754

# EXHIBIT A

INFRINGEMENT CONTENTIONS – U.S. 7,653,959 B1

| Claim 1 | Product: Orbeez Crush Crushkins / Pets, Safari, Farmland Animals<br>Manufacturer: Maya Group, Inc. |
|---|---|
| An Article Assembly Comprising: | Article Assembly |
| a) an article having a receivable end, and | Yes. The product is an article assembly. |
| b) a stand in the shape of first and second feet, | Yes. The article assembly has an article with a receivable end. |
| each of said first and second feet being elongated to define a toe end and together a common heel end, | Yes. The article assembly has a stand in the shape of first and second feet. |
| said first and second feet being joined together and positioned together to form a continuous bottom supporting surface, | Yes. Each of the first and second feet are elongated to define a toe end and together a common heel end. |
| said heel end of each of said first and second feet being positioned together to form a single heel portion, | Yes. Each of the first and second feet are joined together and positioned together to form a continuous bottom supporting structure. |
| said single heel portion including a recess extending through a topside thereof and towards a sole thereof for selectively receiving said receivable end of said article therein, | Yes. The heel end of the first and second feet are positioned together to form a single heel portion. |
| Thereby retaining said article when said stand is placed on a horizontal surface, | Yes. The single heel portion includes a recess extending through a topside thereof and towards a sole thereof for selectively receiving the receivable end of the article therein. |
| said first and second feet including a side surface, | Yes. The article is retained when the stand is placed on a horizontal surface. |
| said side surfaces intersecting one another in a common plane. | Yes. The first and second feet include a side surface. |
| | Yes. The side surfaces intersect one another in a common plane. |

| Claim 5 | Product: Orbeez Crush Crushkins / Pets, Safari, Farmland Animals<br>Manufacturer: Maya Group, Inc. |
|---|---|
| | Article Assembly |
| An Article Assembly Comprising: | Yes. The product is an article assembly. |
| A stand in the shape of first and second feet, | Yes. The article assembly has a stand in the shape of first and second feet. |
| each of said first and second feet being elongated to define a toe end and together a common heel end, | Yes. Each of the first and second feet are elongated to define a toe end and together a common heel end. |
| said first and second feet being joined together and positioned together to form a continuous bottom supporting surface, | Yes. Each of the first and second feet are joined together and positioned together to form a continuous bottom supporting structure. |
| said heel end of each of said first and second feet being positioned together to form a single heel portion, | Yes. The heel end of each of the first and second feet are positioned together to form a single heel portion. |
| said single heel portion including a recess extending through a topside thereof and towards a sole thereof, | Yes. The single heel portion includes a recess extending through a topside thereof and towards a sole thereof. |
| said first and second feet including a side surface, | Yes. The first and second feet include a side surface. |
| said side surfaces intersecting one another in a common plane. | Yes. The side surfaces intersect one another in a common plane. |

- 2 -

| Claim 4 | Product: Orbeez Crush Crushkins / Pets, Safari, Farmland Animals<br>Manufacturer: Maya Group, Inc. |
|---|---|
| | Article Assembly |
| The article assembly as claimed in claim 1, wherein said toe end of said first and second feet are at an acute angle to one another. | Yes. The Accused Product has all of the limitations of claim 1 and has a toe end of the first and second feet that are at an acute angle to one another. |

| Claim 8 | Product: Orbeez Crush Crushkins / Pets, Safari, Farmland Animals<br>Manufacturer: Maya Group, Inc. |
|---|---|
| | Article Assembly |
| The article assembly as claimed in claim 5, wherein said toe end of said first and second feet are at an acute angle to one another. | Yes. The Accused Product has all of the limitations of claim 5 and has a toe end of the first and second feet that are at an acute angle to one another. |

- 3 -



READ ENCLOSED INSTRUCTIONS
DO NOT EAT ORBEEZ.
© 2015 The Maya Group, Inc. "Orbe
Group, Inc. All rights reserved. Cont(
Non-toxic. Do not eat Orbeez® or pl
substantial number of Orbeez® are
immediate medical attention. Bring s
age of five. Please remove all packa
may vary. Please retain this informa(