UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : |
| | : No. 3:22-CV-1754 |
| Plaintiff | : |
| | : (Saporito, J.) |
| v. | : |
| | : (Caraballo, M.J.) |
| WALMART STORES, INC., et al., | : |
| | : |
| Defendants | : |

## ORDER

On July 17, 2025, Plaintiff filed a Motion for Leave to File Sur Reply and Supplemental Exhibit (Doc 122). The motion did not include a certificate of concurrence or non-concurrence stating the defendants' position on the motion. Middle District of Pennsylvania Local Rule 7.1 mandates that all motions include a certification that the movant "has sought concurrence in the motion from each party, and that it has been either given or denied." Accordingly, this 18th day of July 2025, IT IS HEREBY ORDERED that Plaintiff shall comply with Local Rule 7.1 and file a certificate of concurrence or non-concurrence.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE