THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:22-cv-1754-JFS-PJC |
| Plaintiff, | Judge Joseph F. Saporito, Jr. |
| v. | Referred to: Phillip J. Caraballo |
| LYKART TECHNOLOGIES LLC, ET AL., | |
| Defendants. | JURY TRIAL DEMANDED |

FILED SCRANTON
JUL 22 2025
PER _____ DEPUTY CLERK

**CERTIFICATE OF NON-CONCURRENCE PURSUANT TO LOCAL RULE 7.1**

In compliance with the Court's Order dated June 18, 2025, and pursuant to Local Rule 7.1, Plaintiff certifies that counsel for the Moving Defendants has indicated they **do not concur** with Plaintiff's Motion for Leave to File a Sur-Reply and Supplemental Exhibit (Doc. 122).

Counsel further stated that Defendants **will not file any opposition** if the Court grants leave to file.

Date July 22, 2025

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I caused a true and correct copy of the foregoing **CERTIFICATE OF NON-CONCURRENCE PURSUANT TO LOCAL RULE 7.1** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

**For Unrepresented Defendants:** The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities: **Lykart Technologies, LLC. and GrowKart**

These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date July 22, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com