THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LYKART TECHNOLOGIES<br>LLC, ET AL.,<br><br>　　　　Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br>JURY TRIAL DEMANDED |

FILED
SCRANTON

JUL 23 2025

PER _____
　　DEPUTY CLERK

## NOTICE OF ERRATA REGARDING PROPOSED SUR-REPLY BRIEF (DOC. 123)

Plaintiff respectfully submits this Notice of Errata to correct certain citation errors in the proposed Sur-Reply Brief (Doc. 123). Plaintiff has previously disclosed ongoing health challenges and, over the past several weeks, has been prescribed several new medications that have affected various aspects of his mental and physical functioning. These circumstances contributed to the following inaccuracies, which are addressed below.

**Location:** Page 8, final sentence

**Correction:**

*Deleting the word "FAC" and replacing it with "opposition brief."*

**Original:** "The FAC expressly incorporates archived retailer listings, screenshots, and UPC-level product tracking as exhibits…"

**Corrected:** "The opposition brief expressly incorporates archived retailer listings, screenshots, and UPC-level product tracking as exhibits…"

**Location:** Page 11, sentence 5

**Correction:**

*Deleting the word "FAC" and replacing it with "opposition brief."*

**Original:** "The FAC alleges that when Plaintiff conducted searches during the 2016 damages period using Google Search…"

**Corrected:** "The opposition brief alleges that when Plaintiff conducted searches during the 2016 damages period using Google Search…"

**Location:** Page 11, sentence 6

**Correction:**

*Deleting the words "FAC" and "and," inserting "supporting opposition brief," and correcting the spelling of "exsibits."*

**Original:** "These facts—stated clearly in the FAC and supporting brief and exsibits—demonstrate that Defendants had access…"

**Corrected:** "These facts—stated clearly in the supporting opposition brief and exhibits—demonstrate that Defendants had access…"

**Location:** Page 12, sentence 6

**Correction:**

*Deleting sections "36-41, 59-60" and replacing with "31–35, 48–50, 54."*

**Original:** "…Defendants incorrectly claim the FAC fails to allege "specially made or adapted" components. In fact, the FAC alleges that Defendants' platforms were **not neutral** conduits—they were purpose-built to rank, recommend, and route traffic to commercial listings (FAC ¶¶ 36–41, 59–60)."

**Corrected:** "…Defendants incorrectly claim the FAC fails to allege "specially made or adapted" components. In fact, the FAC alleges that Defendants' platforms were **not neutral** conduits—they were purpose-built to rank, recommend, and route traffic to commercial listings (FAC ¶¶ 31–35, 50–54)."

Date July 23, 2025                                    Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I caused a true and correct copy of the foregoing **NOTICE OF ERRATA REGARDING PROPOSED SUR-REPLY BRIEF (DOC. 123)** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

**For Unrepresented Defendants:** The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities: **Lykart Technologies, LLC. and GrowKart** These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date July 23, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com