THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>    Plaintiff,<br><br>v.<br><br>LYKART TECHNOLOGIES LLC, ET AL.,<br><br>    Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br>JURY TRIAL DEMANDED |

FILED
SCRANTON
JUL 31 2025
PER ___
DEPUTY CLERK

## MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF MANDAMUS PETITION

Plaintiff David J. Catanzaro respectfully moves this Honorable Court to stay all proceedings in the above-captioned case pending resolution of a Petition for Writ of Mandamus, which was mailed via overnight express service to the United States Court of Appeals for the Third Circuit on July 31, 2025.

This requested stay is intended to preserve judicial resources and avoid compounding prejudice during the appellate review period. As explained in the Mandamus Petition, Plaintiff has raised serious concerns regarding extended judicial inaction, unresolved dispositive motions, and factual inaccuracies affecting the fair administration of this case and its related action, *Catanzaro v. Walmart, et al.*, Case No. 3:22-cv-01768.

In the interest of judicial economy, Plaintiff respectfully requests that this Court suspend further proceedings—including the issuance of any rulings or scheduling orders—until the Third Circuit has acted on the mandamus petition.

The filing of this Motion is time-sensitive and intended to preserve appellate integrity, as the mandamus petition expressly noted that Plaintiff would be filing this Motion to Stay on this day.

### CERTIFICATE REGARDING CONCURRENCE OR NON-CONCURRENCE

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, Plaintiff David J. Catanzaro hereby certifies that concurrence in the foregoing Motion to Stay Proceedings Pending Resolution of Mandamus Petition has been sought from counsel for Defendants. As of the time of filing, Plaintiff has not yet received a definitive response. Plaintiff will file a supplemental certificate of concurrence or non-concurrence, along with the required supporting brief, within 24 hours of notice.

Date July 31, 2025                                      Respectfully submitted,

                                                        David J. Catanzaro
                                                        Plaintiff pro se
                                                        286 Upper Powderly Street
                                                        Carbondale, PA 18407
                                                        Phone: (570) 936-9262
                                                        E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I caused a true and correct copy of the foregoing **MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF MANDAMUS PETITION** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

**For Unrepresented Defendants:** The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities: **Lykart Technologies, LLC. and GrowKart**. These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date July 31, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com