THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, <br><br> Plaintiff, <br><br> v. <br><br> LYKART TECHNOLOGIES LLC, ET AL., <br><br> Defendants. | Case No. 3:22-cv-1754-JFS-PJC <br><br> Judge Joseph F. Saporito, Jr. <br><br> Referred to: Phillip J. Caraballo <br><br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER STAYING PROCEEDINGS

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiff's Motion to Stay Proceedings Pending Resolution of Mandamus Petition, and for good cause shown, IT IS HEREBY ORDERED that:

1. All proceedings in the above-captioned matter are STAYED pending resolution of the mandamus petition currently before the United States Court of Appeals for the Third Circuit.

2. The Court will resume proceedings upon notice from the Third Circuit regarding disposition of the petition.

IT IS SO ORDERED.

BY THE COURT:

_____

Phillip J. Caraballo
Magistrate Judge