THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>        Plaintiff,<br><br>v.<br><br>LYKART TECHNOLOGIES<br>LLC, ET AL.,<br><br>        Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br><br>JURY TRIAL DEMANDED |

## SUPPLEMENTAL CERTIFICATE OF NON-CONCURRENCE

## REGARDING MOTION TO STAY

Pursuant to Local Rule 7.1, Plaintiff respectfully submits this Supplemental Certificate of Non-Concurrence in connection with his Motion to Stay filed on July 31, 2025.

Plaintiff certifies that he made multiple good faith efforts to obtain concurrence from counsel for all remaining Defendants. The following communications were sent:

- **July 31, 2025 (10:00 AM):** Initial email requesting concurrence.

- **July 31, 2025 (4:45 PM):** Follow-up email indicating filing of stay motion and re-requesting concurrence.

- **August 1, 2025 (afternoon):** Final follow-up email noting intent to file a supplemental certification if no response was received.

- **August 1, 2025 (evening, 9:30 PM):** Plaintiff received confirmation that all Defendants Google, YouTube, Apple and Mozilla oppose the motion.

Accordingly, all Defendants **oppose** the Motion to Stay.

Since Plaintiff only files directly through the Clerk's Office, and the courthouse is closed on Saturdays, this supplement is being filed on the next available business day in accordance with the commitment made in the original motion to file within 24 hours of receiving Defendants' responses.

Date August 4, 2025                                     Respectfully submitted,

                                                        David J. Catanzaro
                                                        Plaintiff pro se
                                                        286 Upper Powderly Street
                                                        Carbondale, PA 18407
                                                        Phone: (570) 936-9262
                                                        E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I caused a true and correct copy of the foregoing **SUPPLEMENTAL CERTIFICATE OF NON-CONCURRENCE REGARDING MOTION TO STAY** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

**For Unrepresented Defendants:** The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities:

**Lykart Technologies, LLC. and GrowKart**

These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date August 4, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com