UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,                   :
                                      : No. 3:22-CV-1754
           Plaintiff                  :
                                      : (Saporito, J.)
     v.                               :
                                      : (Caraballo, M.J.)
WALMART STORES, INC., et al.,         :
                                      :
           Defendants                 :

## ORDER

On July 17, 2025, Plaintiff filed a Motion for Leave to File Sur Reply and Supplemental Exhibit. Doc 122.[1] On July 18, 2025, the Court issued an Order that Plaintiff comply with Local Rule 7.1 and file a certificate of concurrence or non-concurrence. Doc. 124. On July 22, 2025, Plaintiff filed a certificate of non-concurrence, noting the Defendants did not concur with Plaintiff's Motion for Leave to File a Sur-Reply. Doc. 125. The Defendants have not filed any opposition to the motion, and the time to do so has elapsed.

---

[1] Plaintiff also moved to stay this matter pending resolution of a mandamus petition to the Court of Appeals. Doc. 128. That motion, however, will not be addressed until the Court of Appeals advises whether it has accepted his petition. *See In re Hubbard*, 2025 WL 1554934, at *2 (3d Cir. 2025) (citing *In re Fine Paper Antitrust Litig.*, 685 F.2d 810, 817 (3d Cir. 1982), for the proposition that "courts generally enjoy discretion in managing their own dockets[.]").

Accordingly, this 11th day of August 2025, **IT IS HEREBY ORDERED** that Plaintiff's Motion for leave to file a Sur-Reply Brief and Supplemental Exhibits is **GRANTED**.

The Clerk is directed to docket the Sur-Reply Brief and Exhibit A attached to the Motion.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE