IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754- |
| | : | JFS-DFB |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. |
| v. | : | Caraballo) |
| | : | |
| LYKART TECHNOLOGIES LLC, | : | |
| ET AL., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION FOR RECONSIDERATION
BY APPLE INC., GOOGLE LLC, YOUTUBE, LLC, AND MOZILLA
CORPORATION**

Defendants Apple Inc., Google LLC, YouTube, LLC, and Mozilla

Corporation (collectively "Moving Defendants") hereby move for reconsideration

of the Court's August 15, 2025 Order (Dkt. No. 132) granting Plaintiff's Motion to

Stay Proceedings Pending Resolution of Mandamus Petition (Dkt. No. 128).  The

reasons for the motion are set forth in the accompanying brief in support of the

motion filed contemporaneously herewith.

The Moving Defendants request that the Court (a) grant the present motion

for reconsideration, (b) order that Exhibit 1 to the Moving Defendants'

accompanying brief be placed on the docket, (c) vacate the August 15, 2025 Order,

and (d) deny Plaintiff's Motion to Stay Proceedings Pending Resolution of

Mandamus Petition.

– 1 –

Pursuant to Local Rule 7.1, Moving Defendants have sought concurrence in the motion from Plaintiff, but Plaintiff has not responded before this motion was filed.

Date:  August 18, 2025

Respectfully submitted,

/s/ Stephen H. Barrett
Stephen H. Barrett
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania, 19103
+1 (215) 656-3300
stephen.barrett@us.dlapiper.com

*Counsel for Defendant Apple Inc.*

/s/ Jennifer Berger
Jennifer Berger (PA ID 327364)
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York, 10112
+1 (212) 408-2592
jennifer.berger@bakerbotts.com

Rachael Lamkin (*pro hac vice*)
Baker Botts L.L.P.
101 California Street, Suite 3200
San Francisco, California, 94111
+1 (415) 291-6264
+1 (415) 291-6300 facsimile
rachael.lamkin@bakerbotts.com

*Counsel for Defendant Mozilla
Corporation*

/s/ John V. Gorman
John V. Gorman
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, Pennsylvania, 19103
+1 (215) 963-5157
+1 (215) 963-5001 facsimile
john.gorman@morganlewis.com

Erika H. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-1754@cases.warrenlex.com

*Counsel for Defendants Google LLC
and YouTube, LLC*

– 2 –

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

In accordance with Local Rule 7.1, the undersigned certifies that counsel for

Defendant Apple Inc. contacted Plaintiff regarding Plaintiff's concurrence with the

foregoing motion via telephone and e-mail, but was unable to reach him. Defendants

presume Plaintiff does not concur.

/s/ Stephen H. Barrett

Stephen H. Barrett
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania, 19103
+1 (215) 656-3300
stephen.barrett@us.dlapiper.com
***<u>Counsel for Defendant Apple Inc.</u>***

## CERTIFICATE OF SERVICE

I hereby certify that this 18th day of August 2025, a copy of the foregoing

MOTION FOR RECONSIDERATION BY APPLE INC., GOOGLE LLC,

YOUTUBE, LLC, AND MOZILLA CORPORATION was served on all counsel

of record by ECF and served on plaintiff by email.

/s/ Stephen H. Barrett
Stephen H. Barrett
