IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | : Civil Case No. 3:22-CV-01754-JFS-DFB |
| Plaintiff | : (Judge Joseph F. Saporito Jr.) |
| v. | : (Referred to Judge Phillip J. Caraballo) |
| LYKART TECHNOLOGIES LLC, ET AL., | : |
| Defendants. | : |

### BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION BY APPLE INC., GOOGLE LLC, YOUTUBE, LLC, AND MOZILLA CORPORATION

Defendants Apple Inc., Google LLC, YouTube, LLC, and Mozilla Corporation (collectively "Moving Defendants") hereby move for reconsideration of the Court's August 15, 2025 Order (Dkt. No. 132) granting Plaintiff's Motion to Stay Proceedings Pending Resolution of Mandamus Petition (Dkt. No. 128). The Court granted Plaintiffs' motion to stay based on the mistaken conclusion that "[t]he Defendants have not filed any opposition to the motion to stay, and the time to do so has elapsed." Dkt. No. 132 at 1. The Moving Defendants respectfully calculate the date of its response to Plaintiff's motion to fall on August 18, 2025 pursuant to Local rule 7.6. As such, the Court ruled on Plaintiff's motion without considering a timely response of the Moving Defendants.

– 1 –

Plaintiff filed his motion to stay on Thursday, July 31, 2025. Dkt. No. 128. Plaintiff filed his brief in support of the motion on Monday, August 4, 2025. Dkt. No. 130. Under Local Rule 7.6, the Moving Defendants' deadline to oppose the motion is Monday, August 18, 2025. *See* L.R. 7.6 ("Any party opposing any motion, other than a motion for summary judgment, shall file a brief in opposition within fourteen (14) days after service of the movant's brief . . . .").

The purpose of a motion for reconsideration is to, *inter alia*, correct manifest errors of law or fact. *See Max's Seafood Cafe ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). Such a motion may be granted where a movant demonstrates a need to correct a clear error of law or to prevent manifest injustice. *Id.* 677. Here, the Moving Defendants respectfully request the Court reconsider its ruling in view of a mistake regarding the calculation of time for Defendants' opposition, which resulted in the Court issuing its ruling on Plaintiff's motion without considering the Moving Defendants' timely response.

Moving Defendants respectfully request that the Court consider Moving Defendants' brief in opposition to Plaintiff's motion, which is attached hereto as Exhibit 1, and which is being submitted within the time set by Local Rule 7.6 for responding to Plaintiff's motion. For the reasons set forth in the attached brief, the Court should vacate its August 15, 2015 Order, and deny Plaintiff's motion.

NOW, THEREFORE, Moving Defendants respectfully request the Court reconsider its ruling as set forth in the August 15, 2015 Order.

Date:  August 18, 2025                               Respectfully submitted,

_____/s/ Stephen H. Barrett_____                     _____/s/ John V. Gorman_____
Stephen H. Barrett                                   John V. Gorman
DLA PIPER LLP (US)                                   MORGAN, LEWIS & BOCKIUS LLP
One Liberty Place                                    2222 Market Street
1650 Market Street, Suite 5000                       Philadelphia, Pennsylvania, 19103
Philadelphia, Pennsylvania, 19103                    +1 (215) 963-5157
+1 (215) 656-3300                                    +1 (215) 963-5001 facsimile
stephen.barrett@us.dlapiper.com                      john.gorman@morganlewis.com

*Counsel for Defendant Apple Inc.*                   Erika H. Warren (*pro hac vice*)
                                                     Madeline A. Woodall (*pro hac vice*)
                                                     WARREN KASH WARREN LLP
_____/s/ Jennifer Berger_____                        2261 Market Street, No. 606
Jennifer Berger (PA ID 327364)                       San Francisco, California, 94114
Baker Botts L.L.P.                                   +1 (415) 895-2940
30 Rockefeller Plaza                                 +1 (415) 895-2964 facsimile
New York, New York, 10112                            22-1754@cases.warrenlex.com
+1 (212) 408-2592
jennifer.berger@bakerbotts.com                       *Counsel for Defendants Google LLC and YouTube, LLC*

Rachael Lamkin (*pro hac vice*)
Baker Botts L.L.P.
101 California Street, Suite 3200
San Francisco, California, 94111
+1 (415) 291-6264
+1 (415) 291-6300 facsimile
rachael.lamkin@bakerbotts.com

*Counsel for Defendant Mozilla Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that this 18th day of August 2025, a copy of the foregoing BRIEF OF IN SUPPORT OF MOTION FOR RECONSIDERATION BY APPLE INC., GOOGLE LLC, YOUTUBE, LLC, AND MOZILLA CORPORATION was served on all counsel of record by ECF and served on plaintiff by email.

                                                           /s/ Stephen H. Barrett
                                                       Stephen H. Barrett