IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| v. | : | (Referred to Judge Phillip J. Caraballo) |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| Defendants. | : | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Moving Defendants' Motion for Reconsideration, it is hereby ordered that:

1. Moving Defendants' Motion for Reconsideration is GRANTED;

2. Moving Defendants opposition to Plaintiff's Motion to Stay (Docket No. 128), which is attached as Exhibit 1 to Moving Defendants' Motion for Reconsideration, shall be placed on the docket;

3. The August 15, 2015 Order of this Court (Docket No. 132) is vacated; and

4. Plaintiff's Motion to Stay Proceedings (Dkt. No. 128) is DENIED.

BY THE COURT:

                                                          _____
                                                          Philip J. Caraballo
                                                          Magistrate Judge

Case 3:22-cv-01754-JFS-PJC    Document 133-3    Filed 08/18/25    Page 2 of 2