THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:22-cv-01754 |
| Plaintiff, | Judge Joseph F. Saporito, Jr. |
| v. | Referred to: Phillip J. Caraballo |
| LYKART TECHNOLOGIES LLC, et al., | |
| Defendants. | JURY TRIAL DEMANDED |

FILED SCRANTON
NOV 25 2025
PER ___
DEPUTY CLERK

## NOTICE OF INTENT TO SEEK REHEARING EN BANC

On November 24, 2025, the United States Court of Appeals for the Federal Circuit denied Plaintiff's Petition for Writ of Mandamus in Case No. 2026-102.

Plaintiff intends to file a Petition for Rehearing En Banc with the United States Court of Appeals for the Federal Circuit pursuant to Federal Rule of Appellate Procedure 35. This petition will be filed within fourteen (14) days in accordance with the applicable rules.

Plaintiff respectfully requests that all pending matters in this case remain stayed pending final resolution of the rehearing petition by the Federal Circuit.

Date November 25, 2025

Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I caused a true and correct copy of the foregoing **NOTICE OF INTENT TO SEEK REHEARING EN BANC** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record as listed on the docket:

**For Unrepresented Defendants:**

The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities:

**Lykart Technologies, LLC. and GrowKart**
30 N Gould St Suite 5707
Sheridan, WY 82801, US

These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date November 25, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com