# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David J. Catanzaro, | : | Civil Action – Law |
| | : | |
| Plaintiff, | : | Case No.: 3:22-CV-01754 |
| | : | |
| v. | : | Judge Joseph F. Saporito |
| | : | Judge Phillip J. Caraballo |
| Lykart Technologies LLC, et al., | : | |
| | : | |
| Defendants. | | **JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

To the Clerk of Courts:

Kindly enter the appearance of the undersigned on behalf of Defendants Google LLC and YouTube LLC in the above-captioned matter.

                                                Respectfully submitted,

Dated: December 15, 2025        */s/ Phillip D. Wolfe*
                                               Phillip D. Wolfe, Esquire (PA ID 328916)
                                               2222 Market Street
                                               Philadelphia, PA 19103
                                               T:215.963.5454
                                               F: 215.963.5001
                                               phillip.wolfe@morganlewis.com

                                               *Counsel for Defendants Google LLC and YouTube LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 15th day of December, 2025, a copy of the foregoing ENTRY OF APPEARANCE was served upon all counsel of record via this Court's electronic filing system and served on plaintiff by email.

*/s/ Phillip D. Wolfe*
Phillip D. Wolfe
