THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, <br><br> Plaintiff, <br><br> v. <br><br> LYKART TECHNOLOGIES LLC, et al., <br><br> Defendants. | Case No. 3:22-cv-01754 <br><br> Judge Joseph F. Saporito, Jr. <br><br> Referred to: Phillip J. Caraballo <br><br> JURY TRIAL DEMANDED |

FILED SCRANTON
DEC 16 2025
PER_____ DEPUTY CLERK

## NOTICE REGARDING PATENT EXPIRATION, TRANSFER PRESERVATION, AND IMPOSSIBILITY OF REFILING

Plaintiff David J. Catanzaro respectfully submits this Notice for the limited purpose of clarifying the record. If the pending petition for rehearing en banc is denied and this Court maintains jurisdiction over this action, this Notice is submitted solely to ensure the Court is aware that dismissal would not permit refiling due to the expiration of the asserted patent.

1. The asserted patent, U.S. Patent No. 6,942,959, has expired, and the statutory period for seeking damages has elapsed. As a result, Plaintiff cannot refile these claims in a new action.

2. Accordingly, dismissal of this action would have the practical effect of foreclosing Plaintiff's ability to pursue the asserted claims.

3. To the extent the Court determines that venue is improper in the Middle District of Pennsylvania, Plaintiff respectfully preserves his previously stated request that the action be transferred, rather than dismissed, pursuant to 28 U.S.C. § 1406(a).

This filing is submitted solely to ensure these considerations are clearly reflected in the record. Plaintiff does not seek adjudication of any issue by this Notice.

Respectfully submitted,

Date December 16, 2025

David J. Catanzaro
Plaintiff, *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I caused a true and correct copy of the foregoing **NOTICE REGARDING PATENT EXPIRATION, TRANSFER PRESERVATION, AND IMPOSSIBILITY OF REFILING** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record as listed on the docket:

**For Unrepresented Defendants:**

The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities:

**Lykart Technologies, LLC. and GrowKart**
30 N Gould St Suite 5707
Sheridan, WY 82801, US

These defendants are currently in procedural **default**, and Plaintiff reserves the right to move for entry of default as appropriate.

Date December 16, 2025

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com