IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-1754 |
| Plaintiffs | : | Judge Joseph F. Saporito Jr. |
| | : | Referred to Judge Phillip J. Caraballo |
| v. | : | |
| LYKART TECHNOLOGIES LLC, ET AL., | : | FILED SCRANTON |
| | : | JAN 20 2026 |
| Defendants. | : | PER ____CaC____ |
| | : | DEPUTY CLERK |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST LYKART TECHNOLOGIES, LLC. AND GROWKART ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff David J. Catanzaro hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendants Lykart Technologies, LLC. and GrowKart in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants Lykart Technologies, LLC. and GrowKart have not served either an answer or a motion for summary judgment.

This Dismissal shall in no way affect Plaintiff's claims against any other Defendant other than Lykart Technologies, LLC. and GrowKart.

– 1 –

Date: January 20, 2026

*[signature]*
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST LYKART TECHNOLOGIES, LLC. AND GROWKART ONLY PURSUANT TO FED. R.CIV. P. 41 (A)(1)(A)(I) to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record as listed on the docket:

For Unrepresented Defendants:

The following two defendants have not appeared in this case and are not represented by counsel. Copies of the foregoing document were served via First Class **U.S. Mail** to the last known business address shared by both entities:

Lykart Technologies, LLC. and GrowKart
30 N Gould St Suite 5707
Sheridan, WY 82801, US


Date January 20, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com