THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:22-cv-1754-JFS-PJC |
| Plaintiff, | Judge Joseph F. Saporito, Jr. |
| v. | Referred to: Phillip J. Caraballo |
| LYKART TECHNOLOGIES LLC, ET AL., | |
| Defendants. | JURY TRIAL DEMANDED |

FILED
SCRANTON
JAN 23 2026
PER  JKC
DEPUTY CLERK

## MOTION TO DISMISS DEFENDANT MOZILLA CORPORATION BY AGREEMENT (Fed. R. Civ. P. 41(a)(2))

Plaintiff David J. Catanzaro, proceeding pro se, respectfully moves this Court for an Order dismissing Defendant Mozilla Corporation with prejudice.

1. Plaintiff and Defendant Mozilla Corporation have reached an agreement to dismiss all claims against Mozilla Corporation with prejudice, with each party bearing its own costs and attorneys' fees.

2. Plaintiff sought a voluntary stipulation from all appearing parties. Counsel for Google/YouTube declined to join the stipulation on January 22, 2026.

3. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff now requests that the Court enter an Order dismissing Mozilla Corporation with prejudice.

4. Dismissal of this defendant will streamline the case and promote judicial economy.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter the attached Proposed Order dismissing Defendant Mozilla Corporation with prejudice .

Date January 23, 2026                                  Respectfully submitted,

                                                       David J. Catanzaro
                                                       Plaintiff pro se
                                                       286 Upper Powderly Street
                                                       Carbondale, PA 18407
                                                       Phone: (570) 936-9262
                                                       E-Mail: davidjosephus@aol.com

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, Plaintiff certifies that he sought concurrence in this motion.

Concurrence was not obtained as of the time of filing.

Date January 23, 2026                                        Respectfully submitted,

                                                             *[signature]*
                                                             David J. Catanzaro
                                                             Plaintiff pro se
                                                             286 Upper Powderly Street
                                                             Carbondale, PA 18407
                                                             Phone: (570) 936-9262
                                                             E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I caused a true and correct copy of the foregoing **MOTION TO DISMISS DEFENDANT MOZILLA CORPORATION BY AGREEMENT (Fed. R. Civ. P. 41(a)(2))** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date January 23, 2026                                        *[signature]*
                                                             David J. Catanzaro
                                                             Plaintiff *pro se*
                                                             286 Upper Powderly Street
                                                             Carbondale, PA 18407
                                                             Phone: (570) 936-9262
                                                             E-mail: davidjosephus@aol.com