THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | CIVIL ACTION NO. 3:22-cv-1754 |
| Plaintiff | |
| v. | JUDGE JOSEPH SAPORITO |
| LYKART TECHNOLOGIES LLC., *et al*, | REFERRED TO: PHILLIP J. CARABALLO |
| Defendants | |

### [Proposed] O R D E R

AND NOW, this ____ day of _____, 2026, upon consideration of Plaintiff's Motion to Dismiss Defendant Mozilla Corporation **(Doc. 143)** Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby ORDERED that:

1. The Motion is **GRANTED**.
2. All claims against Defendant **Mozilla Corporation** are **DISMISSED WITH PREJUDICE**.
3. The Clerk of Court is directed to terminate Mozilla Corporation as a defendant in this matter.
4. Each party shall bear its own costs and attorneys' fees.

**DATE:**

_____
**Phillip J. Caraballo**
**Magistrate Judge**