THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LYKART TECHNOLOGIES<br>LLC, ET AL.,<br><br>　　　　Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br><br>JURY TRIAL DEMANDED |

FILED
SCRANTON
JAN 23 2026
PER  JKC
DEPUTY CLERK

## BRIEF IN SUPPORT OF MOTION TO DISMISS MOZILLA CORPORATION

**I. PROCEDURAL HISTORY**

Proceedings in this matter were subsequently stayed pending Plaintiff's Petition for Writ of Mandamus and Petition for rehearing en banc. On January 22, 2026, the Federal Circuit denied the Petition. Plaintiff now moves to streamline this litigation by dismissing Mozilla Corporation.

**II. ARGUMENT**

Pursuant to Fed. R. Civ. P. 41(a)(2), an action may be dismissed at the plaintiff's request by court order on terms that the court considers proper.

1. **Agreement of Parties:** Plaintiff and Defendant Mozilla Corporation have reached an agreement for dismissal with prejudice, with each party bearing its own costs and attorneys' fees.

2. **Lack of Prejudice:** Dismissing Mozilla will not prejudice the remaining Defendants (Google, YouTube, Apple); rather, it streamlines the case by reducing the number of

parties and claims.

3. **Judicial Economy:** This dismissal narrows the scope of the litigation and conserves judicial resources.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the Motion and dismiss Mozilla Corporation with prejudice.

Date January 23, 2026                                            Respectfully submitted,

*[signature]*

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I caused a true and correct copy of the foregoing **BRIEF IN SUPPORT OF MOTION TO DISMISS DEFENDANT MOZILLA CORPORATION** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date January 23, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com