THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br>        Plaintiff,<br>v.<br>LYKART TECHNOLOGIES LLC, ET AL.,<br>        Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br>Judge Joseph F. Saporito, Jr.<br>Referred to: Phillip J. Caraballo<br><br>JURY TRIAL DEMANDED |

FILED
SCRANTON
JAN 23 2026
PER____JKC____
DEPUTY CLERK

## MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. § 1406(a) AND § 1404(a) IF VENUE IS FOUND INPROPER IN THE MIDDLE DISTRICT

Plaintiff, David J. Catanzaro ("Plaintiff"), respectfully moves this Court to transfer the above-captioned matter to the United States District Court for the Western District of Pennsylvania. In support thereof, Plaintiff states as follows:

**1. Status of the Parties and Remaining Defendants**

On January 20, 2026, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice regarding Defendants Lykart Technologies, LLC and GrowKart (**ECF No. 142**). On January 23, 2026, Plaintiff filed a Motion to Dismiss Defendant Mozilla Corporation by agreement (**ECF No. 143**). Following these filings, and Upon the Court's granting of Plaintiff's Motion to Dismiss Mozilla, the **only remaining defendants** in this action are Apple Inc. ("Apple"), Google LLC ("Google"), and YouTube, LLC ("YouTube").

**2. Defendants' Own Evidence Establishes Proper Venue in the Western District**

The remaining Defendants have challenged venue in the Middle District, asserting they lack a "regular and established place of business" here. However, in their own sworn declarations, they admit to maintaining permanent, established physical locations in the Western District of Pennsylvania:

- **Apple Inc. (ECF No. 117):** Admits it maintains a corporate office in Pittsburgh, PA. Apple further admits to maintaining at least three retail stores in the Western District: Ross Park (1000 Ross Park Mall Drive, Pittsburgh, PA 15237), Shadyside (5508 Walnut Street, Pittsburgh, PA 15232), and South Hills Village (301 South Hills Village, Pittsburgh, PA 15241).

- **Google LLC and YouTube, LLC (ECF No. 118):** Explicitly state that the only office space they own or lease in the Commonwealth of Pennsylvania is located in Pittsburgh, PA. This facility serves as a major engineering hub located at 6425 Penn Ave, Pittsburgh, PA 15206.

**3. Transfer is in the Interest of Justice Under 28 U.S.C. § 1406(a)**

When a case is filed in an improper venue, the Court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought. ' **28 U.S.C. § 1406(a).**"

Furthermore, because the patent has expired, dismissal would permanently bar Plaintiff from refiling; therefore, transfer is necessary to ensure this case is resolved on its merits in the interest of justice. *See Goldlawr, Inc. v. Heiman*, 369 U.S. 463 (1962)."

Transfer is the most just and efficient resolution because:

- **Admitted Venue:** The Western District is a proper venue under **28 U.S.C. § 1400(b)**

based on remaining Defendants' admitted physical presence there.

- **Judicial Economy:** Moving the case against the remaining defendants to their admitted place of business avoids the harshness of dismissal and preserves the progress of the litigation.

- **Convenience:** As major corporate residents of the Western District, this forum is inherently more convenient for the Defendants than the Middle District.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter the attached Proposed Order Transferring this action to the United States District Court for the Western District of Pennsylvania.

Date January 23, 2026                                    Respectfully submitted,

                                                         David J. Catanzaro
                                                         Plaintiff pro se
                                                         286 Upper Powderly Street
                                                         Carbondale, PA 18407
                                                         Phone: (570) 936-9262
                                                         E-Mail: davidjosephus@aol.com

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, Plaintiff certifies that he sought concurrence in this motion.

Concurrence was not obtained as of the time of filing.

Date January 23, 2026                                           Respectfully submitted,

                                                    David J. Catanzaro
                                                    Plaintiff pro se
                                                    286 Upper Powderly Street
                                                    Carbondale, PA 18407
                                                    Phone: (570) 936-9262
                                                    E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I caused a true and correct copy of the foregoing **MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. § 1406(a) AND § 1404(a) IF VENUE IS FOUND INPROPER IN THE MIDDLE DISTRICT** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date January 23, 2026

                                                   David J. Catanzaro
                                                    Plaintiff *pro se*
                                                   286 Upper Powderly Street
                                                    Carbondale, PA 18407
                                                    Phone: (570) 936-9262
                                                    E-mail: davidjosephus@aol.com