# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | CIVIL ACTION NO. 3:22-cv-1754 |
| Plaintiff | |
| V. | JUDGE JOSEPH SAPORITO |
| LYKART TECHNOLOGIES LLC., *et al*, | REFERRED TO: PHILLIP J. CARABALLO |
| Defendants | |

### [Proposed] O R D E R

**AND NOW**, this _____ day of _____, upon consideration of Plaintiff's Motion to Transfer Venue **(Doc.145).**

**144)**, and any response thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania pursuant to **28 U.S.C. § 1406(a)** and **28 U.S.C. § 1404(a)**.

3. The Clerk of Court shall take all necessary steps to effectuate this transfer and close the file in the Middle District of Pennsylvania.

**DATE:**

_____
**Phillip J. Caraballo**
**Magistrate Judge**