THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LYKART TECHNOLOGIES LLC, et al.,<br><br>　　　　Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br><br>Judge Joseph F. Sapórito, Jr.<br><br>Referred to: Philip J. Caraballo<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF FILING REVISED PROPOSED ORDER TO TRANSFER

Plaintiff David J. Catanzaro files the attached Revised Proposed Order solely to correct a clerical error in the docket reference (Doc. 144/145) and to correct formatting. No other substantive changes have been made.

Date January 29, 2026

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

FILED
SCRANTON
JAN 29 2026
PER_____CMC_____
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I caused a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF FILING REVISED PROPOSED ORDER TO TRANSFER** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date January 29, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com