## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

     Plaintiff,

v.

LYKART TECHNOLOGIES LLC, et al.,

    Defendants.

Case No. 3:22-cv-1754-JFS-PJC

Judge Joseph F. Saporito, Jr.

Referred to: Philip J. Caraballo

JURY TRIAL DEMANDED

FILED
SCRANTON
FEB 02 2026
PER
DEPUTY CLERK

## NOTICE TO THE COURT REGARDING PETITIONER FOR
## PRO HAC VICE (Doc. 148)

Plaintiff respectfully submits this Notice to identify that Petitioner Anna Phillips is

the counsel referenced in the procedural concerns discussed in **Docs. 107** and **135**.

Plaintiff requests that the Court consider these previously filed materials in

connection with Petitioner's pending application for special admission. This Notice

is submitted solely to ensure the Court has a complete record when evaluating the

Petition.

Date: February 2, 2026

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I caused a true and correct copy of the foregoing **NOTICE TO THE COURT REGARDING PETITIONER FOR PRO HAC VICE (Doc. 148)** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date: February 2, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com