UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, **Anna G. Phillips**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 1101 K Street, NW
10th Floor
Washington, DC 20005

Office Telephone: (202) 371-2600

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Bar of the State of California (12/28/2010); Bar of the District of Columbia (3/01/2021);

Bar of the State of Texas (5/01/2014); U.S. Sup. Ct. (10/15/2019); CAFC (03/27/2017); CDCA (01/29/2020);

NDCA (09/28/2016); NDTX (11/17/2014); WDTX (11/13/2014); SDTX (10/29/2014); EDTX (04/19/2011)

My attorney Identification number is: 275070 (CA)

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__x__ SPECIAL ADMISSION:

GRANTED BY THE COURT: _[signature]_   Date: 2/6/26

---

Updated: 3/24/2025