IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| v. | : | (Referred to Judge Phillip J. Caraballo) |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| Defendants. | : | |

**DECLARATION OF ERIKA H. WARREN
IN SUPPORT OF OPPOSITION TO MOTION TO TRANSFER VENUE**

I, Erika H. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and admitted *pro hac vice* in this action. I am a partner at Warren LLP, counsel for defendants Google LLC and YouTube, LLC in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of an email I received from Mr. David Catanzaro on January 14, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2026.

_____
Erika H. Warren