# **EXHIBIT 1**



## Re: Catanzaro v. YouTube, LLC — Proposed Stipulation of Dismissal with Prejudice

**'davidjosephus@aol.com' via Catanzaro vs. Lykart et al** <22-1754@cases.warrenllp.com>   Tue, Jan 20, 2026 at 9:09 AM
Reply-To: "davidjosephus@aol.com" <davidjosephus@aol.com>
To: Erika Warren <erika@warrenkashwarren.com>
Cc: "22-1754@cases.warrenlex.com" <22-1754@cases.warrenlex.com>

Hi Erika,

I have Mozilla's consent to dismissal and have a proposed stipulation approved by Mozilla attached. I am also willing to include YouTube in the same stipulation.

Please confirm by end of business tomorrow whether Google/YouTube (1) consent to dismissal of Mozilla and (2) consent to inclusion of YouTube, and whether you authorize use of an electronic signature (/s/) on your behalf for the stipulation.

Thanks,
David

[Quoted text hidden]

📄 **Draft_Stiulation_of_Dismissal_Mozilla.pdf**
129K