THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:22-cv-1754-JFS-PJC |
| Plaintiff, | Judge Joseph F. Saporito, Jr. |
| v. | Referred to: Phillip J. Caraballo |
| LYKART TECHNOLOGIES LLC, et al., | |
| Defendants. | JURY TRIAL DEMANDED |

## DECLARATION OF DAVID J. CATANZARO IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION TO TRANSFER VENUE (DKT. 145) AND OPPOSITION TO DEFENDANTS' REQUEST TO DENY AS MOOT (DKT. 151)

I, David J. Catanzaro, declare under 28 U.S.C. § 1746:

1. I am the Plaintiff in this action and am appearing *pro se*.

2. Attached as **Exhibit C** are true and correct copies of multiple Google job listings for the Pittsburgh, Pennsylvania area, accessed from Recruiter.com.

3. Attached as **Exhibit D** is a true and correct copy of the email from Defense Counsel Erika Warren dated January 20, 2026.

4. Attached as **Exhibit E** is a true and correct copy of a job listing from Recruiter.com detailing Google's operations in support of YouTube within the Western District of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 18, 2026

David J. Catanzaro