# EXHIBIT C

FILED
SCRANTON
FEB 18, 2026
PER _____
DEPUTY CLERK

# Google

google.com

## 11 Google Jobs Hiring in Pittsburgh, PA

**Google**

### Senior Software Engineer, AI/ML Infrastructure, Ads Safety

Pittsburgh, PA · On-site

$118.90K - $156.80K/yr  Estimated pay

About the job **Google**'s software engineers develop the next-generation technologies that change how billions of users connect, explore, and interact with information and one another. Our products need ...

**Google**

### Software Engineer, Full Stack, gUP Engineering

Pittsburgh, PA · On-site

About the job **Google**'s software engineers develop the next-generation technologies that change how billions of users connect, explore, and interact with information and one another. Our products need ...

**Google**

### Senior Staff Software Engineer, Data Center Execution

ZipRecruiter    Log In

Search job title and location

**Jobs**     Salaries

Pittsburgh, PA · On-site

About the job **Google**'s software engineers develop the next-generation technologies that change how billions of users connect, explore, and interact with information and one another. Our products need ...

---

Google  Google

# Senior Software Engineer, AI/ML, Search Ads

Pittsburgh, PA · On-site

$118.90K - $156.80K/yr   Estimated pay ⓘ

About the job **Google**'s software engineers develop the next-generation technologies that change how billions of users connect, explore, and interact with information and one another. Our products need ...

---

Google  Google

# Senior Software Engineer, Ads Safety

Pittsburgh, PA · On-site

$118.90K - $156.80K/yr   Estimated pay ⓘ

About the job **Google**'s software engineers develop the next-generation technologies that change how billions of users connect, explore, and interact with information and one another. Our products need ...

---

Google  Google

# Tech Lead, Data Center Orchestration, Department of Means

Pittsburgh, PA · On-site

About the job **Google**'s software engineers develop the next-generation technologies that change how billions of users connect, explore, and interact with information and one another. Our products need ...

---

Google  Google

# Engineer Manager, AI/ML, Platform Infra, Woodshed

Pittsburgh, PA · On-site

About the job Like **Google**'s own ambitions, the work of a Software Engineer goes beyond just Search. Software Engineering Managers have not only the technical expertise to take on and provide ...

Google Google

## Software Engineer, AI/ML Infrastructure, Ads

Pittsburgh, PA · On-site

About the job Google's software engineers develop the next-generation technologies that change how billions of users connect, explore, and interact with information and one another. Our products need ...

---

Google Google

## Senior Cyber Security Strategic Consultant, Mandiant Consulting (English)

Pittsburgh, PA · On-site

Google is seeking a Senior Cyber Security Consultant to join Mandiant Consulting, focusing on a one-year transformation project for a strategic account. The role involves deploying security controls ...

New

---

Google Google

## Senior Data Science Manager, Product, Ads Privacy and Safety

Pittsburgh, PA · On-site

$122.80K - $162.10K/yr   Estimated pay ⓘ

Google is a leading technology company seeking a Senior Data Science Manager for their Ads Privacy and Safety team. The role involves leading a data science team, addressing complex business ...

New

---

All Jobs  >  Google Jobs  >  Jobs at Google in Pennsylvania  >  Jobs at Google in Pittsburgh, PA

---

## Google Jobs Information

### What is it like to work at Google?

Google is known for its collaborative and innovative culture, prioritizing employee well-being, diversity, and creativity. The company's flat organizational structure and open communication channels allow employees to work on various projects, participate in hackathons, and engage in cross-functional teams, fostering a dynamic and fast-paced work environment. Working at Google may appeal to candidates who value autonomy, continuous learning, and the opportunity to contribute to groundbreaking projects that have a significant impact on people's lives.