# EXHIBIT D

FILED
SCRANTON
FEB 18 2026
PER _____
DEPUTY CLERK

