# EXHIBIT E

FILED
SCRANTON
FEB 18 2026
PER _____
DEPUTY CLERK

# Google

# Senior Software Engineer, Ads Safety

Google

Pittsburgh, PA • On-site

Apply 

💲 $118.90K - $156.80K/yr  Estimated pay ⓘ

💼 Full-time

🕐 Posted 6 days ago

# Job description

### Minimum qualifications:
- Bachelor's degree or equivalent practical experience.
- 5 years of experience developing software applications using the C programming language.
- 3 years of experience testing, maintaining, or launching software products, and 1 year of experience with software design and architecture



visualizations).

### Preferred qualifications:
- Master's degree or PhD in Computer Science or related technical field.
- 5 years of experience with data structures and algorithms.
- 1 year of experience in a technical leadership role.
- Experience developing accessible technologies.

Log In

## About the job

Google's software engineers develop the next-generation technologies that change how billions of users connect, explore, and interact with information and one another. Our products need to handle information at massive scale, and extend well beyond web search. We're looking for engineers who bring fresh ideas from all areas, including information retrieval, distributed computing, large-scale system design, networking and data storage, security, artificial intelligence, natural language processing, UI design and mobile; the list goes on and is growing every day. As a software engineer, you will work on a specific project critical to Google's needs with opportunities to switch teams and projects as you and our fast-paced business grow and evolve. We need our engineers to be versatile, display leadership qualities and be enthusiastic to take on new problems across the full-stack as we continue to push technology forward.

With your technical expertise, you will manage project priorities, deadlines, and deliverables. You will design, develop, test, deploy, maintain, and enhance software solutions.

Google Ads is helping power the open internet with the best technology that connects and creates value for people, publishers, advertisers, and Google. We're made up of multiple teams, building Google's Advertising products including search, display, shopping, travel and video advertising, as well as analytics. Our teams create trusted experiences between people and businesses with useful ads. We help grow businesses of all sizes from small businesses, to large brands, to YouTube creators, with effective advertiser tools that deliver measurable results. We also enable Google to engage with customers at scale.

The US base salary range for this full-time position is $166,000-$244,000 bonus equity benefits. Our salary ranges are determined by role, level, and location. Within the range, individual pay is determined by work location and additional factors, including job-related skills, experience, and relevant education or training. Your recruiter can share more about the specific salary range for your preferred location during the hiring process.

Please note that the compensation details listed in US role postings reflect the base salary only, and do not include bonus, equity, or benefits. Learn more about benefits at Google .

## Responsibilities
- Write and test product or system development code.
- Participate in, or lead, design reviews with peers and stakeholders to decide amongst available technologies.

- Review code developed by other developers and provide feedback to ensure best practices (e.g., style guidelines, checking code in, accuracy, testability, and efficiency).
- Contribute to existing documentation or educational content and adapt content based on product/program updates and user feedback.
- Triage product or system issues and debug/track/resolve by analyzing the sources of issues and the impact on hardware, network, or service operations and quality.

Information collected and processed as part of your Google Careers profile, and any job applications you choose to submit is subject to Google's Applicant and Candidate Privacy Policy .

Google is proud to be an equal opportunity and affirmative action employer. We are committed to building a workforce that is representative of the users we serve, creating a culture of belonging, and providing an equal employment opportunity regardless of race, creed, color, religion, gender, sexual orientation, gender identity/expression, national origin, disability, age, genetic information, veteran status, marital status, pregnancy or related condition (including breastfeeding), expecting or parents-to-be, criminal histories consistent with legal requirements, or any other basis protected by law. See also Google's EEO Policy , Know your rights: workplace discrimination is illegal , Belonging at Google , and How we hire .

If you have a need that requires accommodation, please let us know by completing our Accommodations for Applicants form .

Google is a global company and, in order to facilitate efficient collaboration and communication globally, English proficiency is a requirement for all roles unless stated otherwise in the job posting.

To all recruitment agencies: Google does not accept agency resumes. Please do not forward resumes to our jobs alias, Google employees, or any other organization location. Google is not responsible for any fees related to unsolicited resumes.

🏳 Report

## Most Popular Matlab Developer Job Categories

- 🔍 Matlab Engineer
- 🔍 Matlab Programming
- 🔍 Matlab Simulink
- 🔍 Matlab Simulink Developer
- 🔍 Simulink
- 🔍 Electrical Engineer Matlab
- 🔍 Entrylevel Electrical Design Engineer
- 🔍 Matlab Job
- 🔍 Matlab
- 🔍 Part Time Shadowing Electrical Engineer

## Other Helpful Pages Related To Senior Software Engineer, Ads Safety

- 🔍 Matlab Developer Salaries
- 🔍 Matlab Developer Career Research

All Jobs  >  Matlab Develope...  >  Matlab Developer Jobs in Pittsburgh, PA



# Google
# Senior Software Engineer, Ads Safety

Google
Pittsburgh, PA

Full Time

ZipRecruiter salary estimates, histograms, trends and comparisons are derived from both employer job postings and third party data sources.

Job Seekers ⌄

Small & Medium Businesses ⌄

Enterprise Businesses ⌄

Partner with Us ⌄

Company ⌄

Logos provided by Clearbit

Your privacy is our priority. Learn more: Your Privacy Choices

Privacy Policy   California Privacy Notice   Terms of Use   Cookie Policy   Attribution Notices   Corporate Responsibility

Security and Compliance

ZipRecruiter, Inc. © 2026 All Rights Reserved Worldwide