## Certificate of Concurrence

Pursuant to Local Rule 7.1, Plaintiff sought concurrence from Defendants regarding this Motion. On February 23, 2026, counsel for Defendants Google, Apple, and YouTube stated that they take no position on this motion and will not file an opposition. Accordingly, this Motion is filed as unopposed.

Date February 24, 2026

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

FILED
SCRANTON
FEB 23 2026
PER_____
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, I caused a true and correct copy of the foregoing **PLAINTIFF'S MOTION AND BRIEF FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF REPLY BRIEF (DKT. 153)** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date February 24, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com