## Certificate of Use of Generative AI

I voluntarily certify the following: (1) I utilized OpenAI's ChatGPT solely for limited assistance with drafting, organization, and editing; (2) I personally reviewed, edited, and verified all content and confirm that all facts, citations, legal authorities, and representations are accurate and supported to the best of my ability.

Date February 24, 2026

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com