THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br>Plaintiff,<br>v.<br>LYKART TECHNOLOGIES LLC, et al.,<br>Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br>Judge Joseph F. Saporito, Jr.<br>Referred to: Philip J. Caraballo<br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

**AND NOW**, this ____ day of _____, 2026, upon consideration of Plaintiff's Motion for Leave to File Supplemental Evidence, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is directed to file the Plaintiff's Supplement as part of the record in this matter.

BY THE COURT:

_____
Philip J. Caraballo