UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | No. 3:22-CV-1754 |
| Plaintiff, | |
| | (Saporito, J.) |
| v. | |
| | (Caraballo, M.J.) |
| GOOGLE LLC, et al., | |
| Defendants | |

## ORDER

Plaintiff David Catanzaro, proceeding pro se, commenced this action on November 11, 2022, alleging intellectual property infringement associated with two patents. Doc. 1. With the Court's leave, Catanzaro filed the operative fifth amended complaint on March 17, 2025. Docs. 67, 71. On August 15, 2025, the Court granted Catanzaro's motion to stay the proceedings pending the resolution of a mandamus petition before the Court of Appeals that he originally filed on July 31, 2025. Doc. 132.

Catanzaro petitioned the Third Circuit Court of Appeals for a writ of mandamus premised on alleged undue delay and prejudice. Doc. 128.[1] The Court of Appeals found, on October 17, 2025, that it lacked "jurisdiction to entertain the mandamus petition[]" on account of the action's patent subject matter, so it transferred Catanzaro's petition to the Court of Appeals for the Federal Circuit. Doc. 137-1 at 1–2.

The Federal Circuit dismissed Catanzaro's petition on November 24, 2025. *See In re: Catanzaro*, No. 26-102, Doc. 21 (Fed. Cir. Nov. 24, 2025).[2] Thereafter, Catanzaro requested a rehearing *en banc*. *Id.* at Doc. 22. On January 22, 2026, the Federal Circuit denied Catanzaro's request for *en banc* review. *Id.* at Doc. 23. The Federal Circuit did not, however, return a mandate to this Court confirming that Catanzaro's mandamus petition is no longer active.

In addition to the various outstanding motions already pending on this docket at the time it was stayed (Docs. 95, 111, 114), since January

---

[1] Catanzaro also petitioned for a writ of mandamus in another action pending before this Court. *See Catanzaro v. Walmart Stores, Inc. et al*, No. 3:22-1768, Doc. 127 (M.D. Pa.). The Court of Appeals for the Third Circuit consolidated both petitions. *Id.*; *see also* Doc. 137.

[2] "The Court may take judicial notice of other court proceedings." *SigmaPharm, Inc. v. Mut. Pharm. Co.*, 772 F. Supp. 2d 660, 667 n.41 (E.D. Pa. 2011), *aff'd*, 454 F. App'x 64 (3d Cir. 2011).

2

22, 2026, Catanzaro has filed a motion to dismiss, a motion to transfer venue, and a motion for leave to file supplemental evidence. Docs. 143, 145, 154. All but one defendant, moreover, has joined in an opposition to Catanzaro's motion to transfer venue. Doc. 151. In Catanzaro's motion to dismiss defendant Mozilla Corporation, he appears to report that defendants Google LLC and YouTube.com do not concur. Doc. 143.

Notwithstanding this activity, the Court's August 15, 2025, order staying these proceedings remains in effect. Doc. 128. As Catanzaro's mandamus petition may no longer be active in the Federal Circuit, however, the Court **HEREBY ORDERS** that:

1. The remaining parties are each **DIRECTED** to file a status report by **March 13, 2026**, setting forth their respective positions on whether all appellate proceedings concerning Catanzaro's mandamus petition are concluded, and whether the stay may be lifted in this action;

2. Defendants Google LLC and YouTube.com shall advise, in their status reports, whether they oppose Catanzaro's motion to dismiss Mozilla Corporation (Doc. 143) and, if so, file briefs in opposition within 14 days of those status reports; and

3. Plaintiff Catanzaro shall advise, in his status report, whether he seeks to withdraw or amend any of his pending motions (Docs. 95, 111, 143, 145, 154).

Date: February 27, 2026         **_s/ Phillip J. Caraballo_**
                                Phillip J. Caraballo
                                United States Magistrate Judge