THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>  Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Phillip J. Caraballo<br><br>JURY TRIAL DEMANDED |



# PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order dated February 27, 2026 (Doc. 155), Plaintiff respectfully submits the following status report:

## 1. Status of Appellate Proceedings and Stay

Plaintiff informs the Court that all appellate proceedings concerning the mandamus petition have concluded. Accordingly, Plaintiff affirms that the stay in this action may be lifted.

## 2. Status of Pending Motions

In response to the Court's directive to advise on the status of pending motions, Plaintiff states as follows:

- **Doc. 95** (Motion for Reconsideration): Plaintiff withdraws this motion.
- **Doc. 111** (Motion for Reconsideration): Plaintiff withdraws this motion.

- **Doc. 143** (Motion to Dismiss Mozilla Corporation): Plaintiff requests that the Court proceed to adjudicate this motion.

- **Doc. 145** (Motion to Transfer Venue): Plaintiff requests that the Court proceed to adjudicate this motion.

- **Doc. 154** (Motion for Leave to File Supplemental Evidence): Plaintiff requests that the Court proceed to adjudicate this motion.

Date March 11, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, I caused a true and correct copy of the foregoing **PLAINTIFF'S STATUS REPORT** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date March 11, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com