IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754-JFS-DFB |
| | : | |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. Caraballo) |
| v. | : | |
| | : | |
| LYKART TECHNOLOGIES LLC, ET AL., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

# STATUS REPORT

Under this Court's Order of February 27, 2026 (Dkt. No. 155), defendants Google LLC ("Google"), YouTube, LLC ("YouTube"), Apple Inc. ("Apple") and Mozilla Corporation ("Mozilla") (collectively, "Defendants") by and through their undersigned counsel, submit the following status report:

I.   **Status of Appellate Proceedings**

   A.   **All Appellate Proceedings Concerning Mr. Catanzaro's Mandamus Petition May Have Concluded**

The Court's order correctly recounts the proceedings to date on Plaintiff's petition for writ of mandamus in the Third and Federal Circuits. Dkt. No. 155 at 1-2. On January 22, 2026, the Federal Circuit denied Plaintiff's petition for rehearing. *In re: Catanzaro*, No. 26-102, Dkt. No. 23 (Fed. Cir. Jan. 22, 2026).

Plaintiff may file a petition for a writ of certiorari within ninety days of the denial of rehearing, up until April 22, 2026. S.C.R. 13.1 & 13.3. On March 11, 2026, Plaintiff filed a status report stating that "all appellate proceedings concerning the mandamus petition have concluded," indicating that Plaintiff does not intend to file such a petition. Dkt. No. 156. If Plaintiff does not file a timely petition to the Supreme Court for a writ, all appellate proceedings concerning Plaintiff's mandamus petition have concluded.

### B.   The Court May Lift the Stay in This Action

The Court may lift the stay in this action. The Court has the inherent power and discretion to control its docket, including whether and when to stay proceedings. *See Doe v. Pa. State Univ.*, No. 19-1438, 2021 WL 12151513, at *2 (M.D. Pa. Mar. 19, 2021). A "mandamus petition is not an appeal," and "the filing of a mandamus petition [does not] divest the district court of jurisdiction." *In re Miller*, No. 25-1208, 2025 WL 1156515, at *1 n.2 (3d Cir. Apr. 21, 2025) (alteration in original) (quoting *Kellogg v. Watts Guerra LLP*, 41 F.4th 1246, 1259 (10th Cir. 2022)). "The same court that imposes a stay of litigation has the inherent power and discretion to lift the stay." *Sager v. Allied Interstate, LLC*, No. 18-220, 2021 WL 9406785, at *5 (W.D. Pa. Dec. 21, 2021) (quoting *Canady v. Erbe Elektromedizin GmbH*, 271 F. Supp. 2d 64, 74 (D.D.C. 2002)).

## II. Google and YouTube do not Oppose the Motion to Dismiss Mozilla Corporation

Plaintiff moved to dismiss Mozilla Corporation on January 23, 2026, Dkt. No. 143. Google and YouTube do not oppose Plaintiff's motion to dismiss Mozilla Corporation.

Date:  March 13, 2026

 /s/ Stephen H. Barrett
Stephen H. Barrett (PA 313709)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, Pennsylvania, 19103
+1 (215) 656-3300
stephen.barrett@us.dlapiper.com

Anna G. Phillips (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1101 K Street, NW
10th Floor
Washington, D.C. 20005
+1 (202) 371-2600
aphillips@sternekessler.com

*Counsel for Defendant Apple Inc.*


 /s/ Jennifer Berger
Jennifer Berger (PA 327364)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York, 10112
+1 (212) 408-2592
jennifer.berger@bakerbotts.com

Respectfully submitted,

 /s/ Phillip D. Wolfe
John V. Gorman (PA 80631)
Phillip D. Wolfe (PA 328916)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, Pennsylvania, 19103
+1 (215) 963-5000
+1 (215) 963-5001 facsimile
john.gorman@morganlewis.com
phillip.wolfe@morganlewis.com

Erika H. Warren (*pro hac vice*)
Madeline A. Woodall (*pro hac vice*)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
22-1754@cases.warrenllp.com

*Counsel for Defendants Google LLC and YouTube, LLC*

– 4 –

Rachael Lamkin (*pro hac vice*)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, California, 94111
+1 (415) 291-6264
+1 (415) 291-6300 facsimile
rachael.lamkin@bakerbotts.com

*Counsel for Defendant Mozilla Corporation*