UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,                     :
                                        : NO.  3:22-CV-1754
            Plaintiff                   :
                                        :
      v.                                : (SAPORITO, J.)
                                        :
GOOGLE, LLC., et al.,                   :
                                        : (CARABALLO, M.J.)
            Defendants                  :

ORDER

AND NOW, this 17th day of April 2026, the Court noting the

Federal Circuit dismissed Plaintiff David J. Catanzaro's writ of

mandamus and after review of the parties' status reports (Docs. 156,

157), IT IS HEREBY ORDERED that the Stay issued in this action on

August 15, 2025, is hereby LIFTED.

                        BY THE COURT,

                        s/ Phillip J. Caraballo
                        PHILLIP J. CARABALLO
                        UNITED STATES MAGISTRATE JUDGE