## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

    **Plaintiff**

v.

LYKART TECHNOLOGIES LLC., *et al,*

    **Defendants**

    :
    :
    :
    :
    :
    :

CIVIL ACTION NO. 3:22-cv-1754

JUDGE JOSEPH SAPORITO

REFERRED TO: PHILLIP J. CARABALLO

## O R D E R

AND NOW, this 20th day of April_____, 2026, upon consideration of Plaintiff's Motion to Dismiss Defendant Mozilla Corporation **(Doc. 143)** Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby ORDERED that:

1. The Motion is **GRANTED.**

2. All claims against Defendant **Mozilla Corporation** are **DISMISSED WITH PREJUDICE.**

3. The Clerk of Court is directed to terminate Mozilla Corporation as a defendant in this matter.

4. Each party shall bear its own costs and attorneys' fees.

**Phillip J. Caraballo**
**Magistrate Judge**