UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,                    :
                                       : NO.  3:22-CV-1754
              Plaintiff                :
                                       :
      v.                               : (SAPORITO, J.)
                                       :
GOOGLE, LLC., et al.,                  :
                                       : (CARABALLO, M.J.)
              Defendants               :

## ORDER

On February 27, 2026, the Court issued an Order (Doc. 155) requiring the parties to file status reports in this action.  Plaintiff David J. Catanzaro filed his status report on March 11, 2026, and Defendants filed their status report on March 13, 2026.  Docs. 156, 157.  In his status report, Catanzaro advised that he seeks to withdraw his pending motions for reconsideration (Docs. 95; 111).  Doc. 156 at 1.

Accordingly, this 20th day of April 2026, IT IS HEREBY ORDERED that Plaintiff's motions for reconsideration (Docs. 95, 111) are hereby DEEMED WITHDRAWN.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE