## THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>Plaintiff,<br><br>v.<br><br>LYKART TECHNOLOGIES LLC, et al.,<br><br>Defendants. | Case No. 3:22-cv-1754-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>Referred to: Philip J. Caraballo<br><br>JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this 20th day of April, 2026, upon consideration of

Plaintiff's Motion for Leave to File Supplemental Evidence, it is hereby

**ORDERED** that the Motion is **GRANTED**. The Clerk is directed to file the

Plaintiff's Supplement as part of the record in this matter. Doc. 154 & 154-4.

BY THE COURT:

Philip J. Caraballo