THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

Plaintiff,

v.

LYKART TECHNOLOGIES LLC, et al.,

Defendants.

Case No. 3:22-cv-1754-JFS-PJC

Judge Joseph F. Saporito, Jr.

Referred to: Phillip J. Caraballo

JURY TRIAL DEMANDED

## NOTICE OF CASE-MANAGEMENT DISCUSSIONS

Plaintiff initiated case-management discussions and provided Defendants with a proposed discovery and case-management framework (**Exhibit A**). Defendants advised that they would provide their own case-management positions and proposals in response (**Exhibits B**).

These discussions are undertaken without prejudice to the parties' respective positions regarding the pending motions.

Date: June 5, 2026

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

FILED
SCRANTON

JUN 0 5 2026

PER_____ DJ
DEPUTY CLERK

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I caused a true and correct copy of the

foregoing **NOTICE OF CASE-MANAGEMENT DISCUSSIONS**

to be served via email, in accordance with the parties' agreement for reciprocal

email service, to all counsel of record on the docket.

Date: June 5, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com