# EXHIBIT A



Sent ×    Search your mail or the web      24/7 Help      Home

Compose

← Back   Keep as New   Move   Delete   Spam

Today on AOL

New Mail    5.2K
Old Mail
Starred
Drafts    238
Sent
Spam
Recently Deleted
∧ Less

Views    Hide
Contacts
Photos
Documents
Unsubscribe
Receipts
Credits
Travel

Folders    Hide
+ New Folder
Saved Mail
Archive
Junk E-mail
patent malpract...   10
Recovered Mail   3.2K
Recovered Sent ...   33
SavedIMs

### Proposed Discovery Plan - Catanzaro v. Google, et al.

Aol/Sent ☆

**davidjosephus@aol.com**
From: davidjosephus@aol.com
**To:** Erika Warren
**Cc:** Phillip Wolfe,
Anna Phillips,
Stephen Barrett,
Catanzaro vs. Lykart et al

Wed, May 13 at 11:24 AM ☆

Dear Erika,

Thank you for your response. To facilitate our discussion, I have prepared the following high-level proposal for case management and discovery. My intention is to ensure discovery remains focused and proportional, specifically regarding the systems and processes as they were applied to the accused product.

1. Initial Disclosures

The parties will exchange initial disclosures pursuant to Rule 26(a)(1) within 21 days of the Rule 26(f) conference.

2. Subjects of Discovery

Plaintiff's discovery will be targeted toward the following areas:

**Product Interaction:** The specific manner in which Defendants' search, recommendation, advertising, and monetization systems surfaced, promoted, prioritized, recommended, or otherwise facilitated access to the accused product during the relevant time period.

**System Logic & Design:** The operational logic and decision-making processes of Defendants' platforms as applied to the accused product, including any processes by which systems account for intellectual property considerations.

**Functional Capabilities:** The technical capabilities of Defendants' systems to incorporate or reference publicly available information in connection with product surfacing and monetization.

**Inter-Defendant Roles:** The respective roles and contractual relationships between the Defendants regarding the integration of search and monetization services.

2. Proposed Schedule

2014 Cadillac XTS

2013 Cadillac XTS

2009 Lexus ES