# EXHIBIT B



Search your mail or the web

24/7 Help    Home

Compose

← Back   Keep as New   Move   Delete   Spam

Today on AOL

New Mail   5.2K
**Old Mail**
Starred
Drafts   238
Sent
Spam
Recently Deleted
∧ Less

Views   Hide
- Contacts
- Photos
- Documents
- Unsubscribe
- Receipts
- Credits
- Travel

Folders   Hide
+ New Folder
Saved Mail
Archive
Junk E-mail
patent malpract...   10
Recovered Mail   3.2K
Recovered Sent ...   33
SavedIMs

RE: Proposed Discovery Plan - Catanzaro v. Google, et al.    Aol/Old Mail ☆

**Anna Phillips**    Mon, May 18 at 3:40 PM ☆
From: aphillips@sternekessler.com
**To:** davidjosephus@aol.com, Erika Warren
**Cc:** Phillip Wolfe, Stephen Barrett, Catanzaro vs. Lykart et al

Hi Mr. Catanzaro,

I write to confirm receipt of this proposal. Apple and Google will respond with a draft containing our proposals, which we will endeavor to get to you next week for review. Thank you for your continued time and courtesy in this matter.

Sincerely,

**Anna G. Phillips**
Director
aphillips@sternekessler.com

202-772-8550 direct
202-371-2600 main

Sterne, Kessler, Goldstein & Fox PLLC
1101 K Street NW, 10th Floor, Washington, DC 20005

**From:** davidjosephus@aol.com <davidjosephus@aol.com>
**Sent:** Wednesday, May 13, 2026 11:25 AM
**To:** Erika Warren <erika@warrenllp.com>
**Cc:** Phillip Wolfe <phillip.wolfe@morganlewis.com>; Anna Phillips <aphillips@sternekessler.com>; Stephen Barrett <stephen.barrett@dlapiper.com>; Catanzaro vs. Lykart et al <22-1754@cases.warrenllp.com>
**Subject:** Proposed Discovery Plan - Catanzaro v. Google, et al.

> **EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Dear Erika,

Thank you for your response. To facilitate our discussion, I have prepared the following high-level proposal for case management and discovery. My intention is to ensure discovery remains focused and proportional, specifically regarding

**aphillips@sternekessler.com**
aphillips@sternekessler.com
+ Add to contacts

2014 Cadillac XTS

2013 Cadillac XTS

2019 Volkswagen Arteon



WHEN YOU SUPPORT
OUR ADVERTISERS,
YOU SUPPORT US.
THANK YOU!

2026 TRAX
BOLD STYLE THAT'S IN YOUR RANGE
MATTHEWS CHEVROLET OF
SHOP NOW

**Re: Proposed Discovery Plan - Catanzaro v. Google, et al.**    Aol/Old Mail

Erika Warren    Wed, May 27 at 12:22 PM
From: erika@warrenllp.com
To: davidjosephus@aol.com
Cc: Anna Phillips,
Phillip Wolfe,  Stephen Barrett
, Catanzaro vs. Lykart et al

Mr. Catanzaro—I must apologize for moving more slowly on this than I had planned; I had to attend to a family emergency last week, and will need a few more days to prepare defendants' positions on the case management statement for you.  We will get it over to you as soon as possible.

Thank you,
Erika

Reply, Reply All or Forward