3:22cvi754

# EXHIBIT A

Case 3:22-cv-01754-JFS    Document 165-1    Filed 07/06/26    Page 2 of 5

| Claim 1 | Product: Orbeez Crush Crushkins / Pets, Safari, Farmland Animals<br>Manufacturer: Maya Group, Inc.<br><br>Article Assembly |
|---|---|
| An Article Assembly Comprising: | Yes. The product is an article assembly. |
| a) an article having a receivable end, and | Yes. The article assembly has an article with a receivable end. |
| b) a stand in the shape of first and second feet, | Yes. The article assembly has a stand in the shape of first and second feet. |
| each of said first and second feet being elongated to define a toe end and together a common heel end, | Yes. Each of the first and second feet are elongated to define a toe end and together a common heel end. |
| said first and second feet being joined together and positioned together to form a continuous bottom supporting surface, | Yes. Each of the first and second feet are joined together and positioned together to form a continuous bottom supporting structure. |
| said heel end of each of said first and second feet being positioned together to form a single heel portion, | Yes. The heel end of the first and second feet are positioned together to form a single heel portion. |
| said single heel portion including a recess extending through a topside thereof and towards a sole thereof for selectively receiving said receivable end of said article therein, | Yes. The single heel portion includes a recess extending through a topside thereof and towards a sole thereof for selectively receiving the receivable end of the article therein. |
| Thereby retaining said article when said stand is placed on a horizontal surface, | Yes. The article is retained when the stand is placed on a horizontal surface. |
| said first and second feet including a side surface, | Yes. The first and second feet include a side surface. |
| said side surfaces intersecting one another in a common plane. | Yes. The side surfaces intersect one another in a common plane. |

| Claim 5 | Product: Orbeez Crush Crushkins / Pets, Safari, Farmland Animals<br>Manufacturer: Maya Group, Inc.<br><br>Article Assembly |
|---|---|
| An Article Assembly Comprising: | Yes. The product is an article assembly. |
| A stand in the shape of first and second feet, | Yes. The article assembly has a stand in the shape of first and second feet. |
| each of said first and second feet being elongated to define a toe end and together a common heel end, | Yes. Each of the first and second feet are elongated to define a toe end and together a common heel end. |
| said first and second feet being joined together and positioned together to form a continuous bottom supporting surface, | Yes. Each of the first and second feet are joined together and positioned together to form a continuous bottom supporting structure. |
| said heel end of each of said first and second feet being positioned together to form a single heel portion, | Yes. The heel end of each of the first and second feet are positioned together to form a single heel portion. |
| said single heel portion including a recess extending through a topside thereof and towards a sole thereof, | Yes. The single heel portion includes a recess extending through a topside thereof and towards a sole thereof. |
| said first and second feet including a side surface, | Yes. The first and second feet include a side surface. |
| said side surfaces intersecting one another in a common plane. | Yes. The side surfaces intersect one another in a common plane. |

| Claim 4 | Product: Orbeez Crush Crushkins / Pets, Safari, Farmland Animals<br>Manufacturer: Maya Group, Inc.<br><br>Article Assembly |
|---|---|
| The article assembly as claimed in claim 1, wherein said toe end of said first and second feet are at an acute angle to one another. | Yes. The Accused Product has all of the limitations of claim 1 and has a toe end of the first and second feet that are at an acute angle to one another. |

| Claim 8 | Product: Orbeez Crush Crushkins / Pets, Safari, Farmland Animals<br>Manufacturer: Maya Group, Inc.<br><br>Article Assembly |
|---|---|
| The article assembly as claimed in claim 5, wherein said toe end of said first and second feet are at an acute angle to one another. | Yes. The Accused Product has all of the limitations of claim 5 and has a toe end of the first and second feet that are at an acute angle to one another. |

