IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754- |
| | : | JFS-DFB |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. |
| v. | : | Caraballo) |
| | : | |
| GOOGLE LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE**

**OBJECTIONS TO THE REPORT AND RECOMMENDATION AND**

**REQUEST FOR PERMISSION TO FILE AN EXPANDED BRIEF**

Plaintiff, David J. Catanzaro, proceeding pro se, respectfully moves for a fifteen (15) day extension of time to file objections to the Report and Recommendation entered on July 6, 2026. Plaintiff respectfully requests that the deadline for filing objections be extended to August 8, 2026, together with permission to file an expanded brief, if necessary, to fully address the issues presented in the Report and Recommendation. In support of this Motion, Plaintiff states as follows:

1. The Magistrate Judge entered a twenty-seven (27) page Report and Recommendation on July 6, 2026.

FILED
SCRANTON

JUL 1 3 2026

PER_____
DEPUTY CLERK

2. The Report and Recommendation addresses numerous complex procedural and substantive legal issues, including Federal Rule of Civil Procedure 12(b)(6), Rule 15(c), and 28 U.S.C. § 1406(a), requiring careful review and the preparation of specific written objections.

3. Plaintiff suffers from diabetes and significant neuropathy, which have materially affected his ability to work continuously during the preparation of his objections.

4. As a result, Plaintiff has been diligently preparing his objections but requires additional time to ensure that the objections accurately identify the specific legal and factual errors contained in the Report and Recommendation.

5. The requested extension will not unduly prejudice Defendants and will assist the Court by ensuring that Plaintiff's objections are complete, organized, and responsive to the issues presented.

6. Plaintiff further respectfully requests that the Court grant permission for Plaintiff to file objections of up to thirty (30) pages or nine thousand (9,000) words if Plaintiff concludes that additional pages are necessary to fully address the twenty-seven (27) page Report and Recommendation. Good cause exists because the Report and Recommendation raises numerous complex procedural and substantive legal issues that may require additional discussion beyond the standard page limitation.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

1. Extend the deadline for filing objections to the Report and Recommendation until August 8, 2026; and

2. Grant Plaintiff permission to file objections of up to thirty (30) pages or nine thousand (9,000) words should Plaintiff determine that additional pages are necessary to fully address the issues presented in the Report and Recommendation.

Date: July 13, 2026                                    Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, Plaintiff certifies that he sought concurrence in this Motion by email on July 10, 2026, and followed up by email on July 13, 2026. As of the time of filing, Defendants have not responded.

Date: July 13, 2026

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I caused a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION AND REQUEST FOR PERMISSION TO FILE AN EXPANDED BRIEF** to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date: July 13, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,              :        Civil Case No. 3:22-CV-01754-
                                 :                  JFS-DFB
Plaintiff                        :        (Judge Joseph F. Saporito Jr.)
                                 :        (Referred to Judge Phillip J.
v.                               :                 Caraballo)
                                 :
GOOGLE LLC, et al.,              :
                                 :
Defendants.                      :

**PROPOSED ORDER**

AND NOW, this ____ day of _____, 2026, upon consideration of

Plaintiff's Motion for Extension of Time to File Objections to the Report and

Recommendation and Request for Permission to File an Expanded Brief, IT IS

HEREBY ORDERED that:

1. Plaintiff's Motion is **GRANTED**.

2. Plaintiff shall file his objections to the Report and Recommendation on or

   before August 8, 2026.

3. Plaintiff is granted permission to file objections of up to thirty (30) pages or

   nine thousand (9,000) words should Plaintiff determine that additional pages

   are necessary to fully address the twenty-seven (27) page Report and

   Recommendation.

BY THE COURT: