IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | CIVIL NO. 3:22-CV-1754 |
| Plaintiff | : | JUDGE SAPORITO |
| v. | : | |
| GOOGLE LLC, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this /5ᵗʰ day of July, 2026, IT IS HEREBY ORDERED

THAT:

1. Plaintiff's motion for an extension of time to file objections to

the Report and Recommendation and for permission to file an expanded

brief (Doc. 166) is **GRANTED IN PART AND DENIED IN PART.**

2. The motion is **GRANTED** as to the request for extension of time

to file objections to the Doc. 164 Report and Recommendation.

3. Plaintiff shall file any objections by **August 8, 2026.**

4. The motion is **DENIED** with respect to plaintiff's request to file an expanded brief of thirty (30) pages.

JOSEPH F. SAPORITO, JR.
United States District Judge