IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754- |
| | : | JFS-PJC |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. |
| v. | : | Caraballo) |
| | : | **FILED** |
| GOOGLE LLC, ET AL., | : | **SCRANTON** |
| | : | AUG 0 3 2026 |
| Defendants. | : | PER _____ *Cae* _____ |
| | | DEPUTY CLERK |

**PLAINTIFF'S MOTION FOR PRIOR AUTHORIZATION TO FILE BRIEF**

**IN SUPPORT OF OBJECTIONS NOT EXCEEDING 7,000 WORDS**

Plaintiff David J. Catanzaro, proceeding pro se, respectfully moves under Local

Rule 7.8(b)(3) for prior authorization to file his Brief in Support of Plaintiff's

Objections to the Report and Recommendation with a total length not exceeding

7,000 words. Although the Court previously denied Plaintiff's preliminary request

for authorization to file a brief of up to 9,000 words, Plaintiff has since

substantially completed and materially reduced both his specific objections and

supporting brief. The present, narrower request is based upon the brief's actual

length following substantial completion and revision.

In support, Plaintiff states:

1. The supporting brief addresses nineteen specific objections concerning the R&R's treatment of Rule 15(c)'s separate requirements, indirect infringement under 35 U.S.C. §§ 271(b) and (c), the damages limitation under 35 U.S.C. § 286, dismissal with prejudice, and Plaintiff's pending request for transfer under 28 U.S.C. § 1406(a).

2. The substantive portion of the substantially completed supporting brief presently contains approximately 5,888 words, before addition of the caption, title, headings, Table of Contents, Table of Authorities, signature block, Certificate of Compliance, and Certificate of Service.

3. Plaintiff therefore requests authorization for a total limit of 7,000 words, inclusive of the caption, title, headings, footnotes, Table of Contents, Table of Authorities, signature block, Certificate of Compliance, and Certificate of Service.

4. Plaintiff seeks no extension of the filing deadline. The requested enlargement is limited to the space reasonably necessary to address the nineteen specific objections and include the required tables and certifications in a complete and orderly filing.

WHEREFORE, Plaintiff respectfully requests that the Court authorize him to file his Brief in Support of Plaintiff's Objections to the Report and Recommendation with a total length not exceeding 7,000 words.

Date: August 3, 2026                     Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, Plaintiff certifies that he sought concurrence in this Motion. As of the time of filing, Defendants have not responded.

Date: August 3, 2026

Respectfully submitted,

David J. Catanzaro
Plaintiff pro se
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-Mail: davidjosephus@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I caused a true and correct copy of the foregoing

**PLAINTIFF'S MOTION FOR PRIOR AUTHORIZATION TO FILE BRIEF IN SUPPORT OF OBJECTIONS NOT EXCEEDING 7,000 WORDS**

to be served via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date: August 3, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com