IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | Civil Case No. 3:22-CV-01754- |
| | : | JFS-PJC |
| Plaintiff | : | (Judge Joseph F. Saporito Jr.) |
| | : | (Referred to Judge Phillip J. |
| v. | : | Caraballo) |
| | : | |
| GOOGLE LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of

Plaintiff's Motion for Prior Authorization to File Brief in Support of Objections

Not Exceeding 7,000 Words, IT IS HEREBY ORDERED that the Motion is

**GRANTED**.

Plaintiff is authorized to file his Brief in Support of Plaintiff's Objections to the

Report and Recommendation with a total length not exceeding 7,000 words,

inclusive of the caption, title, headings, footnotes, Table of Contents, Table of

Authorities, signature block, Certificate of Compliance, and Certificate of Service.

BY THE COURT:


Joseph F. Saporito, Jr.

United States District Judge