IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. CATANZARO, | : | CIVIL NO. 3:22-CV-1754 |
| Plaintiff | : | JUDGE SAPORITO |
| v. | : | |
| GOOGLE LLC, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 4th day of August, 2026, IT IS HEREBY

ORDERED THAT plaintiff's motion for leave to file a brief in support of

his objections to the Doc. 164 Report and Recommendation which does

not exceed 7,000 words (Doc. 168) is **GRANTED ONLY TO THE**

**EXTENT** that plaintiff may file a brief in support of his Objections to

the Doc. 164 Report and Recommendation which does not exceed **5,000**

**words.**

JOSEPH F. SAPORITO, JR.
United States District Judge