**ROTHENBERG & CAMPBELL**
RYAN P. CAMPBELL, ESQ. *(#317838)*
345 WYOMING AVENUE, SUITE 210
SCRANTON, PENNSYLVANIA 18503
*PH:* 570.207.2889 || *FAX:* 570.207.3991
*EMAIL:* RPC@ROTHENBERGCAMPBELL.COM

*COUNSEL FOR PLAINTIFF,*
*DAVID J. CATANZARO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID J. CATANZARO,**<br><br>PLAINTIFF<br><br>V.<br><br>**GOOGLE LLC; YOUTUBE.COM; & APPLE INC.,**<br><br>DEFENDANTS | CIVIL ACTION—LAW<br>*(SAPORITO, J.)*<br>*(CARABALLO, M.J.)*<br><br>**JURY TRIAL DEMANDED**<br><br>NO.: 3:22—CV—01754 |

## PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DOC. 164)[1] WITH SUPPORTING BRIEF
### PURSUANT TO FED R. CIV. P. 72(B)(2)

**AND NOW COMES** Plaintiff, David J. Catanzaro, by and through his recently retained counsel, Rothenberg & Campbell *per* Ryan P. Campbell, Esquire *("CATANZARO")*, who hereby respectfully objects to Magistrate Judge Caraballo's Report and Recommendation (Doc. 164) (hereinafter, *"R&R"*), recommending this Honorable Court grant the Motion to Dismiss Catanzaro's Fifth Amended Complaint, jointly filed by remaining Defendants, Google LLC *("GOOGLE")*, YouTube.com *("YOUTUBE")*, and Apple Inc. *("APPLE")*, pursuant to Fed. R. Civ. P.

---

[1] All abbreviations, definitions and exhibit designations previously defined in the July 6, 2026 Report and Recommendation (Doc. 164) are hereby adopted and restated herein by reference, and shall continue to be utilized in accordance with their respective meanings outlined therein, unless otherwise expressly stated.

72(b)(2).  For the specific reasons stated herein and in Catanzaro's Brief in Support which is appended hereto, adopted and incorporated herein by reference as if more fully set forth at length, the following findings of fact and conclusions of law contained in the R&R[2] should not be adopted by this Honorable Court, which is invited instead to deny the joint Motion to Dismiss Plaintiff's Fifth Amended Complaint.

**OBJECTION NO. 1: The learned Magistrate Judge fails to employ the appropriate standard of review for resolving motions under Fed. R. Civ. P. 12(b)(6) in executing the R&R in the following particular ways:**

    A.    **The R&R fails to properly accept as true or incorporate all allegations of fact contained in the appropriate Catanzaro pleadings when finding no plausible claim for relief has been stated (See Pl.'s Br., *generally*); and**

    B.    **The R&R fails to construe Catanzaro's relevant pleadings in the light most favorable to Catanzaro when determining whether any reasonable reading thereof entitles him to relief (Id.).**

**OBJECTION NO. 2:    The learned Magistrate Judge fails to employ the appropriate standard of review for resolving dispositive motions against Catanzaro, a *pro se* plaintiff, in executing the R&R where Catanzaro's pleadings are not liberally construed and he is held to the standard as if his pleadings were drafted by a licensed attorney.  (Id.).**

---

[2]  The R&R only focused on the application of the relation-back doctrine to the claims asserted in Catanzaro's live complaint; therefore, these Objections relate solely to those findings of fact and conclusions of law contained in the R&R and not the merits of the remaining claims, which would be outside the scope pursuant to Fed. R. Civ. P. 72(b)(2).  (Doc. 164 at n. 6).

<u>OBJECTION NO. 3</u>:  Even assuming *ad arguendo* that Catanzaro's pleadings did fail to assert a "plausibly valid theory" of recovery, the learned Magistrate Judge failed to provide Catanzaro with a curative amendment or appropriately state the reasons as to why such an amendment would be inequitable and/or futile. (<u>Id</u>.).

<u>OBJECTION NO. 4</u>:  The learned Magistrate Judge failed to find that the claims asserted in Catanzaro's live complaint arise out of the same conduct, transaction or occurrences asserted against all Defendants named in the original complaint pursuant to Rule 15(c).  (<u>Id</u>. at § I(A)).

<u>OBJECTION NO. 5</u>:  The learned Magistrate Judge failed to correctly quote from, and cite to, Catanzaro's relevant pleadings, often selectively quoting portions of his earlier filings in an incomplete, misleading and sometimes just-plain-wrong context.  (<u>Id</u>. at §§ I(A) – (C), *incl.*).

<u>OBJECTION NO. 6</u>:  The learned Magistrate Judge failed to correctly quote from, cite to, and/or summarize the appropriate caselaw and/or statutory law supporting the conclusions of law and findings of fact contained in the R&R. (<u>Id</u>.).

