## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID J. CATANZARO,** <br><br> PLAINTIFF <br><br> V. <br><br> **GOOGLE LLC;** <br> **YOUTUBE.COM; & APPLE INC.,** <br><br> DEFENDANTS | CIVIL ACTION—LAW <br> *(SAPORITO, J.)* <br> *(CARABALLO, M.J.)* <br><br><br> **JURY TRIAL DEMANDED** <br><br><br> NO.: 3:22—CV—01754 |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

**NOTICE IS HEREBY GIVEN THAT** Ryan P. Campbell, Esquire (*PAID#* 317838), of Rothenberg & Campbell, hereby enters his appearance on behalf of Plaintiff, David J. Catanzaro, in the above-captioned matter.

New counsel accepts communications and service at the following addresses:

*FIRM NAME:* ROTHENBERG & CAMPBELL
*ADDRESS:* 345 Wyoming Ave., Ste. 210, Scranton, Pennsylvania 18503
*PHONE:* 570.207.2889 **||** *FACSIMILE:* 570.207.3991
*EMAIL:* rpc@rothenbergcampbell.com *(Ryan P. Campbell, Esq.)*

By my signature below, I hereby enter my appearance on behalf of Plaintiff, David J. Catanzaro, in the above-captioned matter and accept all notices and correspondences at the respective addresses appearing *supra*.

Respectfully submitted,

**ROTHENBERG & CAMPBELL**

BY: _____
Ryan P. Campbell, Esq. *(PAID#: 317838)*
**COUNSEL FOR PLAINTIFF**

Date:  August 10, 2026

**ROTHENBERG & CAMPBELL**
RYAN P. CAMPBELL, ESQ. *(PA ID# 317838)*
345 WYOMING AVENUE, STE. 210
SCRANTON, PENNSYLVANIA 18503
*PH:* 570.207.2889 | | *FAX:* 570.207.3991
*EMAIL:* RPC@ROTHENBERGCAMPBELL.COM

*COUNSEL FOR PLAINTIFF,*
*DAVID J. CATANZARO*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID J. CATANZARO,** <br><br> PLAINTIFF <br><br> V. <br><br> **GOOGLE LLC;** <br> **YOUTUBE.COM; & APPLE INC.,** <br><br> DEFENDANTS | CIVIL ACTION—LAW <br> *(SAPORITO, J.)* <br> *(CARABALLO, M.J.)* <br><br> **JURY TRIAL DEMANDED** <br><br> NO.: 3:22—CV—01754 |

### CERTIFICATE OF SERVICE

I, Ryan P. Campbell, Esquire, on behalf of Plaintiff, do hereby certify that I sent a true and accurate copy of Plaintiff's Objections and Brief in Support thereof in the above-captioned case on this **10th day of August, 2026** to the below named individuals *via* ECF and/or Electronic Mail addressed as follows:

Stephen H. Barrett, Esq.
Stephen.barrett@us.dlapiper.com

John V. Gorman, Esq.
john.gorman@morganlewis.com

Rachael Lamkin, Esq.
Rachael.lamkin@bakerbotts.com

Jennifer Berger, Esq.
Jennifer.berger@bakerbotts.com

Erika H. Warran, Esq.
22-1754@cases.warrenlex.com
*COUNSEL FOR DEFENDANTS*

Madeline A. Woodall, Esq.
22-1754@cases.warrenlex.com
*COUNSEL FOR DEFENDANTS*

Respectfully submitted:

**ROTHENBERG & CAMPBELL**

By: _____
Ryan P. Campbell, Esquire