**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID J. CATANZARO,** PLAINTIFF | CIVIL ACTION—LAW (*SAPORITO, J.*) (*CARABALLO, M.J.*) |
| V. | |
| **GOOGLE LLC; YOUTUBE.COM; & APPLE INC.,** DEFENDANTS | **JURY TRIAL DEMANDED** NO.: 3:22—CV—01754 |

**ORDER**

**AND NOW**, this ______ **DAY OF SEPTEMBER 2026**, upon consideration of the *Motion for Leave to Withdraw as Counsel for Plaintiff* pursuant to L.R. 83.15, filed by Movant, Rothenberg & Campbell and Ryan P. Campbell, Esquire, and any other filings of record as reflected by the docket, it is hereby **ORDERED** and **DECREED** that the relief requested in said Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND DECREED** that Rothenberg & Campbell and Ryan P. Campbell, Esquire, are hereby **WITHDRAWN** as counsel of record for Plaintiff, David J. Catanzaro, who shall resume representing his legal interests, *pro se*. The Clerk is hereby instructed to mark the docket accordingly.

***IT IS SO ORDERED.***

**BY THE COURT:**

_______________________________, J.
HON. JOSEPH F. SAPORITO, JR.