# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID J. CATANZARO,**<br>PLAINTIFF<br>V.<br>**GOOGLE LLC; YOUTUBE.COM; & APPLE INC.,**<br>DEFENDANTS | CIVIL ACTION—LAW<br>*(SAPORITO, J.)*<br>*(CARABALLO, M.J.)*<br>**JURY TRIAL DEMANDED**<br>NO.: 3:22—CV—01754 |

## ORDER

**AND NOW**, this 3rd DAY OF SEPTEMBER 2026, upon consideration of the *Motion for Leave to Withdraw as Counsel for Plaintiff* pursuant to L.R. 83.15, filed by Movant, Rothenberg & Campbell and Ryan P. Campbell, Esquire, and any other filings of record as reflected by the docket, it is hereby **ORDERED** and **DECREED** that the relief requested in said Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND DECREED** that Rothenberg & Campbell and Ryan P. Campbell, Esquire, are hereby **WITHDRAWN** as counsel of record for Plaintiff, David J. Catanzaro, who shall resume representing his legal interests, *pro se*. The Clerk is hereby instructed to mark the docket accordingly.

***IT IS SO ORDERED.***

**BY THE COURT:**

[signature], J.
HON. JOSEPH F. SAPORITO, JR.