**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID J. CATANZARO,**<br><br>PLAINTIFF<br>v.<br><br>**GOOGLE LLC;**<br>**YOUTUBE.COM; & APPLE INC.,**<br><br>DEFENDANTS | CIVIL ACTION—LAW<br>*(SAPORITO, J.)*<br>*(CARABALLO, M.J.)*<br><br>**JURY TRIAL DEMANDED**<br><br>No.: 3:22—CV—01754 |

**PROPOSED ORDER**

AND NOW, this ___ day of __________, 2026, upon consideration of Plaintiff's Motion to Alter or Amend Judgment pursuant to Federal Rule of Civil Procedure 59(e), or alternatively for relief pursuant to Rule 60(b)(1), and the supporting brief and Objections Exhibit A submitted therewith, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion is **GRANTED**;
2. The Court's August 13, 2026 Order and judgment dismissing Plaintiff's claims against Google LLC, YouTube.com, and Apple Inc. are **VACATED**;
3. The Court shall reconsider Plaintiff's Rule 15(c) notice and identity-of-interest arguments under the proper procedural standard;
4. The portion of the Court's August 13, 2026 Order denying Plaintiff's Motion to Transfer Venue (Doc. 145) as moot is VACATED, and that motion

shall be restored for consideration on the merits before further merits proceedings or factual development;

5. Alternatively, to the extent the Court determines that any broader systemic allegations first appearing in the Fifth Amended Complaint do not relate back, the judgment is AMENDED so that such determination does not extend to Plaintiff's '959-patent inducement and contributory-infringement claims expressly pleaded in the Original Complaint and continued in the later pleadings;

6. To the extent matters outside the pleadings are considered in resolving notice, identity of interest, or the parties' operational relationships, the matter shall proceed in accordance with Federal Rule of Civil Procedure 12(d) and the applicable protections of Rule 56, including Rule 56(d), and an appropriate opportunity for factual development;

7. Plaintiff's **Objections Exhibit A**, submitted with the separately filed supporting brief and previously identified in Plaintiff's August 10, 2026 supporting brief but inadvertently omitted from that filing, is **ACCEPTED** for consideration; and

8. Alternatively, to the extent necessary, relief is granted pursuant to Rule 60(b)(1) based upon counsel's inadvertent omission of Objections Exhibit A.

BY THE COURT:

________________________________

JOSEPH F. SAPORITO, JR.
United States District Judge