# TABLE OF EXHIBITS

**Objections Exhibit A** — Walmart January 24, 2022 Publication

**Exhibit B** — *Staley v. Gilead Sciences, Inc.*

**Exhibit C** — AliExpress R&R, Doc. 155, pp. 9–10

FILED
SCRANTON
SEP 08 2026
PER ____________
DEPUTY CLERK