FILED
SCRANTON
SEP 08 2026
PER ___ DEPUTY CLERK

# EXHIBIT C

Code, Section 271(a), a plaintiff must "(i) allege ownership of the patent, (ii) name each defendant, (iii) cite the patent that is allegedly infringed, (iv) state the means by which the defendant allegedly infringes, and (v) point to the sections of the patent law invoked." *Hall v. Bed Bath & Beyond, Inc.*, 705 F.3d 1357, 1362 (Fed. Cir. 2013) (citing *Phonometrics, Inc. v. Hosp. Franchise Sys., Inc.*, 203 F.3d 790, 794 (Fed. Cir. 2000)).[5]

As alleged in his live complaint, Catanzaro's 959 patent expired on December 30, 2016, and he had the sole right to enforce it between November 4, 2022, and December 30, 2022. Doc. 23 at 2–3. The complaint's exhibits show the 959 patent is titled "Article Assembly," and concerns "[a]n assembly comprising a toothbrush having a first and second end." *Id.* at 9–17. The complaint advances the following generalized allegations against the various defendants:

> Defendants transact business in this judicial district related to the '959 patent, without a license or permission from plaintiff. Defendants **have infringed, induced others to infringe, and/or contributorily infringed**, literally or under the doctrine of equivalents, one or more claims of the '959 patent.

[5] In addition to proving causation by a reasonable probability, a patentee bears the burden of quantifying damages. *See Minco, Inc. v. Combustion Eng'g, Inc.*, 95 F.3d 1109, 1118 (Fed. Cir. 1996). The undersigned need not address that requirement here.

> Defendants did so by **manufacturing, having manufactured, importing, using, offering for sale and/or selling products** that embody and/or practice the patented invention, known generally as, but not limited to "Solar Dancers," Solar Dancing Figurines," "Solar Dancing Toys," "Christmas Sunny Jigglers," "Stocking stuffers Solar Dancer" "Solar Bobble Heads" Solar Dancing Animals" and assorted product lines. (At this time, Plaintiff does not know all the true Identifying names of all infringing products.)
>
> Defendants transact business in this judicial district and have committed acts of infringement in this judicial district by **offering for sale and selling** the Solar Dancers, Solar Dancing Figurines, Solar Dancing Toys and/or Christmas Sunny
>
> Jigglers, Stocking stuffers Solar Dancers and Solar Bobble Heads, Solar Dancing Animals and assorted product lines after February 2, 2010. (Plaintiff does not know all the true identifying names of all infringing products.). . .
>
> Defendants have directly infringed claims 1, 2, 3, 4, 5, 6, 7 & 8 of the '959 patent in violation of 35 U.S.C. § 271(a). Upon information and belief, Defendants have also infringed claims 1, 2, 3, 4, 5, 6, 7 & 8 of the '959 patent by **knowingly and actively inducing others to infringe** in violation of 35 U.S.C. § 271(b).
>
> Upon information and belief, Defendants infringement of the '959 patent have been willful and deliberate. Defendants' infringement has injured plaintiff.

*Id.* at 5–6 (emphases added).

Even when viewed in the light most favorable to Catanzaro, those averments fall short of stating an actionable claim for relief, as they fail