**ATTACHMENTS OF UNPUBLISHED AUTHORITIES**

**PURSUANT TO M.D. PA. L.R. 7.8(a)**

**Attachment 1** *Roland v. Gensamer*, No. 3:20-cv-00144, 2022 WL 3921013 (W.D. Pa. Aug. 31, 2022)

**Attachment 2** *Miller v. Hassinger*, 173 F. App'x 948 (3d Cir. 2006)

**Attachment 3** *Catanzaro v. Does 1 Through 50*, No. 24-1247, Doc. 9 (3d Cir. July 12, 2024)

FILED
SCRANTON
OCT 05 2026
PER ______
DEPUTY CLERK