**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FILED
SCRANTON
OCT 13 2026
PER ________
DEPUTY CLERK

| | |
|---|---|
| **DAVID J. CATANZARO,**<br><br>PLAINTIFF<br><br>V.<br><br>**GOOGLE LLC;**<br>**YOUTUBE.COM; & APPLE INC.,**<br><br>DEFENDANTS | CIVIL ACTION—LAW<br>*(SAPORITO, J.)*<br>*(CARABALLO, M.J.)*<br><br>**JURY TRIAL DEMANDED**<br><br>No.: 3:22—CV—01754 |

**PLAINTIFF'S NOTICE REGARDING ENTRY OF SEPARATE JUDGMENT UNDER FED. R. CIV. P. 58**

Plaintiff respectfully notes that the Court's August 13, 2026 Order (Doc. 172) dismissed this action and directed the Clerk to close the case. Although the Order contains the Court's reasoning and dispositive rulings, no separate judgment appears on the docket as required by Fed. R. Civ. P. 58(a).

Plaintiff respectfully brings this matter to the Court's attention and requests, pursuant to Fed. R. Civ. P. 58(d), that, when ruling on Plaintiff's pending motion under Rule 59(e), or alternatively Rule 60(b)(1), the Court direct the Clerk to contemporaneously enter a separate final judgment reflecting the dismissal in Doc. 172 as affected by the Court's ruling, should the dismissal remain in effect, in accordance with Fed. R. Civ. P. 58(a) and 58(b).

Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

**CERTIFICATE OF SERVICE**

I, David Catanzaro, do hereby certify that on October 13, 2026, I sent a true and accurate copy of Plaintiff's Reply in Support of His Motion Under Fed. R. Civ. P. 59(e) or, Alternatively, 60(b)(1), via email, in accordance with the parties' agreement for reciprocal email service, to all counsel of record on the docket.

Date: October 13, 2026

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com