<u>OBJECTION NO. 7</u>:  The learned Magistrate Judge failed to properly impute constructive notice upon Google, YouTube and/or Apple pursuant to Rule 15(c) or otherwise find notice to have been satisfied thereunder.  (<u>Id</u>. at § I(B)).

OBJECTION NO. 8: Assuming *ad arguendo* fair notice cannot be imputed under Rule 15(c) at this time, the learned Magistrate Judge failed to properly provide to Catanzaro the opportunity to determine same through fact discovery or provide a curative amendment. (Id. at § I(B)).

OBJECTION NO. 9: The learned Magistrate Judge failed to properly determine that a plaintiff's ignorance of a defendant's identity is a mistake for purposes of Rule 15(c). (Id. at § I(C)).

OBJECTION NO. 10: The learned Magistrate Judge failed to properly grant Catanzaro's Motion to Transfer venue pursuant to 28 U.S.C. § 1406(a) in denying same as moot and Catanzaro reserves his right to challenge the merits of that decision at a later date, but not included in his appended Brief.

Respectfully Submitted,

ROTHENBERG & CAMPBELL

By: _____
Ryan P. Campbell, Esq. (#317838)
345 Wyoming Ave., Ste. 210
Scranton, Pennsylvania 18503
PH: 570.207.2889 | FAX: 570.207.3991
EMAIL: rpc@rothenbergcampbell.com
**COUNSEL FOR PLAINTIFF**

Date: August 10, 2026

**ROTHENBERG & CAMPBELL**
RYAN P. CAMPBELL, ESQ. *(#317838)*
345 WYOMING AVENUE, SUITE 210
SCRANTON, PENNSYLVANIA 18503
*PH:* 570.207.2889 || *FAX:* 570.207.3991
*EMAIL:* RPC@ROTHENBERGCAMPBELL.COM

*COUNSEL FOR PLAINTIFF,*
*DAVID J. CATANZARO*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID J. CATANZARO,**<br><br>PLAINTIFF<br><br>V.<br><br>**GOOGLE LLC;**<br>**YOUTUBE.COM; & APPLE INC.,**<br><br>DEFENDANTS | CIVIL ACTION—LAW<br>*(SAPORITO, J.)*<br>*(CARABALLO, M.J.)*<br><br>**JURY TRIAL DEMANDED**<br><br>NO.: 3:22—CV—01754 |

## CERTIFICATE OF COMPLIANCE

I, Ryan P. Campbell, Esquire, on behalf of Plaintiff, do hereby certify that I performed a word-count on the above Objections using Microsoft® Word Version 16.111.3 (2026) and that the above-captioned document contains 510 words, excepting captions, salutatory language, signatory lines and Certificates of Compliance and Service, respectively. As such, this filing complies with L.R. 7.8.

Respectfully submitted:

**ROTHENBERG & CAMPBELL**

By: _____
Ryan P. Campbell, Esquire
*COUNSEL FOR PLAINTIFF*

DATE: AUGUST 10, 2026

**ROTHENBERG & CAMPBELL**
RYAN P. CAMPBELL, ESQ. *(#317838)*
345 WYOMING AVENUE, SUITE 210
SCRANTON, PENNSYLVANIA 18503
*PH:* 570.207.2889 || *FAX:* 570.207.3991
*EMAIL:* RPC@ROTHENBERGCAMPBELL.COM

*COUNSEL FOR PLAINTIFF,*
*DAVID J. CATANZARO*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID J. CATANZARO,**<br><br>PLAINTIFF<br><br>V.<br><br>**GOOGLE LLC;**<br>**YOUTUBE.COM; & APPLE INC.,**<br><br>DEFENDANTS | CIVIL ACTION—LAW<br>*(SAPORITO, J.)*<br>*(CARABALLO, M.J.)*<br><br>**JURY TRIAL DEMANDED**<br><br>NO.: 3:22—CV—01754 |

### CERTIFICATE OF SERVICE

I, Ryan P. Campbell, Esquire, on behalf of Plaintiff, do hereby certify that I sent a true and accurate copy of Plaintiff's Objections and Brief in Support thereof in the above-captioned case on this **10th day of August, 2026** to the below named individuals *via* ECF and/or Electronic Mail addressed as follows:

Stephen H. Barrett, Esq.
Stephen.barrett@us.dlapiper.com

John V. Gorman, Esq.
john.gorman@morganlewis.com

Rachael Lamkin, Esq.
Rachael.lamkin@bakerbotts.com

Jennifer Berger, Esq.
Jennifer.berger@bakerbotts.com

Erika H. Warran, Esq.
22-1754@cases.warrenlex.com
**COUNSEL FOR DEFENDANTS**

Madeline A. Woodall, Esq.
22-1754@cases.warrenlex.com
**COUNSEL FOR DEFENDANTS**

Respectfully submitted:

**ROTHENBERG & CAMPBELL**

By: _____
Ryan P. Campbell, Esquire